IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: MARSHALL SPIEGEL     CASE NO. 20-21625

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending APRIL 30, 2021

BEGINNING BALANCE IN ALL ACCOUNTS    $1,526.14

RECEIPTS:
1. Receipts from operations    $11,500.00
2. Other Receipts    $18,659.44

DISBURSEMENTS:
3. Net payroll:
   a. Officers    $
   b. Others    $

4. Taxes
   a. Federal Income Taxes    $1,560.00
   b. FICA withholdings    $
   c. Employee's withholdings    $
   d. Employer's FICA    $
   e. Federal Unemployment Taxes    $
   f. State Income Tax    $1,500.00
   g. State Employee withholdings    $
   h. All other state taxes PROPERTY    $10,430.65

5. Necessary expenses:
   a. Rent or mortgage payments(s)    $3,371.66
   b. Utilities    $~~~~~~~~ → 655.10
   c. Insurance    $
   d. Merchandise bought for manufacture or sale    $
   e. Other necessary expenses (specify)
   FOOD, GAS, SUPPLIES, Rx MEDICAL EXERCISE + PARKING, FEES    $904.89
   HOUSEHOLD, MEDICAL, AUTO REPAIR, LEGAL FEES    $13,965.89 → 13,165.17

TOTAL DISBURSEMENTS    $31,527.47

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD    $153.11

ENDING BALANCE IN JP MORGAN CHASE    $153.11
(Name of Bank)

ENDING BALANCE IN _____    $
(Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS    $

OPERATING REPORT Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: MARSHALL SPIEGEL    CASE NO.: 20-21625

### RECEIPTS LISTING

FOR MONTH ENDING APRIL 30, 2021

Bank: JP MORGAN CHASE

Location: WILMETTE, IL 60091

Account Name: MARSHALL SPIEGEL

Account No.: 693422206

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/1/2021 | DISTRIBUTION | $ 500.00 |
| 4/2 | SOCIAL SECURITY | 497.00 |
| 4/5 | DISTRIBUTION | 500.00 |
| 4/6 | " | 250.00 |
| 4/7 | " | 250.00 |
| 4/7 | FEES REFUND | 68.00 |
| 4/7 | DISTRIBUTION | 250.00 |
| 4/9 | " | 250.00 |
| 4/12 | REDEMPTION PER ORDER FOR LEGAL | 7,500.00 |
| 4/14 | DISTRIBUTION | 1,500.00 |
| 4/15 | REFUND | 78.44 |
| 4/15 | DISTRIBUTION | 500.00 |
| 4/19 | REFUND | 10.99 |
| 4/19 | DISTRIBUTION | 1,500.00 |
| 4/20 | " | 500.00 |
| 4/23 | " | 5,000.00 |
| 4/26 | " | 500.00 |
| 4/30 | | |

