UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| *Marshall Spiegel*, | ) | Case No. **20-21625** |
| | ) | |
| | ) | |
| Debtors. | ) | Hon. Timothy A. Barnes |

**UNITED STATES TRUSTEE'S OBJECTION
TO DEBTOR'S DISCLOSURE STATEMENT**

NOW COMES PATRICK S. LAYNG, the United States Trustee for the Northern District of Illinois (the "U.S. Trustee"), by his attorney, M. Gretchen Silver, and objects to the approval of the Debtor's Disclosure Statement. In support of his objection, the U.S. Trustee states:

1. This is a core proceeding concerning the administration of this estate pursuant to 20 U.S.C. § 157(b)(2)(A) which this Court may hear and determine pursuant to IOP 15(a) and Local Rule 40.3.1(b)(1) of the United States District Court for the Northern District of Illinois.

2. The Debtor filed his Chapter 11 Disclosure Statement and Plan of Reorganization on May 6, 2021 (Docket #158 and 159). On June 16, 2021, this Court entered an Order and Notice of Hearing of Disclosure Statement and Confirmation of Plan, which set July 14, 2021 as the deadline to object to the Disclosure Statement and scheduled an adequacy hearing for July 19, 2021. (Docket # 196).

3. On April 20, 2021, the Unsecured Creditors' Committee (Committee) requested authority under Bankruptcy Rule 2004 to obtain financial information from 1116-22 Greenleaf Building LLC (Greenleaf), which is the primary source of income for Debtor and will fund his proposed reorganization. The Committee also requested authority under Bankruptcy Rule 2004 to obtain financial information from Matthew Spiegel, the majority owner of Greenleaf and the

Debtor's son. The Court entered an order granting that authorization on May 24, 2021.

4. Counsel for Greenleaf and Matthew Spiegel consented to the U.S. Trustee attending the examinations of and receiving the documents subpoenaed by the Committee.

5. Neither Greenleaf nor Matthew has produced documents or agreed to a date for their examinations by the Committee and the U.S. Trustee.

6. Without access to the requested underlying financial information and the opportunity to ask the relevant parties about it, it is impossible for the U.S. Trustee, the Committee and others to evaluate the projections in the Disclosure Statement and analyze the liquidation analysis.

7. Section 1125 of the Code requires a Chapter 11 debtor's disclosure statement to contain "adequate information," meaning:

> information of a kind, and in sufficient detail, as far as is reasonably practical in light of the nature and history of the debtor and the condition of the debtor's books and records . . . that would enable a [party in interest] to make an informed judgment about the plan.

11 U.S.C. § 1125(a)(1

8. Despite having proposed a 100% repayment plan, the Debtor is still obligated to provide adequate information in the Disclosure Statement as required under Section 1125.

9. Further, the status of the litigation identified in the Disclosure Statement should be updated.

10. The U.S. Trustee acknowledges that Greenleaf and Matthew Spiegel are not subject to the same disclosure requirements as the Debtor, but that does not excuse the Debtor from complying with the disclosure requirements of Section 1125, which is necessary for confirming a plan. The Debtor is responsible for the structure of the repayment plan and must provide adequate information in his disclosure statement given the facts of his case to support confirmation.

11. The primary purpose of a disclosure statement is to give creditors the information necessary to decide whether or not to accept a plan. *See In re Monnier Bros.*, 755 F.2d 1336, 1342 (8th Cir. 1986). The sufficiency of the information provided in a disclosure statement is determined at the bankruptcy court's discretion on a case-by-case basis. *Menard-Sanford v. Mabey*, 880 F.2d 694, 696 (4th Cir. 1989); *Matter of Texas Extrusion Corp.*, 844 F.2d 1142, 1156–57 (5th Cir. 1988), *cert. denied*, 488 U.S. 926 (1988).

12. The U.S. Trustee objects to the adequacy of the current Disclosure Statement filed at Docket #159.

WHEREFORE, the United States Trustee asks the Court to sustain his objection and deny approval of the Debtor's Disclosure Statement, or in the alternative, direct the Debtor to modify its Disclosure Statement in accordance with § 1125, and for any other relief the Court deems appropriate.

RESPECTFULLY SUBMITTED:

PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: July 14, 2021         By: /s/ *M. Gretchen Silver*
                             M. Gretchen Silver, Attorney
                             OFFICE OF THE U.S. TRUSTEE
                             219 S. Dearborn, Room 873
                             Chicago, Illinois  60604
                             (312) 353-5054

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| *Marshall Spiegel*, | ) | Case No. **20-21625** |
| | ) | |
| | ) | |
| Debtors. | ) | Hon. Timothy A. Barnes |

**CERTIFICATE OF SERVICE**

I, M. Gretchen Silver, an attorney, certify that I served a copy of this notice and **U.S. Trustee's Objection to Debtor's Disclosure Statement** on each entity shown on the attached list at the address shown and by the method indicated on July 14, 2021.

*/s/ M. Gretchen Silver*

**SERVICE LIST**

**Registrants Served Through the Court's Electronic Notice For Registrants**

- Howard L. Adelman    hla@ag-ltd.com, dbaird@ag-ltd.com
- Mark A Carter    mcarter@hinshawlaw.com, cmcmahon@hinshawlaw.com,mark-carter-8604@ecf.pacerpro.com
- Francisco Connell    fconnell@chuhak.com, dgeorge@chuhak.com
- Nicholas R Dwayne    ndwayne@ag-ltd.com, dbaird@ag-ltd.com
- Paulina Garga-Chmiel    pgarga@chuhak.com, dgeorge@chuhak.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- David P Lloyd    courtdocs@davidlloydlaw.com
- Eugene E Murphy    gmurphy@murphylitigation.com, dhyde@murphylitigation.com
- David A. Newby    dnewby@momkus.com, lholub@momkus.com
- Michael G Ruff    mruff@hinshawlaw.com, michael-ruff-5596@ecf.pacerpro.com;courtfiling@hinshawlaw.com
- M. Gretchen Silver    ustpregion11.es.ecf@usdoj.gov, gretchen.silver@usdoj.gov
- John R Weiss    jrweiss@duanemorris.com, autodocketchi@duanemorris.com
- John Xydakis    johnxlaw@gmail.com

**Parties Served via First Class Mail:**
Marshall Spiegel
1618D Sheridan Rd.
Wilmette, IL 60091