# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-21625 |
| | ) | |
| Marshall Spiegel, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Honorable Judge Timothy A. Barnes |
| | ) | |
| | ) | Hearing Date: October 4, 2021 |
| | ) | |
| | ) | Hearing Time: 2:00 p.m. |

### WINTRUST BANK, N.A.'S JOINDER TO OBJECTIONS TO ADEQUACY OF THE DEBTOR'S AMENDED DISCLOSURE STATEMENT

NOW COMES Creditor Wintrust Bank N.A. ("Wintrust"), by and through its undersigned attorneys, joining and adopting objections to the adequacy of the Debtor's Amended Disclosure Statement states as follows:

1. The Debtor filed his Amended Chapter 11 Disclosure Statement on August 13, 2021 (Docket No. 265). On August, 2021, this Court entered an Order setting September 27, 2021 as the deadline to object to the Amended Disclosure Statement and scheduling hearing on the adequacy of the Amended Disclosure Statement for October 4, 2021 (Docket No. 281).

2. On September 24, 2021, U.S. Trustee filed her Objection to Debtor's Amended Disclosure Statement ("UST Objection") (Docket No. 346). On September 27, 2021, the Committee of the Unsecured Creditors filed its Objection to Debtor's Amended Disclosure Statement ("GUC Objection," and collectively with the UST Objection, the "Objections") (Docket No. 350).

3. Among other arguments, the Objections reference continued lack of complete financial disclosures by the Debtor and 1116-22 Greenleaf Building LLC necessary for the

creditors and U.S. Trustee to evaluate the feasibility of Debtor's proposed repayment under the proposed Amended Chapter 11 Plan.

4.     Accordingly, Wintrust joins and adopts the Objections raised by the U.S. Trustee and the Committee of the Unsecured Creditors as fully set forth herein.

> Respectfully Submitted,
>
> WINTRUST BANK, N.A.
>
> By:   /s Paulina Garga-Chmiel
>       One of Its Attorneys

Francisco E. Connell (ARDC #6289256)
Paulina Garga-Chmiel (ARDC #6312866)
CHUHAK & TECSON, P.C.
30 S. Wacker Dr., Suite 2600
Chicago, IL 60606
Tel: (312) 444-9300
pgarga@chuhak.com
fconnell@chuhak.com

4834-9439-8717.v1.29205.75398