TOTAL: $30,154.44

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

| 4/30 | REDEMPTION FOR PROPERTY TAXES | $10,500.00 |
| 4/30 | INTEREST PAYMENT | .01 |

OPERATING REPORT  Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: MARSHALL SPIEGEL            CASE NO.: 20-21625

DISBURSEMENT LISTING

FOR MONTH ENDING APRIL 30, 2021

Bank: JP MORGAN CHASE

Location: WILMETTE, IL 60091

Account Name: MARSHALL SPIEGEL

Account No.: 693422206

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 4/1/2021 | 4215 | MEDICAL | $ 105.00 |
| 4/1 | 4216 | FEE FILING | 391.50 |
| 4/2 | 4217 | CELL PHONE | 97.22 |
| 4/1 | 4218 | CERTIFIED FEE | 12.00 |
| 4/1 | 4219 | CONDO ASSESSMENTS | 1,634.64 |
| 4/30 | 4220 | PROPERTY TAXES | 10,430.66 |
| 4/6 | 4221 | HEAT/UTILITY | 119.96 |
| 4/7 | 4222 | ELECTRIC | 104.20 |
| 4/5 | 4223 | TELEPHONE | 112.39 |
| 4/6 | 4224 | AUTO REPAIR | 423.22 |
| 4/6 | 4225 | HOUSEKEEPING | 100.00 |
| 4/9 | 4226 | MEDICAL/DENTAL | 126.00 |
| 4/14 | 4227 | LEGAL PER COURT ORDER | 7,625.91 |
| 4/13 | 4228 | MEDICAL/EXERCISE | 74.00 |
| 4/14 | 4229 | HOUSEKEEPING | 100.00 |
| 4/23 | 4230 | TRUSTEE QUARTERLY FEE | 650.00 |
| 4/20 | 4231 | IL QUARTERLY TAXES | 1,500.00 |
| 4/21 | 4232 | IRS " " | |
| 4/29 | 4233 | MORTGAGE | $ 3,371.66 |
| 4/19 | 4234 | WATER/UTILITY | 110.33 |
| 4/19 | 4235 | HOUSEKEEPING | 100.00 |
| 4/30 | 4237 | GROCERY+MEDICAL SUPPLEMENT | 88.25 |
| 4/26 | 4238 | HOUSEKEEPING | 100.00 |
| 4/30 | 4239 | CONDO ASSESSMENTS | 1,634.64 |
| 4/30 | 4240 | WATER/UTILITY | 111.00 |
| 4/2-4/30 | | DEBIT CARD FOOD, GAS, SUPPLIES, Rx, MEDICAL EXERCISE + PARKING | 836.89 |
| | | 4/1 FEES | 68.00 |

TOTAL: $31,527.47

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: MARSHALL SPIEGEL       CASE NO.: 20-21625

FOR MONTH ENDING APRIL 30, 2021

N/A

## STATEMENT OF INVENTORY

Beginning inventory                $ _____

Add: purchases                     $ _____

Less: goods sold                   $ _____
(cost basis)

Ending inventory                   $ _____

## PAYROLL INFORMATION STATEMENT

Gross payroll for this period      $ _____

Payroll taxes due but unpaid       $ _____

## STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| | | | | |

* Include only post-petition payments.

OPERATING REPORT  Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: _MARSHALL SPIEGEL_    CASE NO.: _20-21625_

FOR MONTH ENDING _MARCH 31_, 20_21_

N/A

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

    Beginning of month balance     $_____

    Add: sales on account     $_____

    Less: collections     $_____

    End of month balance     $_____

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ | $_____ |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

    Beginning of month balance     $_____

    Add: credit extended     $_____

    Less: payments of account     $_____

    End of month balance     $_____

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ | $_____ |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT  Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: MARSHALL SPIEGEL          CASE NO.: 20-21625

FOR MONTH ENDING APRIL 30, 20 21

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | |
|---|---|---|---|
| 1. | Federal Income Taxes | Yes (X) | No ( ) |
| 2. | FICA withholdings | Yes ( ) | No ( ) |
| 3. | Employee's withholdings | Yes ( ) | No ( ) |
| 4. | Employer's FICA | Yes ( ) | No ( ) |
| 5. | Federal Unemployment Taxes | Yes ( ) | No ( ) |
| 6. | State Income Tax | Yes (X) | No ( ) |
| 7. | State Employee withholdings | Yes ( ) | No ( ) |
| 8. | All other state taxes PROPERTY | Yes (X) | No ( ) |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT   Page 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

CASE NAME: MARSHALL SPIEGEL    CASE NO.: 20-21625

FOR MONTH ENDING APRIL 30, 2021

## INSURANCE QUESTIONNAIRE

Debtors in possession and trustees are required to maintain appropriate insurance on property of the estate to avoid risk to the estate or to the public. See 11 U.S.C. §§ 1107(a) and 1112(b)(4)(C).

1. For **each** policy of insurance maintained by the debtor in possession as of the Petition Date, state the following (*provide certificates of insurance for each policy if not already provided*):

| Carrier | Policy No. | Coverage Type | Policy Expiration Date | Cancellation Date, if applicable* |
|---|---|---|---|---|
| CHUBB | | HOMEOWNERS | 7/2021 | |
| CHUBB | | AUTO | 3/2022 | |
| CHUBB | | UMBRELLA | 3/2022 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*If a policy was cancelled for any reason during the reporting period, identify the reason for cancellation (i.e., non-payment, sale of asset, abandonment, etc.).

2. Have all required insurance premium payments during the reporting period been made? If not, identify the policy for which premiums have not been paid, the amount due, and reason for non-payment (attach separate sheet if necessary).

3. Has the debtor/trustee received notice from any insurer during the reporting period that a policy of insurance is subject to cancellation or non-renewal? If so, identify the carrier, coverage type and basis for potential cancellation or non-renewal (attach separate sheet if necessary).

OPERATING REPORT Page 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

### DECLARATION UNDER PENALTY OF PERJURY

I, MARSHALL SPIEGEL_____, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

*[signature]*
_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

MARSHALL SPIEGEL
_____

DATED: 5/14/21

OPERATING REPORT  Page 8

**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

April 01, 2021 through April 30, 2021
Account Number: ‥2206

00004229 1 AV 00.398

00004229 DRI 111 142 12121 NNNNNNNNNNNN 1 000000000 69 0202622 P8895
MARSHALL C SPIEGEL
1618 SHERIDAN RD UNIT D
WILMETTE IL 60091

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-994-5626 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

## We want to remind you about the overdraft service options that are available for your personal checking account(s)

We've included information on the last page of this statement to remind you about our overdraft services and associated fees. As a reminder, overdraft services are not available for Chase Secure Checking<sup>SM</sup> or Chase First Checking<sup>SM</sup>. Standard Overdraft Practice and Chase Debit Card Coverage<sup>SM</sup> are not available for Chase High School Checking<sup>SM</sup>.

If you have questions, please visit chase.com/overdraft or call us at the number on your statement. We accept operator relay calls.

## CHECKING SUMMARY    Chase Private Client Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,526.14** |
| Deposits and Additions | 30,154.44 |
| Checks Paid | -30,622.58 |
| ATM & Debit Card Withdrawals | -836.89 |
| Fees | -68.00 |
| **Ending Balance** | **$153.11** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.01 |
| Interest Paid Year-to-Date | $0.10 |

The monthly service fee for this account was waived as an added feature of Chase Private Client Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/01 | ATM Check Deposit   04/01 1200 Central Ave Wilmette IL Card 2854 | $500.00 |
| 04/02 | SSA Treas 310 Xxsoc Sec     PPD ID: 9031736026 | 497.00 |
| 04/05 | ATM Check Deposit   04/03 1200 Central Ave Wilmette IL Card 2854 | 500.00 |
| 04/06 | ATM Check Deposit   04/06 1200 Central Ave Wilmette IL Card 2854 | 250.00 |
| 04/07 | ATM Check Deposit   04/07 1200 Central Ave Wilmette IL Card 2854 | 250.00 |
| 04/07 | Insufficient Funds Fee Refund | 34.00 |
| 04/07 | Insufficient Funds Fee Refund | 34.00 |
| 04/09 | ATM Check Deposit   04/09 1200 Central Ave Wilmette IL Card 1889 | 250.00 |
| 04/12 | ATM Check Deposit   04/12 1200 Central Ave Wilmette IL Card 2854 | 250.00 |

**CHASE PRIVATE CLIENT**

April 01, 2021 through April 30, 2021
Account Number: ____ ____2206

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---:|
| 04/14 | Cbp Transfer To Checking 2206 | | 7,500.00 |
| 04/15 | ATM Check Deposit | 04/15 1200 Central Ave Wilmette IL Card 8666 | 1,578.44 |
| 04/19 | ATM Check Deposit | 04/19 1200 Central Ave Wilmette IL Card 1889 | 500.00 |
| 04/19 | Card Purchase Return | 04/18 Jd Mills Health Food CO Evanston IL Card 8666 | 10.99 |
| 04/20 | ATM Check Deposit | 04/20 1200 Central Ave Wilmette IL Card 1889 | 1,500.00 |
| 04/23 | ATM Check Deposit | 04/23 1200 Central Ave Wilmette IL Card 8666 | 500.00 |
| 04/26 | ATM Check Deposit | 04/25 1200 Central Ave Wilmette IL Card 8666 | 5,000.00 |
| 04/30 | ATM Check Deposit | 04/30 1200 Central Ave Wilmette IL Card 8666 | 500.00 |
| 04/30 | Cbp Transfer To Checking 2206 | | 10,500.00 |
| 04/30 | Interest Payment | | 0.01 |
| **Total Deposits and Additions** | | | **$30,154.44** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | | DATE PAID | AMOUNT |
|---|---|---|---|---:|
| 4215 ^ | | | 04/01 | $105.00 |
| 4216 ^ | | | 04/01 | 391.50 |
| 4217 ^ | | | 04/02 | 97.22 |
| 4218 ^ | | | 04/01 | 12.00 |
| 4219 ^ | | | 04/01 | 1,634.64 |
| 4220 ^ | | | 04/30 | 10,430.66 |
| 4221 | Check # 4221 Nicor Gas | Nicor Gas  Arc ID: 1424353235 | 04/06 | 119.96 |
| 4222 ^ | | | 04/07 | 104.20 |
| 4223 | Check # 4223 | Verizon Financia Payments  Arc ID: 7204096069 | 04/08 | 112.39 |
| 4224 ^ | | | 04/05 | 423.22 |
| 4225 ^ | | | 04/06 | 100.00 |
| 4226 ^ | | | 04/09 | 126.00 |
| 4227 ^ | | | 04/14 | 7,625.91 |
| 4228 ^ | | | 04/13 | 74.00 |
| 4229 ^ | | | 04/14 | 100.00 |
| 4230 ^ | | | 04/23 | 650.00 |
| 4231 ^ | | | 04/20 | 1,500.00 |
| 4232 ^ | | | 04/21 | 1,500.00 |
| 4233 ^ | | | 04/29 | 3,371.66 |
| 4234 ^ | | | 04/19 | 110.33 |
| 4235 ^ | | | 04/19 | 100.00 |
| 4237 * ^ | | | 04/30 | 88.25 |
| 4238 ^ | | | 04/26 | 100.00 |
| 4239 ^ | | | 04/30 | 1,634.64 |
| 4240 ^ | | | 04/30 | 111.00 |
| **Total Checks Paid** | | | | **$30,622.58** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.
^ An image of this check may be available for you to view on Chase.com.

**CHASE PRIVATE CLIENT**

April 01, 2021 through April 30, 2021
Account Number: 2206

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 04/02 | Card Purchase | 04/01 Jewel Osco 3471 Wilmette IL Card 1889 | $9.99 |
| 04/05 | Card Purchase | 04/04 Jd Mills Health Food CO Evanston IL Card 2854 | 37.12 |
| 04/05 | Card Purchase With Pin | 04/04 Walgreens Store 635 Ch Evanston IL Card 1889 | 11.57 |
| 04/06 | Card Purchase | 04/05 Cafe Touche Chicago IL Card 2854 | 52.00 |
| 04/06 | Card Purchase | 04/05 Burhops Wilmette IL Card 1889 | 4.40 |
| 04/07 | Card Purchase | 04/06 Prairie Joes Evanston IL Card 2854 | 21.99 |
| 04/07 | Card Purchase | 04/06 Costco Gas #1074 Mettawa IL Card 2854 | 29.00 |
| 04/07 | Card Purchase | 04/06 Costco Whse #1074 Mettawa IL Card 2854 | 84.04 |
| 04/08 | Card Purchase | 04/07 Clr*Yogasix 847-512175 847-5121750 IL Card 2854 | 30.00 |
| 04/08 | Card Purchase | 04/07 Max's Deli of Highla Highland Park IL Card 2854 | 33.77 |
| 04/09 | Card Purchase | 04/07 Gfs Store #1915 Evanston IL Card 2854 | 36.20 |
| 04/09 | Card Purchase | 04/08 White Eagle Banquets & Niles IL Card 2854 | 23.59 |
| 04/12 | Card Purchase | 04/10 Costco Gas #1074 Mettawa IL Card 2854 | 21.00 |
| 04/12 | Card Purchase | 04/10 Jewel Osco 3471 Wilmette IL Card 1889 | 9.18 |
| 04/12 | Card Purchase | 04/11 The Original China Ch Morton Grove IL Card 1889 | 35.30 |
| 04/13 | Card Purchase | 04/12 Burhops Wilmette IL Card 2854 | 23.04 |
| 04/15 | Card Purchase | 04/14 5 - Lou Malnatis Pizzer Wilmette IL Card 1889 | 8.34 |
| 04/19 | Card Purchase | 04/16 Costco Whse #0383 Niles IL Card 8666 | 4.17 |
| 04/19 | Card Purchase | 04/17 City of Evanston Evanston IL Card 1889 | 2.00 |
| 04/19 | Card Purchase | 04/17 Peppercorns Kitchen. Evanston IL Card 1889 | 39.00 |
| 04/19 | Card Purchase | 04/17 Market Place On Oakton Skokie IL Card 8666 | 41.60 |
| 04/19 | Card Purchase | 04/18 Tst* Eggspresso Bannockburn IL Card 8666 | 28.00 |
| 04/19 | Card Purchase | 04/18 Jd Mills Health Food CO Evanston IL Card 8666 | 37.48 |
| 04/19 | Card Purchase | 04/18 Peppercorns Kitchen. Evanston IL Card 8666 | 2.76 |
| 04/19 | Card Purchase With Pin | 04/19 Walgreens Store 811 Gr Wilmette IL Card 1889 | 3.95 |
| 04/21 | Card Purchase | 04/19 Market Place On Oakton Skokie IL Card 8666 | 24.87 |
| 04/21 | Card Purchase | 04/20 City of Evanston Evanston IL Card 8666 | 2.00 |
| 04/26 | Card Purchase | 04/23 City of Evanston Evanston IL Card 8666 | 2.00 |
| 04/26 | Card Purchase | 04/23 Jewel Osco 3471 Wilmette IL Card 8666 | 37.17 |
| 04/26 | Card Purchase | 04/25 Sherpa Curry House Evanston IL Card 1889 | 27.15 |
| 04/26 | Card Purchase | 04/25 Costco Gas #1074 Mettawa IL Card 8666 | 50.00 |
| 04/28 | Card Purchase | 04/27 Jd Mills Health Food CO Evanston IL Card 8666 | 36.22 |
| 04/28 | Card Purchase | 04/27 City of Evanston Evanston IL Card 8666 | 2.00 |
| 04/28 | Card Purchase | 04/27 Prairie Joes Evanston IL Card 8666 | 23.99 |
| 04/30 | Card Purchase | 04/29 City of Evanston Evanston IL Card 8666 | 2.00 |
| **Total ATM & Debit Card Withdrawals** | | | **$836.89** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/01 | Insufficient Funds Fee For Check #4216 IN The Amount of $391.50 | $34.00 |
| 04/01 | Insufficient Funds Fee For Check #4218 IN The Amount of $12.00 | 34.00 |
| **Total Fees** | | **$68.00** |

**CHASE PRIVATE CLIENT**

April 01, 2021 through April 30, 2021
Account Number: '206

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

|  | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $68.00 | $68.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

**Total Refunds for Overdraft or Returned Item Fees Identified above:**   $68.00   $68.00

## PRIVILEGES CARD SUMMARY

Matthew Spiegel  Card 1889  ATM Monthly Limit $10,000.00  POS Monthly Limit: $10,000.00

| Date | Description | | Deposits & Credits | Transfers & Withdrawals |
|---|---|---|---|---|
| 04/02 | Card Purchase Card 1889 | 04/01 Jewel Osco 3471 Wilmette IL | | -$9.99 |
| 04/05 | Card Purchase With Pin  04/04 Walgreens Store 635 Ch Evanston IL Card 1889 | | | -$11.57 |
| 04/06 | Card Purchase | 04/05 Burhops Wilmette IL Card 1889 | | -$4.40 |
| 04/09 | ATM Check Deposit Card 1889 | 04/09 1200 Central Ave Wilmette IL | $250.00 | |
| 04/12 | Card Purchase Card 1889 | 04/10 Jewel Osco 3471 Wilmette IL | | -$9.18 |
| 04/12 | Card Purchase Grove IL Card 1889 | 04/11 The Original China Ch Morton | | -$35.30 |
| 04/15 | Card Purchase IL Card 1889 | 04/14 5 - Lou Malnatis Pizzer Wilmette | | -$8.34 |
| 04/19 | ATM Check Deposit Card 1889 | 04/19 1200 Central Ave Wilmette IL | $500.00 | |
| 04/19 | Card Purchase Card 1889 | 04/17 City of Evanston Evanston IL | | -$2.00 |
| 04/19 | Card Purchase IL Card 1889 | 04/17 Peppercorns Kitchen. Evanston | | -$39.00 |
| 04/19 | Card Purchase With Pin  04/19 Walgreens Store 811 Gr Wilmette IL Card 1889 | | | -$3.95 |
| 04/20 | ATM Check Deposit Card 1889 | 04/20 1200 Central Ave Wilmette IL | $1,500.00 | |
| 04/26 | Card Purchase IL Card 1889 | 04/25 Sherpa Curry House Evanston | | -$27.15 |
| | | | $2,250.00 | -$150.88 |

*Total purchases and withdrawals, as listed under Transfers and Withdrawals, may exceed monthly limits due to a difference between calendar month-end and the statement cycle date, as well as the date the purchase or withdrawal was authorized vs. when it was posted.*

**CHASE PRIVATE CLIENT**

April 01, 2021 through April 30, 2021
Account Number:    06

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

**IMAGES**                                         ACCOUNT #  ~~~~    06

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.



**CHASE PRIVATE CLIENT**

April 01, 2021 through April 30, 2021
Account Number: [redacted]

**IMAGES** (continued)  ACCOUNT # [redacted]

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.

| Check # | Date | Payee | Amount |
|---|---|---|---|
| 4219 | 4/1/21 | 1618 Sheridan Condo Assoc. | $1,634.64 |
| 4220 | 5/3/21 | Cook County Collector | $10,430.66 |
| 4222 | 4/19/21 | ComEd | $104.20 |
| 4224 | 3/3/21 | [illegible] | $423.22 |
| 4225 | 4/5/21 | Magda Pagoda | $100.00 |
| 4226 | 4/8/21 | [illegible] | $126.00 |
| 4227 | 4/8/21 | Julie Boynton | $7,625.91 |
| 4228 | 4/16/21 | Wilmette [illegible] District | $74.00 |
| 4229 | 4/12/21 | Magda Pagoda | $100.00 |
| 4230 | 4/30/21 | Office of the U.S. Trustee | $653.00 |

**CHASE PRIVATE CLIENT**

April 01, 2021 through April 30, 2021
Account Number: C

**IMAGES** *(continued)*          ACCOUN

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.









CHASE PRIVATE CLIENT
April 01, 2021 through April 30, 2021
Account Number:

## Overdraft and Overdraft Fee Information for Your Chase Checking Account

**What You Need to Know About Overdrafts and Overdraft Fees**

An overdraft occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. We pay overdrafts at our discretion, which means we do not guarantee that we will always authorize or pay any type of transaction. If we do not authorize and pay an overdraft, your transaction will be declined or returned. We can cover your overdrafts in three different ways:
1. We have Standard Overdraft Practices that come with your account.
2. We offer Overdraft Protection through a link to a Chase savings account, which may be less expensive than our Standard Overdraft Practices. You can contact us to learn more.
3. We also offer Chase Debit Card Coverage, which allows you to choose how we treat your everyday debit card transactions, in addition to our Standard Overdraft Practices.

This notice explains our Standard Overdraft Practice and Chase Debit Card Coverage.

- **What are the Standard Overdraft Practices that come with my account?**
  We do authorize and pay overdrafts for the following types of transactions:
  - Checks and other transactions made using your checking account number
  - Recurring debit card transactions

- **What is Chase Debit Card Coverage?**
  We will only authorize and pay overdrafts in addition to our Standard Overdraft Practice for the following types of transactions if you specifically ask us to:
  - Everyday debit card transactions

- **What fees will I be charged if Chase pays my overdraft?**
  If we pay an item, we'll charge you a $34 Insufficient Funds Fee per item. If we return the item, we'll charge you a $34 Returned Item Fee.
  - We won't charge more than three Insufficient Funds or Returned Item fees per day, for a total of $102.
  - We won't charge an Insufficient Funds Fee if your account balance at the end of the business day is overdrawn by $5 or less, and we won't charge Insufficient Funds or Returned Item fees for item(s) that are $5 or less.
  - For Chase Sapphire[SM] Checking and Chase Private Client Checking[SM] accounts, we waive the Insufficient Funds and Returned Item fees if item(s) are presented or withdrawal request(s) are made against an account with insufficient funds on four or fewer business days during the current and prior 12 statement periods.

- **What if I want Chase to authorize and pay overdrafts on my everyday debit card transactions?**
  If you or a joint account owner would like to change your selection, sign in to chase.com to update your account settings, or call us at 1-800-935-9935 (or collect at 1-713-262-1679 if outside the U.S.), or visit a Chase branch. We accept operator relay calls.

May 12 21, 09:28a    1116-22 Greenleaf Bldg    847-853-0990    p.2