UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 20bk21625 |
| MARSHALL SPIEGEL | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ). | Honorable Timothy A. Barnes |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO ADELMAN & GETTLEMAN, LTD., ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE AND PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 148,146.30 | TOTAL COSTS REQUESTED: | $ 1,307.47 |
| TOTAL FEES REDUCED: | $ 10,441.60 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 137,704.70 | TOTAL COSTS ALLOWED: | $ 1,307.47 |

TOTAL FEES AND COSTS ALLOWED: $ 139,012.17

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)     Duplication of Services – TOTAL of disallowed amounts: $ 5,642.50

The Court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional.  *See* 11 U.S.C. § 330(a)(4)(A)(i).  Reduction in fees is warranted if multiple attorneys from the same firm appear in court on a motion or argument or for a conference, unless counsel adequately demonstrates that each attorney present contributed in some meaningful way.  *In re Pettibone*, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A debtor's estate should not bear the burden of duplication of services.  If found in the record, such duplication shall be disallowed by the court as unnecessary.").  It is also an accepted principle that generally no more than one attorney may bill for time spent in an intra-office conference or meeting absent an adequate explanation.  *See In re Adventist Living Ctrs., Inc.*, 137 B.R. 701, 716 (Bankr. N.D. Ill. 1991) (Sonderby, J.); *In re Pettibone*, 74 B.R. at 303.

(2)     Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 2,556.30

The Court may impose a ten percent penalty on entries that appear to be "lumping."  The Court will reduce each entry marked as such per the penalty.  *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry.  [citation omitted].  Each type of service should be listed with the corresponding specific time allotment.").

(3)   Unreasonable Time – TOTAL of disallowed amounts: $ 2,023.00

The Court denies the allowance in part of compensation for the indicated task(s) since the professional or paraprofessional expended an unreasonable amount of time on the task(s) in light of the nature of the task(s), the experience and knowledge of the professional performing the task(s), and the amount of time previously expended by the professional or another on the task(s).  *In re Pettibone,* 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency.  Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

(4)   No Benefit to the Estate – TOTAL of disallowed amounts: $ 1,525.00

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case.  11 U.S.C. § 330(a)(4)(A).  An attorney's internal work prior to retention to determine whether the attorney's firm satisfies the disinterestedness requirement of section 327 of the Bankruptcy Code does not provide benefit to the estate and is not compensable.

(5)   Insufficient Description – TOTAL of disallowed amounts: $ 137.50

The Court denies the allowance of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered.  *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted]  Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-09 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

(6)   Clerical Work Not Compensable – TOTAL of disallowed amounts: $ 189.00

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing.  Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense.  *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (*citing Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)); *see also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated:  October 25, 2021

_____

Timothy A. Barnes
United States Bankruptcy Judge

2

# EXHIBIT A

LAW OFFICES

# Adelman & Gettleman, Ltd.

**53 W. JACKSON BOULEVARD, SUITE 1050**

**CHICAGO, ILLINOIS 60604**

**312-435-1050**

**FAX 312-435-1059**

**FEIN 36-3382789**

September 3, 2021

| | |
|---|---|
| James L. Waite | Invoice No:  17019   HLA |
| Official Committee of Unsecured | Client No:  2592   00001 |
| Creditors for Marshall Spiegel | Billing through:  07/31/21 |
| 1618 Sheridan Road, Unit 8 | |
| Wilmette, IL  60091 | |

## RE:  Chapter 11 Case Administration

**Services Rendered**

| Date | Init. | Description | Hours |
|---|---|---|---|
| 04/07/21 | NRD | Email exchange and call with D. Hyde re Debtor's petition for rehearing in Appellate Court, motion for 2004 Examination, and actions taken by J. Xydakis on behalf of Debtor since petition date. | 0.30 hrs |
| 04/08/21 | NRD | Call with D. Hyde re actions taken by Xydakis outside of bankruptcy court without approval. | 0.40 hrs |
| 04/13/21 | NRD | Call with D. Newby re J. Xydakis representation of the Debtor in other fora, and committee's plan to investigate the same via 2004 examination. | 0.30 hrs |
| 04/14/21 | NRD | Review and analysis of Debtor's response to Motion for Relief from stay, including attached plan of reorganization. | 0.40 hrs |
| 04/19/21 | HLA | Review and analysis of motion of Wintrust to lift stay; review exhibits. | 0.30 hrs |
| 04/19/21 | HLA | Review reply filed by Wintrust; identify evidence to be adduced to support motion and hearing. | 0.20 hrs |
| 04/19/21 | HLA | Review response filed by Debtor and outline reasons for arguing against lifting stay. | 0.20 hrs |
| 04/19/21 | HLA | Commence review and analysis of exhibits proposed by Debtor relating to lifting stay; analyze Debtor's proposed plan which is exhibit but not filed. | 0.30 hrs |
| 04/20/21 | HLA | Commence review and analysis of Wintrust motion to lift stay, response filed by Debtor, and reply filed by Wintrust; analyze issues and prepare to discuss with Committee. | 0.60 hrs |
| 04/20/21 | NRD | Call with P. Garga-Chmiel, counsel to Wintrust Bank, re pending motion for relief from stay and Committee's position on same. | 0.10 hrs |
| 04/20/21 | NRD | Review and analysis of Wintrust Motion for Relief from stay and related briefings in connection with Wintrust inquiries on Committee's position. | 0.50 hrs |
| 04/21/21 | NRD | Review and analysis of pleadings filed by unauthorized counsel in other fora on behalf of Debtor. | 0.40 hrs |
| 04/22/21 | NRD | Call with D. Hyde, counsel to Committee member, re recent filings by Debtor, hearing on Monday the 26th, 2004 exam, and actions taken by Debtor in other fora without bankruptcy court approval. | 0.50 hrs |
| 04/22/21 | NRD | Follow up calls with P. Garga-Chmiel, counsel to Wintrust Bank, re pending motion for relief from stay. | 0.20 hrs |
| 04/23/21 | NRD | Call with HLA and D. Hyde re pending issues, hearing on Monday re 2004 Exam, Wintrust stay relief motion, injunction petition filed by Debtor, removal of insurance dec action, and other issues. | 0.70 hrs |
| 04/26/21 | NRD | Conferences with HLA re hearing and motions on call; preparation for hearing. | 0.40 hrs |
| 04/26/21 | NRD | Appearance at status hearing re several matters in chapter 11 case including | 1.40 hrs |

**Adelman & Gettleman, Ltd.**                                                                                    Page No.  2

OCUC of Marshall Spiegel                          2592              00001                              Invoice No:      17019

| | | | |
|---|---|---|---|
| | | three (3) motions for relief from stay, retention motion, motion for 2004 examinations, and temporary injunction. | |
| 04/27/21 | NRD | Call with D. Hyde re results of hearing, order re relief from stay, and proof of claim filing; follow up email re same. | 0.30 hrs |
| 04/29/21 | NRD | Email exchange with creditor re court procedures. | 0.10 hrs |
| 04/30/21 | NRD | Attention to and review of complaint filed by Debtor against creditors and members of Committee for fraud and avoidance fraudulent transfers. | 0.20 hrs |
| 04/30/21 | NRD | Attention to emails and call with D. Hyde, counsel to Committee member, re entry of order for relief from stay, liquidation of claims, and pending motion for 2004 exam of Debtor. | 0.20 hrs |
| 04/30/21 | NRD | Conference with HLA re complaint filed by Debtor. | 0.10 hrs |
| 04/30/21 | NRD | Two voicemails to counsel for creditors sued by Debtor re filing of complaint. | 0.10 hrs |
| 05/03/21 | HLA | Attend conference with NRD regarding preparation for 2004 exams, research regarding good faith and other Plan requirements, and rules applicable to objecting to confirmation. | 0.30 hrs |
| 05/03/21 | HLA | Commence review and analysis of motion of Citizens Insurance for remand; identify issues to discuss with Committee. | 0.30 hrs |
| 05/03/21 | NRD | Call with D. Hyde, counsel to unsecured creditor, re complaint filed by Debtor. | 0.10 hrs |
| 05/03/21 | NRD | Conference with HLA re 2004 exams, good faith filing requirement, plan confirmation and objection to plan. | 0.30 hrs |
| 05/04/21 | HLA | Review email from G. Silver; analyze rule for disclosure under 9037 regarding affiliates and need for Debtor to disclose information regarding Greenleaf. | 0.30 hrs |
| 05/05/21 | HLA | Review claim docket for universe of filed claims. | 0.10 hrs |
| 05/05/21 | HLA | Review and analyze motion for remand or abstention; outline issues to discuss with the UCC. | 0.30 hrs |
| 05/07/21 | NRD | Call with D. Newby, counsel for Citizens, re status of dec action, plan and disclosure statement filed by Debtor, and other pending matters in Chapter 11 Case. | 0.50 hrs |
| 05/07/21 | NRD | Review and analysis of docket, pending motions, and upcoming status dates; drafting of tracking chart in connection therewith. | 0.60 hrs |
| 05/07/21 | NRD | Short conference with HLA re Committee's position on Citizens dec action and removal/remand of same. | 0.10 hrs |
| 05/07/21 | NRD | Call with D. Hyde, counsel to Committee Member, re filing of plan and disclosure statement and other pending matters on docket. | 0.40 hrs |
| 05/10/21 | NRD | Call with D. Hyde re hearing and J. Xydakis appearance on behalf of Matthew. | 0.20 hrs |
| 05/12/21 | HLA | Telephone conference with D. Newby, counsel to Citizens, regarding remand motion, 2004 motion and need for investigation | 0.20 hrs |
| 05/13/21 | HLA | Commence reviewing claims of creditors and proofs of claim; prepare chart for determining distributions, feasibility and proceeds from building to pay claims. | 0.40 hrs |
| 05/13/21 | HLA | Telephone conference with J. Weiss, attorney for Duane Morris, regarding creditors meeting and 2004 exam. | 0.20 hrs |
| 05/18/21 | HLA | Research regarding scope of automatic stay applying to post-petition Code violations. | 0.20 hrs |
| 05/18/21 | HLA | Lengthy telephone conference with G. Silver regarding action to be taken by U.S. Trustee regarding Greenleaf, 2004 exam, and plan of reorganization of Debtor. | 0.30 hrs |
| 05/18/21 | HLA | Continue review and analysis of four different tax returns of Debtor and of the Greenleaf entity. | 0.30 hrs |
| 05/18/21 | HLA | Review communications from creditors regarding  J. Xydakis representing the Debtor in possession and citing bankruptcy law to M. Kim; analyze obligations. | 0.30 hrs |

**Adelman & Gettleman, Ltd.**                                                                                    Page No.  3

OCUC of Marshall Spiegel                          2592                    00001                          Invoice No:    17019

| | | | |
|---|---|---|---|
| 05/18/21 | HLA | Preparation of email to U.S. Trustee regarding  J. Xydakis representation of Debtor and alerting U.S. Trustee's office of conflict. | 0.20 hrs |
| 05/18/21 | NRD | Attention to and review of multiple emails re J. Xydakis representation of Debtor without leave of court. | 0.20 hrs |
| 05/18/21 | NRD | Two calls with Committee Member re potential stay violations and proof of claim filing. | 0.20 hrs |
| 05/19/21 | HLA | Review claim docket and recently filed claims; add to list for feasibility purposes. | 0.20 hrs |
| 05/19/21 | HLA | Commence review and analysis of new adversary proceeding filed by Debtor against Condo Association for violations of the automatic stay. | 0.30 hrs |
| 05/19/21 | NRD | Review and analysis of two motions for sanctions relating to stay violations filed by the Debtor, including exhibits. | 0.40 hrs |
| 05/19/21 | NRD | Legal research re stay violations for sending invoices and assessing fines post petition. | 0.50 hrs |
| 05/20/21 | HLA | Commence review and analysis of motion for violation of automatic stay by Condo Association; review exhibits. | 0.40 hrs |
| 05/20/21 | HLA | Lengthy telephone conference with D. Hyde, attorney for creditor, regarding involvement in 2004 exams and automatic stay issues. | 0.30 hrs |
| 05/20/21 | HLA | Review and analysis of monthly reports submitted by Debtor; identify questions for investigation. | 0.20 hrs |
| 05/20/21 | HLA | Telephone conference with J. Waite regarding Debtor reports, automatic stay issues, and upcoming hearing. | 0.30 hrs |
| 05/20/21 | NRD | Call with HLA re Debtor motion for stay violations and committee's position on the same. | 0.30 hrs |
| 05/21/21 | NRD | Draft email to M. Kim re sanctions motion filed against condo association. | 0.10 hrs |
| 05/24/21 | HLA | Followup meeting with NRD re tasks, research, plan process and objection. | 0.30 hrs |
| 05/24/21 | HLA | Telephone conference with G. Silver of UST re upcoming hearing and participation in 2004. | 0.30 hrs |
| 05/24/21 | NRD | Attend status hearing on chapter 11 case including Rule 2004 motion, stay violations, and plan. | 1.50 hrs |
| 05/25/21 | NRD | Call with D. Hyde re additional litigation likely to be commenced regarding Debtor. | 0.20 hrs |
| 05/25/21 | NRD | Conference with HLA re research, plan confirmation issues, objections, fraudulent transfers. | 0.30 hrs |
| 05/26/21 | NRD | Call with D. Hyde re proofs of claim and pending adversary proceedings. | 0.30 hrs |
| 05/28/21 | HLA | Lengthy telephone conference with G. Silver of UST re 2004 participation, plan objection, and appointment of trustee. | 0.30 hrs |
| 06/01/21 | NRD | Conference with WJS re case background and issue topics in need of research. | 1.20 hrs |
| 06/01/21 | NRD | Receipt, review, and analysis of Debtor's response re motion for abstention. | 0.40 hrs |
| 06/01/21 | WS | <u>Meeting with NRD and HLA discussing case overview and issues to be researched.</u>  (1) Duplicative reduced 100% | <u>1.50 hrs</u> |
| 06/01/21 | WS | <u>Outlining and clarifying sub issues and strategies with NRD for researching various issues related to the case.</u>  (4) No estate benefit reduced 100% | 1.10 hrs |
| 06/09/21 | HLA | Lengthy telephone conference with G. Silver of UST regarding disclosure statement hearing and production of documents. | 0.20 hrs |
| 06/09/21 | NRD | Call with D. Newby re Committee's position on remand motion as well as 2004 exam of Debtor. | 0.20 hrs |
| 06/10/21 | HLA | Telephone conference with attorney D. Newby for creditor regarding participating in examination. | 0.20 hrs |
| 06/11/21 | HLA | Review and analysis of communication from Debtor's counsel regarding examination and production of documents and disclosure statement; analyze and respond. | 0.20 hrs |

**Adelman & Gettleman, Ltd.**

| OCUC of Marshall Spiegel | 2592 | 00001 | Invoice No: | 17019 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/11/21 | NRD | Review of Association's draft response to motion for sanctions related to stay violations; email to D. Hyde re same. | 0.30 hrs |
| 06/14/21 | HLA | Lengthy telephone conference with G. Silver regarding disclosure statement deficiencies, discovery, and 2004 exam issues. | 0.30 hrs |
| 06/14/21 | NRD | Preparation for hearing on Debtor's motion to set combined hearing on disclosure statement and plan, including Committee's limited objection to same. | 0.90 hrs |
| 06/14/21 | NRD | Appearance at hearing in Chapter 11 Case on Debtor's motion to set hearing on disclosure statement and Committee's limited objection to same. | 1.10 hrs |
| 06/15/21 | NRD | Review of proposed order re hearing on disclosure statement; draft responsive email. | 0.10 hrs |
| <u>06/22/21</u> | <u>HLA</u> | <u>Review, analyze and respond where necessary to more than eight emails throughout the day regarding discovery, objection and plan, examinations, documents refused to produce, and meet and confer issues.</u>  (2) Lumping reduced 10% | <u>0.30 hrs</u> |
| 06/22/21 | NRD | Review and analysis of Debtor's response re motion for sanctions against Association. | 0.20 hrs |
| 06/25/21 | HLA | Review orders entered from court hearing, docket, and claim docket. | 0.20 hrs |
| 06/28/21 | HLA | Telephone conference with UST regarding lack of cooperation from Debtor, ambiguities in reports, confidentiality, protective orders and refusal to produce documents. | 0.30 hrs |
| 06/28/21 | NRD | Attention to minute entry re failure to submit fillable order and call with chambers re same. | 0.20 hrs |
| 06/28/21 | NRD | Call with G. Silver of UST's office re order denied for failure to file fillable order. | 0.10 hrs |
| 06/28/21 | NRD | Appearance and argument at hearing on multiple issues in Chapter 11 case including primarily discovery motions re Greenleaf and Matthew. | 2.10 hrs |
| 06/28/21 | NRD | Review of Judge Barnes court room rules re exceptions to fillable order rule; analysis of same. | 0.20 hrs |
| 07/06/21 | HLA | Commence preparation of extensive settlement offer to the debtor. | 0.70 hrs |
| 07/06/21 | NRD | Cancel court reporter for deposition of Debtor. | 0.10 hrs |
| 07/07/21 | HLA | Continue preparation of extensive settlement letter to debtor to resolve chapter 11 case. | 0.40 hrs |
| 07/07/21 | NRD | Conference with HLA re briefing on cross motions re discovery and additional actions to be taken in advance of hearing on 19th. | 0.40 hrs |
| 07/07/21 | NRD | Review and analysis of draft settlement letter; draft changes to same. | 0.60 hrs |
| 07/08/21 | HLA | Continue preparation of settlement letter and revisions. | 0.30 hrs |
| 07/08/21 | NRD | Conferences with HLA re strategy for hearing on discovery motions. | 0.30 hrs |
| 07/09/21 | HLA | Review and revise settlement letter; finalize, proofread and send to D. Lloyd. | 0.40 hrs |
| 07/12/21 | NRD | Conference with WJS re research topics on creditor status after failure to file claim by bar date and disqualification of attorney for creditor. | 0.10 hrs |
| 07/12/21 | WS | Conference with NRD regarding bar date and creditor counsel disqualification research. | 0.10 hrs |
| 07/13/21 | HLA | Review and analysis of newly filed motion to lift stay filed by Condo Association. | 0.10 hrs |
| 07/13/21 | NRD | Review and analysis of Condo Association motion for stay relief. | 0.10 hrs |
| 07/13/21 | WS | Conducted legal research re the Committee's fiduciary duty to parties in the bankruptcy. | 0.50 hrs |
| 07/19/21 | NRD | Conferences with HLA re preparation of hearing and Debtor's responses to objections to disclosure statement. | 0.30 hrs |
| 07/19/21 | NRD | Preparation for hearing on cross discovery motions and adequacy of disclosure statement. | 0.80 hrs |

Case 20-21625, Doc 308, Filed 09/03/2021, Entered 09/03/2021 04:09:10, Desc Exhibit A,
Page 8 of 47

**Adelman & Gettleman, Ltd.**

OCUC of Marshall Spiegel | 2592 | 00001 | Invoice No: 17019

| Date | Init | Description | Hours |
|---|---|---|---|
| 07/19/21 | NRD | Attendance at hearing on adequacy of disclosure statement and cross motions re Matthew and Greenleaf Subpoenas. | 2.70 hrs |
| 07/19/21 | NRD | Review of case law re duties of a committee in connection with preparation for hearing on discovery motions and adequacy of disclosure statement. | 0.60 hrs |
| 07/19/21 | NRD | Email exchange with UST re results of hearing and next steps including protective order. | 0.20 hrs |
| 07/21/21 | HLA | Review and analysis of motion to lift stay by Citizens to gather facts for conference call; prepare for conference call. | 0.20 hrs |
| 07/21/21 | HLA | Preparation for and participation in conference call with attorneys for creditors including Citizens, condo association and others to discuss settlement offer, plan strategy, examination issues, potential conversion and further discovery relating to plan of reorganization. | 1.20 hrs |
| 07/21/21 | NRD | Conference call with C. Graham, D. Newby, D. Hyde, and HLA re prospects of settlement with Debtor and status of case. | 1.00 hrs |
| 07/21/21 | NRD | Conference with HLA re depositions, fee petition, and motion to retain accountant. | 0.20 hrs |
| 07/21/21 | NRD | Research re litigious history of Debtor, pull cases, analyze origin of Greenleaf Property. | 0.60 hrs |
| 07/23/21 | HLA | Review and analyze eight objections filed by debtor to claims; develop strategy for dealing with creditors. | 0.30 hrs |
| 07/23/21 | NRD | Review and analysis of numerous objections to claims filed by Debtor. | 0.60 hrs |
| 07/23/21 | NRD | Conference with HLA re objections to claims.  (1) Duplicative reduced 100% | 0.10 hrs |
| 07/23/21 | NRD | Email exchange with D. Hyde re status of liquidation of sanctions claims. | 0.10 hrs |
| 07/28/21 | NRD | Call with D. Hyde re motion to retain accountant, status of sanctions claims, and other association business. | 0.20 hrs |
| 07/29/21 | HLA | Commence review and analysis of latest operating reports; compare with previous reports. | 0.20 hrs |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Adelman, Howard L. | 13.10 hrs | 525 /hr | $6,877.50 |
| Dwayne, Nicholas R | 28.80 hrs | 315 /hr | $9,072.00 |
| Shirley, Wyatt | 3.20 hrs | 125 /hr | $400.00 |
| Total fees for this matter | 45.10 hrs | | $16,349.50 |

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| 05/13/21 | certified copy of articles of organizatino for Greenleaf Building Illinois Sec of State | 76.69 |
| 07/01/21 | Pacer Service Center - On-line court research 4/1/21 - 6/30/21 | 2.20 |
| 07/01/21 | Pacer Service Center - On-line court research 4/1/21 - 6/30/21 | 3.30 |
| 07/13/21 | copies of annual reports for Greenleaf Building Illinois Secretary of State | 76.69 |
| Total disbursements for this matter | | $158.88 |

**Billing Summary**

| | | |
|---|---|---|
| Total Fees | 45.10 hrs | $16,349.50 |
| Total Disbursements | | $158.88 |
| Less Voluntary Reduction | | $817.48  Cr |

Case 20-21625, Doc 308, Filed 09/03/2021, Entered 09/03/2021 04:09:10, Desc Exhibit A,
Page 7 of 7

**Adelman & Gettleman, Ltd.**                                                                 Page No.  6

OCUC of Marshall Spiegel                      2592              00001                          Invoice No:    17019

**TOTAL CHARGES FOR THIS BILL**                                                              **$15,690.90**

---

### ACH/WIRE TRANSFER INSTRUCTIONS

Wintrust Bank                    Adelman & Gettleman, Ltd. - General Account
231 S. LaSalle St., 2nd Floor    Account Number:            3805304288
Chicago, IL 60604                ABA Routing Number:   071925444
                                 Reference:                      17019

We encourage ACH or Wire Transfer Payments

Case 20-21625, Doc 308, Filed 09/03/2021, Entered 09/03/2021 04:09:10, Desc Exhibit B,
Document    Page 1 of 4

# EXHIBIT B

LAW OFFICES

# Adelman & Gettleman, Ltd.

**53 W. JACKSON BOULEVARD, SUITE 1050**

**CHICAGO, ILLINOIS 60604**

**312-435-1050**

**FAX 312-435-1059**

**FEIN 36-3382789**

September 3, 2021

| | |
|---|---|
| James L. Waite | Invoice No: 17020    HLA |
| Official Committee of Unsecured | Client No: 2592    00002 |
| Creditors for Marshall Spiegel | Billing through: 07/31/21 |
| 1618 Sheridan Road, Unit 8 | |
| Wilmette, IL 60091 | |

**RE: Committee Administration**

**Services Rendered**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/06/21 | NRD | Call with J. Waite, Committee member, re Debtor's objection to retention of A&G as counsel and motion to extend exclusivity period. | 0.20 hrs |
| 04/26/21 | NRD | Zoom conference call with members of committee re several administrative issues, meeting minutes and by-laws, regular meetings, results of hearing, Greenleaf entity and property, and plan of action going forward. | 1.00 hrs |
| 04/30/21 | NRD | Commence drafting Committee By-laws, including secondary source research re same. (2) Lumping reduced 10% | 3.70 hrs |
| 05/03/21 | NRD | Continue drafting by-laws of Committee. (3) Unreasonable time reduced 100% | 2.10 hrs |
| 05/04/21 | HLA | Commence review and analysis of draft bylaws and minimal research for prior usage. (2) Lumping reduced 10% | 0.20 hrs |
| 05/04/21 | NRD | Complete drafting by-laws of Committee; review proof and revisions to same. | 1.70 hrs |
| 05/05/21 | HLA | Review and revise draft bylaws for the UCC. (2) Lumping reduced 10% | 0.30 hrs |
| 05/05/21 | NRD | Conference with HLA re changes to draft By-laws, preparation for examination of Debtor, strategy re Greenleaf, and strategy for upcoming court hearing. | 1.00 hrs |
| 05/05/21 | NRD | Draft revisions to Committee bylaws; draft email circulating same to Committee Members. | 0.40 hrs |
| 05/07/21 | HLA | Review and revise status report to creditors committee; proofread and send. | 0.30 hrs |
| 05/07/21 | NRD | Draft detailed status report to members of the Committee including summary of all pending matters and the Committee's advised position on each, and summary of tasks to complete in the month of May; coordinate with HLA re same. (2) Lumping reduced 10% | 2.70 hrs |
| 05/07/21 | NRD | Revisions and finalizations to status report memo; draft email delivering same to members of Committee. | 0.30 hrs |
| 05/07/21 | NRD | Draft responsive email to Committee member re Bylaws and confidentiality. | 0.10 hrs |
| 05/10/21 | NRD | Email exchange with Committee Members re scheduling of next meeting and delivery of plan and disclosure statement. | 0.50 hrs |
| 05/10/21 | NRD | Call with J. Waite, Chairperson of Committee, re scheduling of meeting, responsive pleading due by Debtor, and logistics of case administration. Draft | 0.20 hrs |
| 05/10/21 | NRD | email to Committee Members re Responses filed by Debtor and Matthew. | 0.20 hrs |
| 05/11/21 | HLA | Preparation for and participation in conference call with members of creditors committee regarding 2004 and Plan strategy. | 0.80 hrs |
| 05/21/21 | HLA | Telephone conference with J. Waite, chair of the Committee, regarding upcoming court hearing and agenda for meeting. | 0.30 hrs |

Case 20-21625 Doc 308 Filed 09/03/2021 Entered 09/03/2021 04:09:10 Desc Exhibit B,
Page 12 of 47

**Adelman & Gettleman, Ltd.**                                                                          Page No. 2

OCUC of Marshall Spiegel                          2592              00002                    Invoice No:    17020

| Date | | Description | Hours |
|---|---|---|---|
| 05/21/21 | HLA | Commence review and analysis of agenda for meeting, court docket, and filed papers by Citizens relating to motion to abstain. | 0.40 hrs |
| 05/21/21 | NRD | Call with HLA and M. Kim re motion for stay violations filed by Debtor against Condo Association. | 0.20 hrs |
| 05/21/21 | NRD | Zoom conference with D. Hyde re proofs of claim, adversary proceedings, hearing, and 2004 motion. | 1.20 hrs |
| 05/24/21 | HLA | Preparation for and participation in UCC meeting re agenda, court hearing, and next steps. | 1.20 hrs |
| 05/24/21 | NRD | Review and analysis of draft proof of claim for creditor; email exchange with D. Hyde re same. | 0.30 hrs |
| 05/24/21 | NRD | Call with D. Hyde re proof of claims, 2004 examinations, and hearings. | 0.50 hrs |
| 05/24/21 | NRD | Attend Zoom meeting with members of committee re hearing, by laws, agenda, and next steps. | 1.20 hrs |
| 06/10/21 | HLA | Telephone conference with member of committee Hall regarding objection. | 0.20 hrs |
| 06/11/21 | NRD | Email exchange with members of the Committee re Monday hearing, Debtor's motion to set hearing on disclosure statement and plan, and Committee meeting after hearing. | 0.20 hrs |
| 06/14/21 | HLA | Preparation for creditors committee meeting including review of docket, claim docket, and schedules, and the call of Judge Barnes. | 0.30 hrs |
| 06/14/21 | HLA | Participate in extensive committee meeting of unsecured creditors committee for discussions of discovery and potential disclosure statement objection and Plan objection. | 1.10 hrs |
| 06/14/21 | NRD | Draft email to Committee Members re J. Xydakis motion to quash and objections to discovery. | 0.10 hrs |
| 06/14/21 | NRD | Call with D. Hyde re hearing. (1) Duplicative reduced 100% | 0.10 hrs |
| 06/14/21 | NRD | Participation in meeting of Committee re hearing and discovery issues. | 1.10 hrs |
| 06/17/21 | NRD | Two calls with B. Hall, Committee member, re status of discovery, payment of fees, and hearing transcript on motion for 2004 exam. | 0.30 hrs |
| 06/18/21 | NRD | Draft email to Committee members updating them on discovery status. | 0.20 hrs |
| 06/21/21 | NRD | Draft email to Members of Committee re documents produced by Debtor. | 0.20 hrs |
| 06/23/21 | NRD | Draft email to members of the Committee re motion to compel and J. Xydakis delays and Debtor's bank statements. | 0.20 hrs |
| 06/28/21 | HLA | Preparation for and participation in creditors committee meeting discussing Plan, disclosure statement, 2004 examinations, objection to disclosure statement, and fraudulent conveyance strategy. | 0.90 hrs |
| 06/28/21 | NRD | Attendance at meeting of Committee re debrief from hearing. | 0.70 hrs |
| 06/28/21 | NRD | Telephone and zoom conference with D. Hyde re preparation for hearing and issues likely to arise. | 0.30 hrs |
| 07/07/21 | NRD | Draft email to members of Committee re papers filed re discovery motions; attention to responsive emails re same. | 0.30 hrs |
| 07/13/21 | NRD | Call with D. Hyde re case status, upcoming hearing, and objection to adequacy of disclosure statement. | 0.20 hrs |
| 07/15/21 | HLA | Review and respond to emails from creditors regarding meeting to discuss settlement. | 0.20 hrs |
| 07/15/21 | NRD | Email exchange with D. Hyde and D. Newby re settlement offer to Debtor and scheduling a call re same. | 0.20 hrs |
| 07/15/21 | NRD | Email exchange with Committee members re offer of settlement made to Debtor and lack of response to same. | 0.10 hrs |
| 07/20/21 | HLA | Preparation of email to committee regarding retention of accountant and roles of accountants. | 0.20 hrs |
| 07/20/21 | NRD | Draft detailed email to members of the Committee re results of hearing and current pending tasks. | 0.40 hrs |

**Adelman & Gettleman, Ltd.**                                                          Page No.  3

OCUC of Marshall Spiegel                    2592           00002              Invoice No:    17020

| Date | | Description | Hours |
|---|---|---|---|
| 07/22/21 | NRD | Draft detailed email to members of the Committee re Gould & Pakter Associates, LLC, Michael Pakter, their qualifications to represent the Committee, and issues discovered relating to bank accounts and prepetition transfers; receipt and review of responsive emails from members manifesting consent to the retention of Gould & Pakter Associates, LLC. | 0.60 hrs |
| 07/23/21 | NRD | Draft email to members of the Committee re objections to claims and current issues with Xydakis re protective order. | 0.20 hrs |
| 07/26/21 | NRD | Draft email to Members of the Committee re application to employ and request for comments to same; follow up responsive email addressing questions about timing. | 0.20 hrs |
| 07/29/21 | HLA | Telephone conference with W. Hall, committee member, regarding motion to retain accountants and the need therefor, and standards to be utilized by the court. | 0.30 hrs |
| 07/29/21 | NRD | Email exchange with members of Committee re timing of accountant retention motion and status of case. | 0.30 hrs |

| | | | |
|---|---|---|---|
| Adelman, Howard L. | 6.70 hrs | 525 /hr | $3,517.50 |
| Dwayne, Nicholas R | 23.40 hrs | 315 /hr | $7,371.00 |
| Total fees for this matter | 30.10 hrs | | $10,888.50 |

**Billing Summary**

| | | |
|---|---|---|
| Total Fees | 30.10 hrs | $10,888.50 |
| Less Voluntary Reduction | | $544.43  Cr |
| **TOTAL CHARGES FOR THIS BILL** | | **$10,344.07** |

---

### ACH/WIRE TRANSFER INSTRUCTIONS

| | |
|---|---|
| Wintrust Bank | Adelman & Gettleman, Ltd. - General Account |
| 231 S. LaSalle St., 2nd Floor | Account Number:        3805304288 |
| Chicago, IL 60604 | ABA Routing Number:  071925444 |
| | Reference:               17020 |

We encourage ACH or Wire Transfer Payments

Case 20-21625, Doc 308, Filed 09/03/2021, Entered 09/03/2021 04:09:10, Desc Exhibit C,
Page 1 of 14

# EXHIBIT C

Case 20-21625, Doc 308, Filed 09/03/2021, Entered 09/03/2021 04:05:10, Desc Exhibit C,
Page 2 of 14

LAW OFFICES

# Adelman & Gettleman, Ltd.

**53 W. JACKSON BOULEVARD, SUITE 1050**

**CHICAGO, ILLINOIS 60604**

**312-435-1050**

**FAX 312-435-1059**

**FEIN 36-3382789**

September 3, 2021

| | |
|---|---|
| James L. Waite | Invoice No: 17021    HLA |
| Official Committee of Unsecured | Client No: 2592    00003 |
| Creditors for Marshall Spiegel | Billing through: 07/31/21 |
| 1618 Sheridan Road, Unit 8 | |
| Wilmette, IL  60091 | |

**RE:  2004 Discovery**

**Services Rendered**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/02/21 | NRD | Conduct legal research re basis to conduct a Rule 2004 examination of the Debtor, including the use of such examination as a pre-litigation tool. | 1.20 hrs |
| 04/02/21 | NRD | Continue drafting motion to authorize Rule 2004 examinations of the Debtor and other parties. | 0.70 hrs |
| 04/06/21 | NRD | Continue legal research re basis for Rule 2004 examination of Debtor, including cases specifically where authority is sought by a creditor's committee and a proper discharge of the committee's statutory duties. | 1.40 hrs |
| 04/06/21 | NRD | Continue drafting motion for 2004 examinations. | 0.60 hrs |
| 04/07/21 | NRD | Continue work on motion for 2004 examination of Debtor and others. Continue | 1.20 hrs |
| 04/08/21 | NRD | drafting Committee motion to authorize 2004 examination. | 1.10 hrs |
| 04/14/21 | NRD | Continue drafting motion to authorize 2004 Examinations of Debtor and other entities, specifically incorporating rebuttals to anticipated objections and arguments from Debtor. (3) Unreasonable time reduced 100% | 2.10 hrs |
| 04/14/21 | NRD | Legal research re basis for Rule 2004 Exams in connection with motion drafting. | 1.20 hrs |
| 04/15/21 | NRD | Complete drafting motion to authorize Rule 2004 examinations and proposed order granting same; final review and proof of same. (2) Lumping reduced 10% | 2.40 hrs |
| 04/16/21 | NRD | Commence drafting subpoenas and document request riders for use in connection with Rule 2004 examinations of Debtor, Debtor's son, lenders, and Greenleaf Entity. | 0.70 hrs |
| 04/19/21 | HLA | Review and revise motion for 2004 exam. | 0.30 hrs |
| 04/19/21 | HLA | Attend conference with NRD regarding strategies for revisions and application of rule 2004. (1) Duplicative reduced 100% | 0.20 hrs |
| 04/19/21 | NRD | Conference with HLA re revisions to Motion for 2004 Exam. | 0.20 hrs |
| 04/19/21 | NRD | Draft revisions to motion for 2004 exam. | 0.80 hrs |
| 04/20/21 | HLA | Final proofread and revisions to motion for 2004 exam. | 0.30 hrs |
| 04/20/21 | HLA | Brief consultation with NRD regarding presentation of motion, response dates and shortening notice. | 0.20 hrs |
| 04/20/21 | NRD | Conference with HLA re motion for 2004 Exam, potential briefing schedule, and notice. (1) Duplicative reduced 100% | 0.20 hrs |
| 04/20/21 | NRD | Final review and proof of Motion for 2004 Exams and proposed order; circulate to members of the committee for review via email. | 0.80 hrs |
| 04/20/21 | NRD | File motion for 2004 Exams. (6) Clerical reduced 100% | 0.30 hrs |
| 04/21/21 | NRD | Efforts to filed amended proposed order to motion for 2004 Exams as instructed by clerk. (6) Clerical reduced 100% | 0.30 hrs |

**Adelman & Gettleman, Ltd.**                                                                                 Page No.  2

OCUC of Marshall Spiegel                         2592                00003                          Invoice No:    17021

| | | | |
|---|---|---|---|
| 04/22/21 | NRD | Conference with HLA re Wintrust motion for stay relief and Committee's position on same. | 0.40 hrs |
| 04/26/21 | NRD | Commence drafting outline and preparation for examination of Debtor. <u>Draft</u> | 0.90 hrs |
| 04/27/21 | NRD | <u>detailed document request rider re 2004 Examination of the Debtor including drafting of definitions and instructions, and requests for documents relating to Greenleaf entity, Greenleaf transaction, Wintrust letter of credit, certificates of deposit, and other financial affairs of the Debtor.</u> (2) Lumping reduced 10% | 3.40 hrs |
| 04/27/21 | NRD | Draft form notice of 2004 examination to be appended to proposed order and served upon Debtor. | 0.90 hrs |
| 04/28/21 | NRD | Conference with HLA re notice of 2004 Examination. | 0.10 hrs |
| 04/28/21 | NRD | Continue drafting notice of 2004 Examination. | 0.30 hrs |
| 04/28/21 | NRD | Conference with HLA re revisions to notice of examination and document requests, strategy for examination of Debtor, strategy relating to Greenleaf transaction, derivative standing to pursue avoidance of Greenleaf transaction, and correspondence with Debtor. | 0.60 hrs |
| 04/28/21 | NRD | Draft correspondence to Debtor re notice of 2004 exam and document requests. | 0.40 hrs |
| 04/28/21 | NRD | Continue preparation of examination topics, outline, and questions re 2004 Examination of Debtor. | 1.40 hrs |
| 04/29/21 | NRD | Proof and finalize correspondence to Debtor's counsel re 2004 exam and document request; draft email to Debtor re same ccing other creditors; attention to and respond to follow up emails from UST. | 0.50 hrs |
| 04/29/21 | NRD | Continue outlining and preparation of examination of Debtor. | 1.30 hrs |
| 05/03/21 | NRD | Draft email to D. Lloyd re filing of amended proposed order granting 2004 motion. | 0.10 hrs |
| 05/03/21 | NRD | Final proof and filing of amended proposed order re motion to conduct 2004 examinations. | 0.30 hrs |
| 05/04/21 | NRD | Outlining and preparation for deposition of Debtor, Matthew, and Greenleaf Entity. | 1.70 hrs |
| 05/06/21 | NRD | Continue preparation for Rule 2004 Examination of Debtor in light of allegations made in plan and disclosure statement as well as tax returns. | 1.10 hrs |
| 05/10/21 | HLA | Preliminary review of lengthy objection to 2004 exam and objection of Debtor to 2004 exam; identify areas for response. | 0.40 hrs |
| 05/10/21 | NRD | Receipt and initial review and analysis of Responses in opposition to Committee motion for Rule 2004 exams. | 0.70 hrs |
| 05/10/21 | NRD | Commence outlining of Reply in support of Rule 2004 exam motion. | 1.10 hrs |
| 05/11/21 | HLA | Attendance at conference with NRD to discuss strategy in Reply and contents of Responses. | 0.30 hrs |
| 05/11/21 | HLA | Review, analyze and outline responses to response filed by Debtor's son; review authority cited in part; identify points in opposition. | 0.40 hrs |
| 05/11/21 | NRD | Continued review and analysis of Responses in opposition to Motion for Rule 2004 examinations. | 1.50 hrs |
| 05/11/21 | NRD | Conference with HLA re Reply in support of Motion for 2004 exams and arguments made by creditor and Debtor in respective responses. | 0.30 hrs |
| 05/11/21 | NRD | Continue outlining of Reply in support of Rule 2004 exam motion. | 1.10 hrs |
| 05/11/21 | NRD | Conduct legal research re arguments made in Responses to Rule 2004 Motion and additional grounds for examinations. | 3.10 hrs |
| 05/12/21 | HLA | Attendance at meeting with NRD regarding strategy for reply briefs and avoiding propensity to raise sideshows, and focus on the fundamental need for discovery to determine accuracy of schedules and conduct. | 0.50 hrs |
| 05/12/21 | HLA | Telephone conference with G. Murphy and D. Hyde regarding support for 2004, need for investigation, and amount of proof of claim for calculus of | 0.30 hrs |

Case 20-21625, Doc 308, Filed 09/03/2021, Entered 09/03/2021 04:09:10, Desc Exhibit C,
Page 4 of 14

**Adelman & Gettleman, Ltd.**                                                                Page No.  3

OCUC of Marshall Spiegel                    2592              00003                    Invoice No:     17021

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | ability to pay. | |
| 05/12/21 | HLA | Lengthy telephone conference with G. Silver regarding involvement of UST in motion for 2004 exam, refusal of Debtor to actually supplement schedules, comply with request of trustee and need for involvement of trustee. | 0.30 hrs |
| 05/12/21 | HLA | Continue review and analysis of response filed by Debtor and response filed by Matthew; analyze arguments for reply brief; objectors protest too much by contesting production of basic documents. | 0.80 hrs |
| 05/12/21 | NRD | Email exchange and call with court reporter re order of transcript for hearing on motion of Debtor to conduct rule 2004 examinations. (2) Lumping reduced 10% | 0.40 hrs |
| 05/12/21 | NRD | Commence drafting reply in support of motion for rule 2004 exam. | 4.30 hrs |
| 05/12/21 | NRD | Throughout the day, conferences with HLA re drafting of Reply in support of Motion for 2004 Examination.  (1) Duplicative reduced 100% | 0.90 hrs |
| 05/13/21 | NRD | Continued review and analysis of responses to 2004 motion filed by Debtor and Debtor's son and outlining of reply to the same. (2) Lumping reduced 10% | 1.40 hrs |
| 05/13/21 | NRD | Continue drafting reply in support of motion for 2004 exams. | 3.70 hrs |
| 05/14/21 | HLA | Continue to review and analyze motion, two responses, and outline of Reply; continue to work on Reply brief; proofread. (2) Lumping reduced 10% | 1.80 hrs |
| 05/14/21 | HLA | Two conferences with NRD regarding brief strategy. | 0.40 hrs |
| 05/14/21 | HLA | Commence process of outlining issues and areas of inquiry from Plan, issues from disclosure statement, tax return issues, financial information issues, and transfer issues, for 2004 exam. | 1.40 hrs |
| 05/14/21 | NRD | Conferences with HLA re status of Reply. (1) Duplicative reduced 100% | 0.40 hrs |
| 05/14/21 | NRD | Complete drafting of Reply in support of Rule 2004 Motion; proof and edits of same. (2) Lumping reduced 10% | 3.10 hrs |
| 05/14/21 | NRD | Legal research re Rule 2004 motions in connection with Reply drafting. | 1.20 hrs |
| 05/16/21 | NRD | Receipt, review, and analysis, of email comments from Members of the Committee to Reply in support of 2004 Motion. | 0.20 hrs |
| 05/16/21 | NRD | Outlining of oral argument in support of Rule 2004 Motion. | 0.50 hrs |
| 05/17/21 | HLA | Final revisions and proofreading of Reply brief after comments from committee; prepare for filing. | 0.80 hrs |
| 05/17/21 | HLA | Lengthy telephone conference with J. Weiss, attorney for creditor, regarding 2004 exam, need for investigation, and cooperation from Debtor. | 0.30 hrs |
| 05/17/21 | NRD | Draft responsive email to Committee members re suggested revisions to Reply. | 0.10 hrs |
| 05/17/21 | NRD | Draft revisions to Reply suggested by Committee members including footnotes re inconsistencies in Disclosure Statement and Schedules, and lack of response from certain proposed examinees; brief proof read of Reply; conference with HLA re same. | 0.40 hrs |
| 05/17/21 | NRD | Efforts to file reply in support of 2004 exam motion. | 0.20 hrs |
| 05/19/21 | NRD | Re-review and analysis of Responses to Rule 2004 Motion, re-review of Reply, analysis and outline of oral arguments re same. | 1.40 hrs |
| 05/21/21 | HLA | Review cases under 2004 cited in brief for examination, and third-party subpoenas. | 0.30 hrs |
| 05/21/21 | NRD | Preparation for hearing on Rule 2004 Motion. | 0.60 hrs |
| 05/21/21 | NRD | Review and analysis of Responses from Matthew and Debtor, comparison of quotations to source material. | 0.70 hrs |
| 05/24/21 | NRD | Preparation for hearing on Motion for Rule 2004 examination including review of all pleadings filed in connection therewith, and outline of oral argument. Begin drafting 2004 Subpoenas and Document Request Riders (2) Lumping reduced 10% | 0.90 hrs |
| 05/25/21 | NRD | Review of US Bank proof of claim for subpoena service information; call with counsel for US Bank that filed proof of claim re same. | 3.10 hrs |
| 05/25/21 | NRD | | 0.20 hrs |

Case 20-21625, Doc 308, Filed 09/03/2021, Entered 09/03/2021 04:09:10, Desc Exhibit C,
Page 5 of 14

**Adelman & Gettleman, Ltd.**

Page No. 4

OCUC of Marshall Spiegel        2592      00003        Invoice No:    17021

| Date | Init. | Description | Hours |
|---|---|---|---|
| 05/25/21 | NRD | Attention to order granting Rule 2004 Motion; conference with HLA re same; call to chambers re same. | 0.30 hrs |
| 05/26/21 | NRD | Complete drafting of three document request riders to Matthew, Debtor, US Bank, and Greenleaf Entity. (2) Lumping reduced 10% | 3.60 hrs |
| 05/26/21 | NRD | Call with judge's chambers re timing of entry of order re 2004 Motion. | 0.10 hrs |
| 05/27/21 | HLA | Review, analyze and revise draft document requests and draft subpoenas for four (4) deponents. | 0.40 hrs |
| 05/27/21 | HLA | Attend conference with NRD regarding revisions to subpoenas and strategy in obtaining service. | 0.20 hrs |
| 05/27/21 | NRD | Continue outlining and preparation for deposition of Debtor and Matthew Debtor. (1) Duplicative reduced 100% | 1.40 hrs |
| 05/27/21 | NRD | Conference with HLA re subpoenas, document requests, and service of same. | 0.20 hrs |
| 05/27/21 | NRD | Continue work on 2004 Exam subpoenas. | 1.10 hrs |
| 05/28/21 | HLA | Review and revise four subpoenas and exhibits re 2004 exams. | 0.40 hrs |
| 05/28/21 | HLA | Commence outline of examination topic questions and categories. | 0.50 hrs |
| 05/28/21 | NRD | Draft, review, and revisions to five subpoenas for Rule 2004 examination of Matthew Debtor, U.S. Bank, Wintrust Bank, Greenleaf Entity (through Matthew), and Greenleaf Entity (through registered agent). (2) Lumping reduced 10% | 1.60 hrs |
| 05/28/21 | NRD | Call with J. Waite re service of subpoena on Matthew and cooperation with process server. | 0.20 hrs |
| 05/28/21 | NRD | Efforts to serve five subpoenas for Rule 2004 exams including drafting of two emails re bank subpoenas, drafting one email to process server re Matthew Debtor and Greenleaf Entity (through Matthew), preparation of certified mail package re Greenleaf Entity (through registered agent) and U.S. Bank. (2) Lumping reduced 10% | 0.80 hrs |
| 05/28/21 | NRD | Research and telephone calls with process servers re service of Rule 2004 Subpoenas. | 0.50 hrs |
| 05/28/21 | NRD | Call with U.S. Bank re address to serve subpoenas. | 0.30 hrs |
| 05/28/21 | NRD | Call with counsel for Wintrust Bank re acceptance of service of subpoena. | 0.20 hrs |
| 05/28/21 | NRD | Legal research re general orders or regulations re depositions in federal court in light of covid; conference with HLA re same and appropriate language to include in subpoena. | 0.90 hrs |
| 05/28/21 | NRD | Legal research re appropriate service of process in Seventh Circuit, specifically review of Seventh Circuit case re treatment of certified mail delivery as personal service under federal rules. | 0.70 hrs |
| 05/28/21 | NRD | Legal research and calculation re witness fee for 2004 subpoenas | 0.10 hrs |
| 05/28/21 | NRD | Draft email to counsel for Debtor re service of notice of 2004 examination and request for documents. | 0.10 hrs |
| 05/28/21 | NRD | Draft detailed email to members of committee re service of subpoenas and notice of deposition. | 0.30 hrs |
| 06/01/21 | NRD | Review of email from UST re attendance at Debtor's deposition. | 0.10 hrs |
| 06/01/21 | NRD | Continue to prepare for deposition of Debtor. | 1.40 hrs |
| 06/02/21 | NRD | Receipt and review of email from U.S. Bank re progress on subpoena. | 0.10 hrs |
| 06/02/21 | NRD | Receipt and review of affidavit of service re Matthew and Greenleaf subpoenas. | 0.10 hrs |
| 06/08/21 | HLA | Review, analyze and revise emails to D. Lloyd regarding discovery and production of documents. | 0.20 hrs |
| 06/08/21 | HLA | Attendance at conference with NRD regarding getting with D. Lloyd on discovery and strategy. | 0.20 hrs |
| 06/09/21 | NRD | Conference with HLA re Debtor's response to notice of 2004 exam and strategy for deposition. | 0.20 hrs |
| 06/09/21 | NRD | Draft email to D. Lloyd re 2004 examination and document requests. | 0.10 hrs |

Case 20-21625 Doc 308 Filed 09/03/2021 Entered 09/03/2021 04:09:10 Desc Exhibit C, Page 19 of 47

**Adelman & Gettleman, Ltd.**                                                                                                    Page No.  5

OCUC of Marshall Spiegel                                2592                00003                                    Invoice No:    17021

| Date | Init | Description | Hours |
|---|---|---|---|
| 06/09/21 | NRD | Attention to and review of email from G. Silver re 2004 exam of Debtor. | 0.10 hrs |
| 06/09/21 | WS | Research regarding Motion to Compel and Rule 37 with regarding to deposition misconduct. (4) No estate benefit reduced 100% See 6/11/21 | 3.30 hrs |
| 06/10/21 | HLA | Telephone conference with attorneys for Wintrust regarding participation in examination and discovery production. | 0.30 hrs |
| 06/10/21 | HLA | Attendance at conference with NRD regarding terms of communication and motion to compel to stay on the deadline set by the court. | 0.20 hrs |
| 06/10/21 | HLA | Continue review and analysis of objection filed by Greenleaf and Matthew Debtor; compare with request, as well as motion to quash; identify lack of objections or reasons given for objections; develop matters for correspondence to attorney and for motion to compel. | 0.60 hrs |
| 06/10/21 | NRD | Receipt and response to email from counsel to Wintrust re participation in 2004 exam. | 0.10 hrs |
| 06/11/21 | HLA | Commence review and analysis of motion to quash and communication from attorney on Greenleaf and Matthew. | 0.40 hrs |
| 06/11/21 | HLA | Review and analysis of civil and bankruptcy rules regarding motions to compel, duty to meet and confer, and impact on timing of disclosure statement hearing. | 0.30 hrs |
| 06/11/21 | HLA | Commence preparation for examination of parties including Debtor; identify deposition topics and documents applicable. | 0.80 hrs |
| 06/11/21 | HLA | Attendance at office conference with NRD regarding examination protocol, examination topics, research topics, and strategy. | 0.60 hrs |
| 06/11/21 | NRD | Receipt and initial review of motion to quash subpoenas filed by J. Xydakis on behalf of Matthew and Greenleaf Entity. | 0.40 hrs |
| 06/11/21 | NRD | Legal research re deposition conduct and review of applicable case re J. Xydakis. | 0.60 hrs |
| 06/11/21 | NRD | Throughout the day, numerous conferences with HLA re deposition of the Debtor including outline topics, mock questions, and scheduling and logistical issues. (1) Duplicative reduced 100% | 0.60 hrs |
| 06/11/21 | NRD | Receipt, review, and analysis of email from D. Lloyd re Debtor's inability to meet discovery deadline and need to conduct deposition via Zoom; conference with HLA re same. | 0.40 hrs |
| 06/11/21 | NRD | Email exchange with counsel for Wintrust re participation in examination of Debtor. | 0.20 hrs |
| 06/11/21 | NRD | Call with D. Newby, counsel for Citizens, re participation in 2004 examination of Debtor. | 0.10 hrs |
| 06/11/21 | NRD | Conferences with WJS and HLA re discovery and deposition conduct  likely to be engaged in by Debtor and counsel to Matthew, research needed re remedies and motions to compel. | 2.10 hrs |
| 06/11/21 | NRD | Outlining and preparation for deposition of the Debtor. | 2.40 hrs |
| 06/11/21 | NRD | Draft detailed email to D. Lloyd re conditions and ground rules for deposition via Zoom. (1) Duplicative reduced 100% | 0.90 hrs |
| 06/11/21 | WS | Meeting with HLA and NRD regarding deposition preparation for 2004 exam and other strategies with regard to the case more generally. | 2.10 hrs |
| 06/11/21 | WS | Located HLA research files and begin external research regarding Motions to Compel, Rule 37, and deposition conduct more generally. (4) No estate benefit reduced 100% | 1.00 hrs |
| 06/14/21 | HLA | Commence review and analysis of objections filed by Greenleaf and by Matthew Debtor, and motion to quash by both; identify weaknesses in objections and motions. | 0.70 hrs |
| 06/14/21 | NRD | Multiple calls throughout the day with HLA re hearing, and J. Xydakis motion to quash and objection to discovery. (2) Lumping reduced 10% | 0.30 hrs |
| 06/14/21 | NRD | Review and analysis of J. Xydakis objections to discovery served on Matthew | 0.70 hrs |

**Adelman & Gettleman, Ltd.**                                                                         Page No.  6

OCUC of Marshall Spiegel                        2592              00003              Invoice No:    17021

|          |     |                                                                                                                                                                        |          |
|----------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|
|          |     | and Greenleaf Entity; draft outline of response to same.                                                                                                                    |          |
| 06/14/21 | NRD | Two calls and emails with C. Melam re Zoom deposition logistics.                                                                                                            | 0.50 hrs |
| 06/14/21 | NRD | Continued preparation and outlining for deposition of Debtor.                                                                                                               | 1.30 hrs |
| 06/14/21 | WS  | Legal research regarding current state of Motions to Compel, Rule 37 and Rule 30 in Illinois and 7th Circuit.                                                               | 1.40 hrs |
| 06/14/21 | WS  | Begin drafting memo analyzing what behavior is allowed during a deposition under Illinois & 7th Circuit Law. (2) Lumping reduced 10%                                         | 2.00 hrs |
| 06/14/21 | WS  | Review and analysis of HLA research materials regarding Motions to Compel, Rule 37 sanctions, and Rule 30 procedures for oral depositions more generally.                   | 3.80 hrs |
| 06/15/21 | NRD | Draft letter to J. Xydakis re Matthew and his objections to subpoenaed documents and requesting meet and confer.                                                            | 1.90 hrs |
| 06/15/21 | NRD | Conferences with HLA re strategy for dealing with J. Xydakis and D. Lloyd on discovery issues, drafting of letters, motions to compel, and response to motion to quash.     | 0.70 hrs |
| 06/15/21 | NRD | Draft letter to  J. Xydakis re Greenleaf Entity and its objection to subpoenaed documents and requesting meet and confer.                                                   | 2.70 hrs |
| 06/15/21 | NRD | Draft email to  J. Xydakis attaching discovery letters.                                                                                                                     | 0.10 hrs |
| 06/15/21 | NRD | Conferences and email exchanges with WJS re research in connection with drafting of discovery letter to J. Xydakis including that re attorney client privilege and requesting same document from multiple parties. | 0.70 hrs |
| 06/15/21 | NRD | Legal research re applicability of Rule 26 to Bankruptcy Rule 2004 examination.                                                                                             | 0.60 hrs |
| 06/15/21 | WS  | Research regarding case citation from paragraph 8 of J. Xydakis motion.                                                                                                     | 0.80 hrs |
| 06/15/21 | WS  | Work on Motion to Compel memo.                                                                                                                                              | 2.40 hrs |
| 06/15/21 | WS  | Conference with NRD regarding privilege research and crime fraud exception.                                                                                                 | 0.20 hrs |
| 06/15/21 | WS  | Work on meeting and confer research for NRD regarding Rule 26.                                                                                                              | 1.30 hrs |
| 06/15/21 | WS  | Research regarding privilege and crime fraud exception.                                                                                                                     | 2.20 hrs |
| 06/15/21 | WS  | Research and conversations with NRD regarding duplicative discovery question.                                                                                               | 1.90 hrs |
| 06/16/21 | HLA | Review and analyze emails from Greenleaf attorney; consider options after reviewing again objection and lack of reasoning or merit to objection. Review                     | 0.30 hrs |
| 06/16/21 | HLA | and analyze letter from attorney for Greenleaf; continue work on response to letter and outlining motion to compel.                                                         | 0.60 hrs |
| 06/16/21 | NRD | Conference with HLA re discovery issues, including discussions with J. Xydakis and motions to compel.                                                                       | 0.40 hrs |
| 06/16/21 | NRD | Email exchange with  J. Xydakis re meet and confer re discovery.                                                                                                            | 0.30 hrs |
| 06/16/21 | NRD | Email exchange with D. Lloyd re Debtor's continued failure to produce documents.                                                                                            | 0.30 hrs |
| 06/16/21 | NRD | Continue legal research re applicability of Rule 26 to Bankruptcy Rule 2004 examination.                                                                                    | 0.80 hrs |
| 06/17/21 | HLA | Continue to review and analyze motion to quash filed by Greenleaf and Matthew; identify objections, lack of authority, lack of basis, and weak arguments for response.      | 0.80 hrs |
| 06/17/21 | NRD | Draft emails to counsel to Citizens and Wintrust re delay of deposition.                                                                                                    | 0.20 hrs |
| 06/17/21 | NRD | Conference with HLA re order of hearing transcript re scope of 2004 exam.                                                                                                   | 0.10 hrs |
| 06/17/21 | NRD | Conduct legal research on discovery objections, necessity to allege basis, burden of proof in motion to compel, and other issues related to Matthew and Greenleaf Entity's failure to comply with subpoena. | 2.30 hrs |
| 06/17/21 | NRD | Begin drafting motion to Compel re Matthew and Greenleaf Entity. Continue to                                                                                                | 2.40 hrs |
| 06/17/21 | WS  | prepare memo regarding Motion to Compel.                                                                                                                                    | 0.50 hrs |
| 06/18/21 | HLA | Commence review and analysis of documentation provided by Debtor, paying                                                                                                    | 0.90 hrs |

**Adelman & Gettleman, Ltd.**                                                                        Page No.  7

OCUC of Marshall Spiegel                    2592              00003                    Invoice No:      17021

|          |      | particular attention to operating agreement and tax returns; extensive analysis of operating agreement and determination that parties were not complying with agreement and misrepresented consideration. | |
|----------|------|---|----------|
| 06/18/21 | NRD  | Legal research re discovery objections in connection with preparation for meet and confer with J. Xydakis. | 0.90 hrs |
| 06/18/21 | NRD  | Draft detailed email to D. Lloyd re delays in Debtor's response to discovery requests, citing case law, and scheduling of a meet and confer re Debtor's failure to comply. | 0.70 hrs |
| 06/18/21 | NRD  | Draft email to UST summarizing status of discovery with respect to Debtor, Greenleaf Entity, and Matthew attaching documents. | 0.20 hrs |
| 06/18/21 | NRD  | Receipt and initial review of documents produced by Debtor including Greenleaf Entity operating agreement, tax returns, and land trust documents. | 1.20 hrs |
| 06/18/21 | NRD  | Continue drafting motion to compel. | 0.50 hrs |
| 06/18/21 | WS   | Work on Motion to Compel memo. | 1.20 hrs |
| 06/21/21 | HLA  | Prepare for 2004 meet and confer with attorney for Greenleaf, who was a no-show. | 0.20 hrs |
| 06/21/21 | HLA  | Commence work on motion to compel; review applicable rules and meet and confer requirements. | 0.50 hrs |
| 06/21/21 | NRD  | Draft email to G. Silver of UST's office re J. Xydakis's failure to appear at meet and confer. | 0.10 hrs |
| 06/21/21 | NRD  | Appearance on Zoom for scheduled meet and confer with counsel to Matthew and Greenleaf Entity; draft emails to counsel re failure to appear at same. | 0.30 hrs |
| 06/21/21 | NRD  | Conferences with HLA throughout the day re motion to compel discovery responses against Matthew and Greenleaf Entity. (2) Lumping reduced 10% | 0.60 hrs |
| 06/21/21 | NRD  | Continued drafting of motion to compel re Matthew and Greenleaf Entity. | 3.20 hrs |
| 06/21/21 | NRD  | Gather and compile exhibits to Motion to Compel. (2) Lumping reduced 10% | 1.10 hrs |
| 06/21/21 | NRD  | Conferences, telephone calls, and email exchanges with WJS re research re motions to compel, burdens, and standards re objects to discovery requests. | 0.80 hrs |
| 06/21/21 | NRD  | Legal research re which party has the burden in context of motion to quash, and general boilerplate objections in discovery. | 0.40 hrs |
| 06/21/21 | NRD  | Final proofs and compiling of Motion to Compel in preparation for filing. | 0.90 hrs |
| 06/21/21 | WS   | Conference with HLA and NRD regarding creating chart analyzing case cites from J. Xydakis Motion to Quash. | 0.20 hrs |
| 06/21/21 | WS   | Conference with NRD regarding if a party in interest gets special treatment with regard to discovery requests similarly to non-parities in traditional litigation. | 0.20 hrs |
| 06/21/21 | WS   | Research regarding Judge Barnes' opinions on scope of 2004 exams and research regarding scope more broadly. (4) No estate benefit reduced 100% | 1.30 hrs |
| 06/22/21 | HLA  | Review, analysis of and respond to motion to quash; review and analyze motion to compel and harmonize for filing motion to compel and objecting to motion to quash. | 0.50 hrs |
| 06/22/21 | HLA  | Commence review and analysis of documentation produced by Debtor including operating agreement, financial information, credit application, and corporate documents. | 0.70 hrs |
| 06/22/21 | NRD  | Email exchange with J. Xydakis re meet and confer and motion to quash. | 0.40 hrs |
| 06/22/21 | NRD  | Call with G. Silver from UST re discovery dispute, delay tactics of J. Xydakis, and pending discovery motions. | 0.50 hrs |
| 06/22/21 | NRD  | Conference with HLA re J. Xydakis discover dispute and demand letter re avoidance of fraudulent conveyance. | 0.30 hrs |
| 06/22/21 | NRD  | Review and analysis of documents produced by Debtor, including Greenleaf operating agreement, P/Ls, tax returns, and bank statements. | 0.60 hrs |
| 06/22/21 | NRD  | Draft amended notice of motion re motion to compel. | 0.20 hrs |

**Adelman & Gettleman, Ltd.** — Page No. 8

OCUC of Marshall Spiegel · 2592 · 00003 · (2) Lumping reduced 10% · Invoice No: 17021

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/22/21 | NRD | Throughout the day, attention to emails from UST re discovery issues. | 0.30 hrs |
| 06/22/21 | WS | Continue to work on deposition conduct memorandum. | 2.40 hrs |
| 06/23/21 | HLA | Prepare for meet and confer with Debtor regarding 2004 exam omitted documents. | 0.20 hrs |
| 06/23/21 | HLA | Commence review and analysis of production of Debtor, including corporate filings, operating agreement, tax returns, and financial information; identify issues for examination. | 1.40 hrs |
| 06/23/21 | NRD | Continued review and analysis of documents produced by Debtor. | 1.40 hrs |
| 06/23/21 | NRD | Conference with HLA re status of Debtor's discovery and meet and confer. | 0.20 hrs |
| 06/23/21 | NRD | Telephone meet and confer with J. Xydakis re objections to discovery. | 1.40 hrs |
| 06/23/21 | NRD | Call with D. Lloyd re continuation of meet and confer for Debtor. | 0.10 hrs |
| 06/23/21 | WS | Complete deposition conduct memorandum. | 1.50 hrs |
| 06/24/21 | HLA | Review, analyze and respond when necessary to more than ten emails throughout the day regarding 2004 request, response from Greenleaf, negotiations on documents, and protective order issues. (2) Lumping reduced 10% | 0.40 hrs |
| 06/24/21 | HLA | Review and analysis of form protective order proposed by counsel to Greenleaf. | 0.20 hrs |
| 06/24/21 | HLA | Attendance at office conference with NRD regarding strategy in dealing with discovery and protective order. | 0.20 hrs |
| 06/24/21 | HLA | Review and analysis of transcript from hearing, motions and orders the court approved relating to 2004 examinations and documents requested; continue to review list; review responses to discovery requests by attorney for Greenleaf and Matthew Debtor. | 0.30 hrs |
| 06/24/21 | NRD | Legal research re protective orders; review and analysis of form offered by J. Xydakis, identification of issues re same. (2) Lumping reduced 10% | 0.90 hrs |
| 06/24/21 | NRD | Throughout the day, email exchanges with J. Xydakis and UST re protective order and Matthew and Greenleaf Entity's failure to comply with subpoenas. | 1.80 hrs |
| 06/24/21 | NRD | Conference with HLA re J. Xydakis discovery delays and handling of demand for protective order. | 0.20 hrs |
| 06/24/21 | NRD | Legal research re case cited by J. Xydakis in email re discovery. | 0.20 hrs |
| 06/24/21 | NRD | Call with UST re discovery issues. | 0.50 hrs |
| 06/24/21 | NRD | Draft protective order. | 0.60 hrs |
| 06/24/21 | WS | Read relevant case materials and researched validity of opposing counsel's cited caselaw regarding protective orders. | 1.00 hrs |
| 06/24/21 | WS | Conference with NRD regarding protective order research and case review. | 0.50 hrs |
| 06/24/21 | WS | Conference with NRD regarding protective order research and case strategy more generally. | 0.50 hrs |
| 06/25/21 | HLA | Attendance at meeting with NRD regarding revisions to motion to compel and arguments against motion to quash. | 0.30 hrs |
| 06/25/21 | HLA | Review, analyze and outline motion to quash and motion to compel for arguments in upcoming court hearing; review and analyze response filed by Greenleaf and Matthew, and identify arguments; prepare for court hearing. | 0.80 hrs |
| 06/25/21 | NRD | Receipt and initial review of response to motion to compel filed by J. Xydakis on behalf of Matthew and Greenleaf Entity. | 0.50 hrs |
| 06/25/21 | NRD | Exchange of multiple emails with D. Lloyd re production of Debtor's bank statements and Debtor's role in Greenleaf discovery. | 0.90 hrs |
| 06/25/21 | NRD | Receipt and initial review of bank statements produced by Debtor. Conference | 1.10 hrs |
| 06/25/21 | NRD | with HLA re cross motions re discovery and arguments re same. Draft | 0.30 hrs |
| 06/28/21 | NRD | responsive email to J. Xydakis re demand for protective order. Conferences | 0.40 hrs |
| 06/28/21 | NRD | with HLA re strategy for hearing on discovery motions. Preparation for | 0.30 hrs |
| 06/28/21 | NRD | hearing on discovery motion including review and analysis of all relevant pleadings, outlining of argument, and brief legal research. | 1.20 hrs |

**Adelman & Gettleman, Ltd.**                                                                     Page No. 9

OCUC of Marshall Spiegel                    2592              00003                    Invoice No:    17021

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/28/21 | NRD | Draft responsive email to D. Lloyd re production of post-petition bank statements. | 0.10 hrs |
| 06/28/21 | NRD | Receipt and initial review of Wintrust discovery production. | 0.30 hrs |
| 06/29/21 | NRD | Begin drafting response to Motion to Quash. | 2.30 hrs |
| 06/29/21 | NRD | Legal research in connection with Response to Motion to Quash re scope of 2004 discovery, applicable federal rules, and status of recipients of subpoenas as insiders of Debtor as defined by the Bankruptcy Code. | 0.90 hrs |
| 06/29/21 | NRD | Conference with HLA re discovery motions and responses thereto. | 0.20 hrs |
| 06/29/21 | NRD | Continued review and analysis of Motion to Quash in connection with drafting Response to same. | 0.70 hrs |
| 06/29/21 | NRD | Calls with U.S. Bank re status of 2004 subpoena and production of documents. | 0.60 hrs |
| 06/29/21 | NRD | <u>Throughout the day, several conferences with WJS re research projects in connection with drafting response to motion to quash and reply in support of motion to compel.</u> (2) Lumping reduced 10% | <u>0.60 hrs</u> |
| 06/29/21 | WS | <u>Legal research regarding cases that J. Xydakis cites in his response to our motion to compel and his motion to quash and research regarding cases that Judge Barnes has imposed sanctions.</u> (2) Lumping reduced 10% | <u>0.90 hrs</u> |
| 06/29/21 | WS | Legal research regarding the applicability of Rule 26 in 2004 discovery. | 1.10 hrs |
| 06/29/21 | WS | <u>Conference with NRD regarding insiders in discovery research question.</u> (1) 100% | <u>0.20 hrs</u> |
| 06/29/21 | WS | Legal research regarding insiders in discovery research question. | 1.40 hrs |
| 06/29/21 | WS | <u>Conference with NRD regarding creating chart compiling documents we have received and are still missing via Rule 2004 order.</u> (1) Duplicative reduced 100% | <u>0.30 hrs</u> |
| 06/29/21 | WS | Legal research regarding rules that govern redaction in discovery and caselaw discussing redaction. | 1.00 hrs |
| 06/29/21 | WS | Legal research regarding preserving discovery objections and when they are waived. | 0.50 hrs |
| 06/29/21 | WS | Review Debtor's response to our motion to compel. | 0.70 hrs |
| 06/29/21 | WS | Begin reviewing documents we have received from Debtor and compiling chart. | 1.20 hrs |
| 06/30/21 | NRD | Telephone conference with representative from U.S. Bank re status of subpoena and accounts in the name of Debtor. | 0.40 hrs |
| 06/30/21 | NRD | Conference with WJS re status of review of documents produced by Debtor and identification of missing documents. | 0.40 hrs |
| 06/30/21 | NRD | Continue drafting Response to Motion to Quash. | 2.70 hrs |
| 06/30/21 | WS | Review documents received from the Debtor and begin compiling list / chart of documents we have received and are still likely missing. | 5.80 hrs |
| 06/30/21 | WS | <u>Conferences with NRD regarding Debtor's documents.</u> (1) Duplicative reduced 100% | <u>0.20 hrs</u> |
| 07/01/21 | NRD | Call with US Bank re status of subpoena and production of documents. | 0.20 hrs |
| 07/01/21 | NRD | Call with D. Lloyd re scheduling of Debtor's deposition and status of discovery with respect to Greenleaf Entity and Matthew. | 0.10 hrs |
| 07/01/21 | NRD | Initial review and analysis of documents produced by US Bank. | 0.30 hrs |
| 07/01/21 | NRD | Review and analysis of bank statements produced by Debtor to determine, what, if any accounts are missing. | 1.30 hrs |
| 07/01/21 | NRD | Email exchange with members of committee re various issues identified in document production including source account for payment of association dues. | 0.50 hrs |
| 07/01/21 | NRD | Email exchange with D. Lloyd re missing statements in Debtor's production. | 0.70 hrs |
| 07/01/21 | NRD | Email exchange with UST re deposition scheduling. | 0.10 hrs |
| 07/01/21 | NRD | Conference with WJS re summary chart re documents produced by Debtor and identification of bank accounts. | 0.20 hrs |
| 07/02/21 | NRD | Conference with WJS re research required in connection with briefing on | 0.30 hrs |

Case 20-21625, Doc 308, Filed 09/03/2021, Entered 09/03/2021 04:09:10, Desc Exhibit C,
Page 11 of 14

**Adelman & Gettleman, Ltd.**  Page No.  10

| | | | |
|---|---|---|---|
| OCUC of Marshall Spiegel | | 2592        00003 | Invoice No:      17021 |

| | | | |
|---|---|---|---|
| | | discovery motions and drafting of reply in support of motion to compel. | |
| 07/02/21 | NRD | Extensive email exchange with J. Xydakis re Matthew and Greenleaf Entity's unwillingness to produce documents and briefing on discovery motions. | 0.80 hrs |
| 07/02/21 | NRD | Legal research re bare conclusory discovery objections, applicability of federal rules to 2004 examinations, and other issues related to drafting of Response to Motion to Quash. | 2.70 hrs |
| 07/02/21 | NRD | Begin drafting Response to motion to quash. | 3.30 hrs |
| 07/02/21 | NRD | Online research re Greenleaf Property apartment listings; compile as a part of exhibit to response to motion to quash. | 0.30 hrs |
| 07/02/21 | WS | Conference with NRD regarding drafting reply in support of motion to compel. | 0.30 hrs |
| 07/02/21 | WS | Review and analysis of Respondent's response to motion to compel. | 0.50 hrs |
| 07/03/21 | NRD | Legal research in connection with drafting of response to motion to quash including burdens, and whether all FRCP apply in context of chapter 11. | 0.80 hrs |
| 07/03/21 | NRD | Continue drafting response to motion to quash. | 1.90 hrs |
| 07/04/21 | HLA | Review, analyze and revise response to motion to quash; brief conference with NRD. | 0.50 hrs |
| 07/04/21 | NRD | Continue legal research in connection with drafting response to motion to compel including relevance of insider status of subpoena recipient and review of all case law cited by motion. | 2.20 hrs |
| 07/04/21 | NRD | Complete first draft of response to motion to quash; draft email to HLA re same. | 2.60 hrs |
| 07/05/21 | HLA | Review, analyze and revise reply to motion to compel; brief conference with NRD. | 0.50 hrs |
| 07/05/21 | NRD | Legal research in connection with drafting of reply in support of motion to compel including insider, party, non-party status, scope of 2004 exams, derivative standing, and review and analysis of case law cited by response. | 2.60 hrs |
| 07/05/21 | NRD | Draft reply in support of motion to compel including three argument sections, introduction, and conclusion. (2) Lumping reduced 10% | 4.80 hrs |
| 07/05/21 | NRD | Final review and proof of response to motion to compel; file same. | 1.30 hrs |
| 07/05/21 | NRD | Call and email exchange with HLA re draft of reply in support of motion to compel. | 0.20 hrs |
| 07/05/21 | NRD | Final review, proof, and revisions to reply in support of motion to compel; file same. | 1.80 hrs |
| 07/05/21 | NRD | Conference with WJS revisions and finalizations to papers re discover motions. | 0.30 hrs |
| 07/05/21 | WS | Prepare exhibits for response.          (2) Lumping reduced 10% | 1.00 hrs |
| 07/05/21 | WS | Proofread response and do additional research on discrete issues. | 1.40 hrs |
| 07/05/21 | WS | Bluebook citation for internet source. (4) No estate benefit reduced 100% | 0.10 hrs |
| 07/05/21 | WS | Proofread reply in support of motion to compel. | 1.40 hrs |
| 07/05/21 | WS | Conference with NRD regarding finishing response and reply papers due. | 0.30 hrs |
| 07/05/21 | WS | Perform legal research about need to have correct citations. | 0.50 hrs |
| 07/08/21 | NRD | Review and analysis of Wintrust Bank production.(4) No estate benefit reduced 100% | 0.80 hrs |
| 07/08/21 | NRD | Extensive email exchange with J. Xydakis re continued failure to produce documents and rejection of unreasonable and incomplete compromise proposals. | 0.60 hrs |
| 07/08/21 | NRD | Conference with HLA and WJS re review of Debtor's bank statements received from US Bank and Wintrust Bank, identification of accounts, creation dates, and substantial transfers by and between accounts, analysis of avoidability of such transfers, need for accountant to review and analyze same. Conference with WJS re drafting of bank account summary chart. | 1.00 hrs |
| 07/08/21 | NRD | | 0.10 hrs |
| 07/09/21 | WS | Analyze documents received from Wintrust Bank to determine the source of funds Debtor used to purchase CDs. | 2.00 hrs |

Case 20-21625 Doc 308 Filed 09/03/2021 Entered 09/03/2021 04:09:10 Desc Exhibit C,
Page 12 of 14

**Adelman & Gettleman, Ltd.**

Page No. 11

OCUC of Marshall Spiegel          2592          00003  (1) Duplicative reduced 100%          Invoice No:    17021

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 07/09/21 | WS | Conference with NRD regarding creating chart of all Debtor's bank accounts and documents received and missing from Debtor. | 0.10 hrs |
| 07/09/21 | WS | Completed chart of Debtor's bank accounts and documents received and missing from Debtor. | 3.30 hrs |
| 07/12/21 | NRD | Review and analysis of US Bank production including email exchange with US Bank re access to encrypted CD containing documents. | 1.20 hrs |
| 07/12/21 | NRD | Review and analysis of Matthew and Greenleaf Entity's joint reply in support of Motion to Quash. | 0.40 hrs |
| 07/12/21 | NRD | Pull, review, and analysis of case law cited by Reply in support of Motion to Quash. | 0.60 hrs |
| 07/13/21 | HLA | Review and analysis of reply paper filed by Greenleaf to motion to compel; identify issues for argument. | 0.20 hrs |
| 07/13/21 | NRD | Review and analysis of briefings on discovery motions and preparation for hearing on same. | 0.70 hrs |
| 07/13/21 | NRD | Legal research re duties of a committee and history of section 1102 in connection with briefing on discovery motions and in rebuttal of case law cited by Respondents' papers. | 1.10 hrs |
| 07/13/21 | NRD | Review and analysis of organizational documents for Greenleaf Entity received from Illinois SoS. | 0.10 hrs |
| 07/14/21 | HLA | Review and analyze reply paper filed by counsel to Greenleaf and Matthew Spiegel; identify points for argument. | 0.30 hrs |
| 07/14/21 | NRD | Additional review and analysis of Matthew and Greenleaf Entity's Reply in support of motion to quash. | 0.40 hrs |
| 07/14/21 | NRD | Receipt and initial review of credit card statements produced by Debtor. | 0.30 hrs |
| 07/14/21 | WS | Analyzed Matthew & Greenleaf s reply to the motion to quash. | 0.80 hrs |
| 07/15/21 | NRD | Continued review of documents produced by US Bank, including identification of opening date of HELOC account and date of any relevant draws; comparison of same with transfers made between Wintrust Accounts and transfer of Greenleaf Property. | 1.40 hrs |
| 07/15/21 | NRD | Efforts to compile, organize, and file all 2004 Discovery documents received thus far. | 0.70 hrs |
| 07/15/21 | NRD | Begin drafting timeline of Debtor's prepetition conduct in conjunction with review of bank statements. | 1.10 hrs |
| 07/15/21 | NRD | Conference with WJS re review of bank statements and identification of irregularities and transfers between multiple accounts. | 0.40 hrs |
| 07/15/21 | NRD | Continue review of credit card statements produced by Debtor. | 0.40 hrs |
| 07/15/21 | WS | Conference with NRD re discrepancies with Marshall & Matthew's bank transactions as used to purchase CDs. | 0.40 hrs |
| 07/16/21 | HLA | Commence preparation for hearing on motion to compel and motion to quash; identify specific and limited arguments for oral argument. | 0.40 hrs |
| 07/16/21 | HLA | Review and analyze reply filed by Greenleaf; identify inaccuracies. | 0.30 hrs |
| 07/16/21 | NRD | Continued review of bank statement produced by Debtor and banks in 2004 discovery; identification of accounts, transfers, and irregular payments. | 1.40 hrs |
| 07/19/21 | HLA | Attend office conference with NRD regarding strategy for oral argument on motion to compel in response to motion to quash. | 0.30 hrs |
| 07/19/21 | HLA | Review and analysis of motion to compel, motion to quash, responses and replies; prepare for hearing. | 0.60 hrs |
| 07/20/21 | HLA | Attend conference with NRD regarding changes to protective order, consulting with committee and other attorneys. | 0.20 hrs |
| 07/20/21 | HLA | Review protective order proposed by Greenleaf attorney and identify weaknesses. | 0.30 hrs |

**Adelman & Gettleman, Ltd.**                                                                      Page No.   12

OCUC of Marshall Spiegel                               2592                00003                    Invoice No:     17021

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/20/21 | NRD | Review and analysis of proposed protective order sent by J. Xydakis | 0.30 hrs |
| 07/20/21 | NRD | Call with judge's chambers re entry of order re motion to compel. | 0.10 hrs |
| 07/20/21 | NRD | Email exchange with J. Xydakis re draft protective order, need to modify, and lack of resemblance to Northern District of Illinois form. | 0.30 hrs |
| 07/20/21 | NRD | Research re protective order forms, specifically in the context of a chapter 11 case and on which a committee is bound. | 0.70 hrs |
| 07/20/21 | NRD | Telephone conference with L. Janczak re protective order in case with committee. | 0.10 hrs |
| 07/20/21 | NRD | Conference with HLA re structure of protective order. | 0.20 hrs |
| 07/20/21 | NRD | Begin drafting protective order. | 1.80 hrs |
| 07/20/21 | NRD | Conference with HLA and WJS re protective order structure, issues, need for form, and likely objections by Xydakis. | 0.50 hrs |
| 07/20/21 | NRD | Draft email to J. Xydakis re inconsistency of his draft protective with Northern District of Illinois form despite his representations that form was used; run of redline of two documents and attach to email. | 0.20 hrs |
| 07/20/21 | WS | Conducted legal research re examples of protective orders between debtors and committees in chapter 11. | 1.50 hrs |
| 07/20/21 | WS | Strategy conference with NRD & HLA re Greenleaf and Matthew protective order as to scope, anticipated objections, and other possible future issues. | 0.50 hrs |
| 07/20/21 | WS | Conducted legal research re examples of protective orders that Judge Barnes has entered previously. | 0.70 hrs |
| 07/21/21 | HLA | Commence review and analysis of protective order proposed by Greenleaf; identify weaknesses. | 0.30 hrs |
| 07/21/21 | HLA | Attendance at office conference with NRD regarding protective order, production of documents, and scheduling depositions. | 0.20 hrs |
| 07/21/21 | NRD | Continue drafting protective order. | 2.10 hrs |
| 07/21/21 | NRD | Complete drafting of protective order, proof, and finalize same. | 0.70 hrs |
| 07/21/21 | NRD | Conference with HLA re completed draft of protective order. | 0.20 hrs |
| 07/21/21 | NRD | Draft email to J. Xydakis re protective order draft. | 0.10 hrs |
| 07/21/21 | NRD | Conference with WJS re proof of protective order. | 0.10 hrs |
| 07/21/21 | WS | Analyzed and proofread protective order for NRD. | 0.80 hrs |
| 07/21/21 | WS | Conference with NRD re protective order proofread and thoughts. | 0.10 hrs |
| 07/22/21 | HLA | Review and analyze protective order used by Judge Barnes; adapt to Spiegel case after review and consultation with NRD. | 0.30 hrs |
| 07/22/21 | NRD | Conference with HLA re protective order. | 0.10 hrs |
| 07/23/21 | NRD | Draft email to J. Xydakis re review of protective order and need to submit to judge. | 0.10 hrs |
| 07/26/21 | HLA | Review and analyze emails from attorney for Greenleaf regarding protective order and production of documents. (2) Lumping | 0.20 hrs |
| <u>07/26/21</u> | <u>NRD</u> | <u>Multiple email exchanges with J. Xydakis re appropriate form of protective order, detailing that form was adopted from order recently entered by J. Barnes in similar case, addressing concerns, and attempts to resolve impasse.</u> | <u>1.30 hrs</u> |
| 07/27/21 | HLA | Review latest draft of protective order; determine open issues for resolution. | 0.30 hrs |
| 07/28/21 | HLA | Commence preparation of examination outline of Marshall Spiegel and Matthew Spiegel; review applicable documents in connection with preparing outline and questions. | 1.20 hrs |
| 07/30/21 | HLA | Continue reviewing documents produced; preparation of deposition outline for Marshall Spiegel and Matthew Spiegel. | 0.70 hrs |
| 07/30/21 | NRD | Email to J. Xydakis re production of documents. | 0.10 hrs |

Adelman, Howard L.                                    29.90 hrs        525 /hr        $15,697.50

**Adelman & Gettleman, Ltd.**

| OCUC of Marshall Spiegel | | 2592 | 00003 | | Invoice No: 17021 |
|---|---|---|---|---|---|
| Dwayne, Nicholas R | | | 184.10 hrs | 315 /hr | $57,991.50 |
| Shirley, Wyatt | | | 60.70 hrs | 125 /hr | $7,587.50 |
| | | | | | |
| Total fees for this matter | | | 274.70 hrs | | $81,276.50 |

**Disbursements**

| 05/28/21 | 1116-22 Greenleaf Building LLC - subpoena fee | 70.00 |
|---|---|---|
| 06/15/21 | Process Server Fees, mileage and research | 810.90 |
| | Robert G. Hanrahan Investigations, LLC INVR21*0271Z2101 | |
| 06/18/21 | Transcript of proceedings on 5/24/21 before Judge Barnes | 243.00 |
| | D&E INV 1578 | |
| 06/23/21 | FedEx; Federal Express to US Bank Home Mortgage in St Louis MO | 24.69 |
| | Total disbursements for this matter | $1,148.59 |

**Billing Summary**

| Total Fees | 274.70 hrs | $81,276.50 | |
|---|---|---|---|
| Total Disbursements | | $1,148.59 | |
| Less Voluntary Reduction | | $4,063.83 | Cr |
| **TOTAL CHARGES FOR THIS BILL** | | **$78,361.26** | |

---

### ACH/WIRE TRANSFER INSTRUCTIONS

Wintrust Bank      Adelman & Gettleman, Ltd. - General Account
231 S. LaSalle St., 2nd Floor      Account Number:      3805304288
Chicago, IL 60604      ABA Routing Number: 071925444
     Reference:      17021

We encourage ACH or Wire Transfer Payments

Case 20-21625, Doc 308, Filed 09/03/2021, Entered 09/03/2021 04:09:10, Desc Exhibit D,
Page 28 of 47

# EXHIBIT D

Case 20-21625, Doc 308, Filed 09/03/2021, Entered 09/03/2021 04:09:10, Desc Exhibit D, Page 29 of 47

LAW OFFICES

# Adelman & Gettleman, Ltd.

**53 W. JACKSON BOULEVARD, SUITE 1050**

**CHICAGO, ILLINOIS 60604**

**312-435-1050**

**FAX 312-435-1059**

**FEIN 36-3382789**

September 3, 2021

| | |
|---|---|
| James L. Waite | Invoice No: 17022    HLA |
| Official Committee of Unsecured | Client No: 2592    00004 |
| Creditors for Marshall Spiegel | Billing through: 07/31/21 |
| 1618 Sheridan Road, Unit 8 | |
| Wilmette, IL 60091 | |

**RE: :Plan and Disclosure Statement**

**Services Rendered**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/03/21 | HLA | Review and analysis of Plan filed by Debtor; analyze confirmability under 1129. | 0.40 hrs |
| 05/04/21 | HLA | Commence research regarding good faith filing; review of Colliers on good faith requirements of 1129 and individual chapter 11 case confirmation standards. | 1.20 hrs |
| 05/04/21 | NRD | Continued review of Plan and Disclosure Statement; identification of inconsistencies and deficiencies. | 0.70 hrs |
| 05/05/21 | HLA | Commence review and analysis of proposed plan of reorganization, disclosure statement, and extensive exhibits, reviewing detail on exhibits; identify issues for discovery and potential objection. (2) Lumping reduced 10% | 1.20 hrs |
| 05/06/21 | NRD | Attention to and review of proposed chapter 11 plan of reorganization and disclosure statement filed by Debtor, as well as attachments thereto including tax returns and other financial documents. | 1.30 hrs |
| 05/07/21 | HLA | Commence review and analysis of recently filed Plan, disclosure statement, exhibits, and tax returns of Debtor; identify issues for discovery and analysis. | 1.40 hrs |
| 05/07/21 | NRD | Conference with HLA re Debtor's proposed plan and disclosure statement, review of attachments to disclosure statement including tax returns, discussion and analysis of Greenleaf Entity and Greenleaf Transaction. | 0.50 hrs |
| 05/11/21 | HLA | Review confirmation standards in Bankruptcy Code for individual chapter 11 cases; review Colliers on objections to confirmation and best interests. | 0.70 hrs |
| 05/11/21 | HLA | Commence review and analysis of Debtor's plan of reorganization; detailed review of disclosure statement and detailed review of exhibits.(1) Duplicative reduced 100% | 1.40 hrs |
| 05/13/21 | HLA | Continue review and analysis of plan disclosure statement and voluminous exhibits; identify inconsistencies and areas for examination. (2) Lumping reduced 10% | 0.70 hrs |
| 05/13/21 | HLA | Commence preparation of comparisons for spending charts to determine lack of feasibility, in that proceeds from building from January through May are insufficient and contrary to projections; attempt to decipher net cash flow from reports and unauthorized expenditures. | 0.80 hrs |
| 05/17/21 | HLA | Continue review and analysis of confirmation standards for individual chapter 11, including 727 interplay and confirmation standards unique to individual Debtors. | 1.20 hrs |
| 05/21/21 | HLA | Continue review and analysis of Debtor's Plan; research confirmation standards under 1129, 1141, and disclosure statement requirements relating to individual Debtors. (2) Lumping reduced 10% | 1.40 hrs |
| 06/07/21 | HLA | Continue to review disclosure statement and review requirements for contents of disclosure statement; commence identifying objections. (2) Lumping reduced 10% | 0.70 hrs |

**Adelman & Gettleman, Ltd.**

Page No.  2

OCUC of Marshall Spiegel                    2592                    00004                    Invoice No:    17022

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/07/21 | HLA | Attend conference with NRD regarding objection to hearing on disclosure statement and contents of disclosure statement. | 0.20 hrs |
| 06/07/21 | HLA | Reviewed Debtor's motion to set hearing on disclosure statement. | 0.10 hrs |
| 06/07/21 | WS | Research regarding need to value fraudulent transfers to satisfy the best interests test. | 3.50 hrs |
| 06/08/21 | NRD | Review and analysis of research summary from WJS re derivative standing and use of unliquidated avoidance actions in confirmation; conference with WJS re same and detail additional research task re contents of disclosure statement. | 0.40 hrs |
| 06/08/21 | NRD | Receipt and review of email from D. Lloyd re motion to set hearing on disclosure statement; draft responsive email re Debtor's failure to comply with discovery subpoena. | 0.40 hrs |
| 06/08/21 | NRD | Conduct legal research re contents of disclosure statement including definition of "adequate information." | 1.40 hrs |
| 06/08/21 | WS | Legal research re confirmation of plan under best interests test, and specifically how and whether fraudulent transfer claims must be disclosed, valued, and either pursued or reserved. | 1.10 hrs |
| 06/08/21 | WS | <u>Legal research re requirements for contents of a disclosure statement including review of all federal jurisdictions.</u> (4) No estate benefit reduced 100% | <u>0.80 hrs</u> |
| 06/08/21 | WS | Legal research re requirements for contents of a disclosure statement confined only to Northern District of Illinois and applicable Seventh Circuit cases. | 1.10 hrs |
| 06/09/21 | HLA | Continue work on objection to hearing on disclosure statement. | 0.40 hrs |
| 06/09/21 | HLA | Review and analysis of communication from Debtor's counsel regarding disclosure statement; continue identifying topics for objection. | 0.20 hrs |
| 06/09/21 | NRD | Review and analysis of Debtor's motion to combine hearing on disclosure statement and plan. | 0.20 hrs |
| 06/09/21 | NRD | <u>Conduct legal research re combined hearings on disclosure statement and plan; review of code provision cited by Debtor's Motion, review other applicable code provisions and rules; case law research re same.</u> (2) Lumping reduced 10% | <u>0.90 hrs</u> |
| 06/09/21 | NRD | Conferences with HLA re limited objection to Debtor's motion to combine hearing on disclosure statement and plan. | 0.40 hrs |
| 06/09/21 | NRD | Begin drafting limited objection to Debtor's motion to combine hearing on disclosure statement and plan. | 1.40 hrs |
| 06/09/21 | WS | 1125 and 105 research regarding ability of Debtor to consolidate disclosure statement and confirmation hearing. | 1.50 hrs |
| 06/09/21 | WS | Email to NRD regarding 1125 and 105 research analyzing basis question. | 0.10 hrs |
| 06/10/21 | HLA | Review and revise objection to disclosure statement; prepare for filing. | 0.40 hrs |
| 06/10/21 | NRD | Complete drafting limited objection to Debtor's motion to set combined hearing on disclosure statement and plan. | 2.70 hrs |
| 06/10/21 | NRD | Legal research in connection with drafting of limited objection to Debtor's motion to set hearing on plan and disclosure statement. | 0.90 hrs |
| 06/10/21 | NRD | Draft detailed email to members of the Committee re Debtor's motion to set hearing on plan and disclosure statement, and circulating draft of limited objection to the same. | 0.20 hrs |
| 06/10/21 | NRD | Draft notice of objection to Debtor's motion to set hearing on disclosure statement and plan. | 0.30 hrs |
| 06/10/21 | NRD | Efforts to file Notice of Objection and Limited Objection re Debtor's motion to set hearing on disclosure statement and plan. | 0.30 hrs |
| 06/10/21 | NRD | <u>Throughout the day, conferences with WJS re findings of legal research on issues related to combined hearings on plans and disclosure statement, and proof of limited objection.</u> (2) Lumping reduced 10% | <u>0.70 hrs</u> |
| 06/10/21 | WS | Proofread limited objection to motion for combined hearing on disclosure | 0.60 hrs |

Case 20-21625   Doc 308   Filed 09/03/2021   Entered 09/03/2021 04:03:10   Desc Exhibit D,
Page 4 of 5

**Adelman & Gettleman, Ltd.**

Page No.  3

| | | | |
|---|---|---|---|
| OCUC of Marshall Spiegel | | 2592          00004 | Invoice No:     17022 |

| | | | |
|---|---|---|---|
| | | statement for NRD and provided feedback. | |
| 06/10/21 | WS | Research regarding court language opposing combined hearings on disclosure statements and confirmation. (6) Insufficient description reduced 100% | 1.10 hrs |
| 06/11/21 | HLA | Review and revise objection to hearing on disclosure statement; final revisions for filing. | 0.30 hrs |
| 06/18/21 | HLA | Review and analysis of projections attached to the Plan and disclosure statement; compare with prior financial information and actual results in 2021. | 0.70 hrs |
| 06/25/21 | HLA | Continue review of disclosure statement re Greenleaf, cash flow, vacancy and value; research internet for vacancies. | 0.60 hrs |
| 07/07/21 | HLA | Continue to work on objections to disclosure statement and response from reply related to motion to compel. | 0.40 hrs |
| 07/09/21 | NRD | Review and analysis of Disclosure Statement; identification of errors, omissions, and inadequacies. | 0.70 hrs |
| 07/09/21 | NRD | Begin outlining objection to adequacy of disclosure statement. | 0.60 hrs |
| 07/12/21 | NRD | Commence drafting limited objection to disclosure statement. | 2.30 hrs |
| 07/12/21 | NRD | Conference with WJS re research needed on contents of disclosure statement. | 0.10 hrs |
| 07/12/21 | NRD | Review and analysis of disclosure statement and monthly operating reports; comparison of projected expenses in former with actual expenses in latter. | 0.70 hrs |
| 07/12/21 | NRD | Commence drafting summary list of identified defects in disclosure statement including lack of backup for valuations of assets, inaccurate projections of claims and expenses, and analysis of avoidance actions, among others. | 0.60 hrs |
| 07/12/21 | NRD | Review and analysis of Disclosure Statement in connection with drafting of objection to the same, including identification of defects in same.(1) Duplicative reduced 100% | 0.90 hrs |
| 07/12/21 | WS | Conference with NRD regarding disclosure statement motion and research. | 0.10 hrs |
| 07/12/21 | WS | Draft email to NRD regarding disclosure statements motion and requirements for disclosure statement research. | 0.30 hrs |
| 07/12/21 | WS | Draft email to NRD regarding further elaboration on disclosure statements research. (4) No estate benefit reduced 100% | 0.20 hrs |
| 07/13/21 | HLA | Continue reviewing disclosure statement, identifying areas for objection. | 0.40 hrs |
| 07/13/21 | HLA | Office conference with NRD regarding strategy in objection to disclosure statement and areas for objection. | 0.20 hrs |
| 07/13/21 | NRD | Continue drafting limited objection to disclosure statement. | 2.60 hrs |
| 07/13/21 | NRD | Legal research re adequacy of disclosure statement, including necessity to include analysis of avoidance actions, specifics regarding valuation of assets, and the concept of creditors not knowing what is not included in statement. | 1.90 hrs |
| 07/13/21 | NRD | Conference with WJS re task of drafting summary chart or exhibit demonstrating unreasonable projections of expenses made in disclosure statement as compared to actual expenses while case pends. | 0.50 hrs |
| 07/13/21 | NRD | Conference with WJS re proof of objection to disclosure statement. | 0.20 hrs |
| 07/13/21 | WS | Conference with NRD re analyzing Debtor's expenses as compared to the disclosure statement. (1) Duplicative reduced 100% | 0.50 hrs |
| 07/13/21 | WS | Analyzed Debtor's finances as compared to the disclosure statement. | 1.50 hrs |
| 07/13/21 | WS | Compiled comprehensive list of discrepancies between Debtor's finances and disclosure statement. | 1.50 hrs |
| 07/13/21 | WS | Conducted legal research re the Committee's legal authority to request amendment to Debtor's disclosure statement. | 1.50 hrs |
| 07/13/21 | WS | Proofread NRD's limited objection to Debtor's disclosure statement. | 0.50 hrs |
| 07/13/21 | WS | Conference with NRD re Debtor's financial discrepancies and disclosure statement objection. | 0.20 hrs |
| 07/13/21 | WS | Cite checked NRD's limited objection to Debtor's disclosure statement. | 0.50 hrs |
| 07/14/21 | HLA | Review and analyze objection filed by UST regarding disclosure statement. | 0.20 hrs |

Case 20-21625, Doc 308, Filed 09/03/2021; Entered 09/03/2021 04:09:10; Desc Exhibit D,
Page 32 of 47

**Adelman & Gettleman, Ltd.**                                                                     Page No.  4

OCUC of Marshall Spiegel                      2592              00004                    Invoice No:      17022

| Date | Init | Description | Hours |
|---|---|---|---|
| 07/14/21 | HLA | Review and revise objection to disclosure statement by unsecured creditors committee; communicate revisions to colleague; proofread final version. | 0.40 hrs |
| 07/14/21 | NRD | Review and analysis of UST's objection to adequacy of disclosure statement. | 0.20 hrs |
| 07/14/21 | NRD | Complete drafting of limited objection to adequacy of disclosure statement. | 2.70 hrs |
| 07/14/21 | NRD | Final proof, revisions, finalization, and preparation for filing of limited objection to adequacy of disclosure statement. | 0.40 hrs |
| 07/14/21 | NRD | Attention to joinders to objection to disclosure statement filed by creditors. | 0.20 hrs |
| 07/14/21 | NRD | Draft certificate of service re limited objection to disclosure statement. | 0.10 hrs |
| 07/15/21 | HLA | Continue doing projections and actual finances of Greenleaf to determine feasibility of plan including monthly reports of debtor, projections of Greenleaf, and prior financial statements of Greenleaf. | 0.60 hrs |
| 07/16/21 | HLA | Attendance at office conference with NRD regarding comparison of disclosure statement projections with financial statements provided by Greenleaf and actual receipts and disbursements of debtor-in-possession; identify best format for conveying lack of feasibility to the court. | 0.40 hrs |
| 07/16/21 | NRD | Conference with HLA re feasibility of plan as it relates to projections made by disclosure statement as compared to monthly operating reports, Greenleaf P/Ls, and tax returns. (1) Duplicative reduced 100% | 0.40 hrs |
| 07/19/21 | NRD | Review and analysis of responses to objections to adequacy of disclosure statement. | 0.30 hrs |
| 07/23/21 | HLA | Continue review and analyze documentation provided by debtor relating to its plan of reorganization; determine inconsistencies and additional information needed. | 0.40 hrs |

|  |  |  |  |
|---|---|---|---|
| Adelman, Howard L. | 17.00 hrs | 525 /hr | $8,925.00 |
| Dwayne, Nicholas R | 28.10 hrs | 315 /hr | $8,851.50 |
| Shirley, Wyatt | 16.60 hrs | 125 /hr | $2,075.00 |
| Total fees for this matter | 61.70 hrs | | $19,851.50 |

**Billing Summary**

|  |  |  |
|---|---|---|
| Total Fees | 61.70 hrs | $19,851.50 |
| Less Voluntary Reduction | | $992.58  Cr |
| **TOTAL CHARGES FOR THIS BILL** | | **$18,858.92** |

---

**ACH/WIRE TRANSFER INSTRUCTIONS**

| | |
|---|---|
| Wintrust Bank | Adelman & Gettleman, Ltd. - General Account |
| 231 S. LaSalle St., 2nd Floor | Account Number:          3805304288 |
| Chicago, IL 60604 | ABA Routing Number:  071925444 |
| | Reference:                    17022 |

We encourage ACH or Wire Transfer Payments

# EXHIBIT E

LAW OFFICES

# Adelman & Gettleman, Ltd.

**53 W. JACKSON BOULEVARD, SUITE 1050**

**CHICAGO, ILLINOIS 60604**

**312-435-1050**

**FAX 312-435-1059**

**FEIN 36-3382789**

September 3, 2021

| | |
|---|---|
| James L. Waite | Invoice No: 17023    HLA |
| Official Committee of Unsecured | Client No: 2592    00005 |
| Creditors for Marshall Spiegel | Billing through: 07/31/21 |
| 1618 Sheridan Road, Unit 8 | |
| Wilmette, IL 60091 | |

## RE: Employment of Professionals
## Services Rendered

| Date | Init | Description | Hours |
|---|---|---|---|
| 04/01/21 | NRD | Draft revisions to motion to retain counsel as identified by committee members; prepare notice; prepare for filing and file same. | 0.70 hrs |
| 04/01/21 | NRD | Complete draft of Motion of Committee to retain counsel; draft email to Committee members re same. | 0.60 hrs |
| 04/02/21 | NRD | Draft proposed order re committee motion to retain A&G; efforts to file same. | 0.70 hrs |
| 04/19/21 | NRD | Receipt and review of Debtor's withdrawal of objection to retention motion; text exchange with HLA re same; draft email to members of the Committee re same. | 0.30 hrs |
| 07/19/21 | NRD | Conference with WJS re burden required for Committee to retain non-attorney professionals. | 0.20 hrs |
| 07/19/21 | WS | Conference with NRD re researching Committee's burden to show cause to hire an accountant to analyze Debtor's finances. (1) Duplicative reduced 100% | 0.20 hrs |
| 07/19/21 | WS | Composed comprehensive email to NRD outlining research results re Committee's burden to show cause to hire an accountant to analyze the financial affairs of the Debtor. | 0.30 hrs |
| 07/19/21 | WS | Conducted legal research re caselaw on Committee's burden to show cause to hire an accountant to analyze Debtor's affairs. | 1.90 hrs |
| 07/20/21 | HLA | Review resume of Gould and Pakter; consider for financial consultant to accountant. | 0.20 hrs |
| 07/22/21 | HLA | Office conference with NRD regarding retention of accountant, feasibility, and due diligence. | 0.20 hrs |
| 07/22/21 | HLA | Lengthy telephone conference with M. Pakter, prospective forensic accountant for Committee, regarding chapter 11 case and tasks to be performed by financial consultant. | 0.30 hrs |
| 07/22/21 | NRD | Conference with HLA re retention of Michael Pakter as committee's accountant. (1) Duplicative reduced 100% | 0.10 hrs |
| 07/22/21 | NRD | Telephone conference with Michael Pakter re retention application and affidavit of disinterestedness. (1) Duplicative reduced 100% | 0.10 hrs |
| 07/22/21 | NRD | Conference with WJS re details of bank account summary chart and need to identify certain transfers for use in motion to employ accountant. | 0.20 hrs |
| 07/22/21 | NRD | Begin drafting Motion to EmployAccountant.(2)Lumping reduced 10% | 3.70 hrs |
| 07/22/21 | NRD | Review and revisions to exhibit to motion to employ accountant. | 0.40 hrs |
| 07/22/21 | NRD | Review and analysis of website for Gould & Pakter Associates, LLC in connection with drafting of application to employ accountant. Created | 0.20 hrs |
| 07/22/21 | WS | new version of chart of Debtor's bank/credit card accounts with | 1.30 hrs |

Case 20-21625, Doc 308, Filed 09/03/2021, Entered 09/03/2021 04:09:10, Desc Exhibit E,
Page 35 of 47

**Adelman & Gettleman, Ltd.**

OCUC of Marshall Spiegel                          2592          00005                          Invoice No:     17023

|            |     |                                                                                                                                                                                                                                                          |           |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |     | additional information signatory information (and other modifications) to use as an exhibit to motion to appoint an accountant to go through Debtor's finances.                                                                                            |           |
| 07/22/21   | WS  | Conference with NRD re chart and Debtor's bank accounts. (1) Duplicative reduced 100%                                                                                                                                                                     | 0.20 hrs  |
| 07/22/21   | WS  | Review and analysis of Debtor's bank statements to verify signatories and other information on all 19 accounts for updated chart.                                                                                                                         | 1.70 hrs  |
| 07/22/21   | WS  | Review and analysis of Debtor's Wintrust bank statements to find examples of Debtor transfers to Matthew, the 500K wire transfer from Matthew, and examples of transfers into unknown bank account 7584.                                                   | 0.60 hrs  |
| 07/23/21   | HLA | Lengthy telephone conference with M. Pakter, prospective accountant, regarding serving as accountant of creditors committee, details of case, and strategy.                                                                                               | 0.30 hrs  |
| 07/23/21   | NRD | Begin drafting affidavit of disinterestedness of M. Pakter in connection with application to employ accountant.                                                                                                                                          | 1.30 hrs  |
| 07/23/21   | NRD | Draft detailed email to M. Pakter explaining basic case background and attaching relevant pleadings.                                                                                                                                                     | 0.40 hrs  |
| 07/23/21   | NRD | Continue drafting application to employ accountants.                                                                                                                                                                                                      | 2.10 hrs  |
| 07/23/21   | WS  | Analyzed and proofread motion to appoint an accountant to analyze Debtor's finances. (4) No estate benefit reduced 100%                                                                                                                                   | 0.40 hrs  |
| 07/26/21   | HLA | Attendance at office conference with NRD regarding retention of accountant, applicable rule and the need for the application to set forth confusing nature of financial information in debtor's schedules, plan and disclosure statement; situation cries out for accountant to reconcile monthly reports with projections and trace more than a dozen bank accounts. | 0.30 hrs  |
| 07/26/21   | HLA | Review, analyze and revise application to retain forensic accountant to committee and affidavit.                                                                                                                                                         | 0.40 hrs  |
| 07/26/21   | NRD | Multiple email exchanges with M. Pakter re specific details relating to retention, conflicts check, affidavit of disinterestedness, and parties to case.                                                                                                 | 0.30 hrs  |
| 07/26/21   | NRD | Draft proposed order granting application to employ accountant.                                                                                                                                                                                          | 0.50 hrs  |
| 07/26/21   | NRD | Conference with HLA re argument and information to be included in application to employ accountant. (1) Duplicative reduced 100%                                                                                                                          | 0.30 hrs  |
| 07/26/21   | NRD | Complete drafting of application to employ accountant, including all exhibits, affidavit of disinterestedness, and proposed order.                                                                                                                       | 1.10 hrs  |
| 07/26/21   | NRD | Email and telephone conference with HLA re changes to application to employ accountant.                                                                                                                                                                  | 0.10 hrs  |
| 07/26/21   | NRD | Draft email to M. Pakter attaching draft of affidavit to employ his firm; follow up emails re execution and timing.                                                                                                                                     | 0.20 hrs  |
| 07/26/21   | NRD | Final proof and review of application to employ and efforts to file the same.                                                                                                                                                                            | 0.60 hrs  |
| 07/29/21   | HLA | Review and analysis of motion to retain account; identify basis and need for oral argument.                                                                                                                                                             | 0.20 hrs  |
| 07/29/21   | HLA | Telephone conference with M. Pakter regarding scope of assignment for accounts and investigation to take place.                                                                                                                                         | 0.20 hrs  |
| 07/29/21   | NRD | Call with D. Lloyd re briefing schedule on motion to retain accountant.                                                                                                                                                                                  | 0.10 hrs  |
| 07/29/21   | NRD | Conference with HLA re D. Lloyd's request for agreed briefing schedule on accountant retention motion.                                                                                                                                                   | 0.10 hrs  |
| 07/29/21   | NRD | Email exchange with D. Lloyd re briefing schedule on retention of accountant motion.                                                                                                                                                                     | 0.20 hrs  |

Case 20-21625; Doc 308; Filed 09/03/2021; Entered 09/03/2021 04:09:10; Desc Exhibit E,
Page 36 of 47

**Adelman & Gettleman, Ltd.**                                                                    Page No.  3

OCUC of Marshall Spiegel                    2592              00005                          Invoice No:    17023

| | | | |
|---|---|---|---|
| Adelman, Howard L. | 2.10 hrs | 525 /hr | $1,102.50 |
| Dwayne, Nicholas R | 14.50 hrs | 315 /hr | $4,567.50 |
| Shirley, Wyatt | 6.60 hrs | 125 /hr | $825.00 |
| Total fees for this matter | 23.20 hrs | | $6,495.00 |

**Billing Summary**

| | | |
|---|---|---|
| Total Fees | 23.20 hrs | $6,495.00 |
| Less Voluntary Reduction | | $324.75  Cr |
| **TOTAL CHARGES FOR THIS BILL** | | **$6,170.25** |

**ACH/WIRE TRANSFER INSTRUCTIONS**

Wintrust Bank              Adelman & Gettleman, Ltd. - General Account
231 S. LaSalle St., 2nd Floor    Account Number:        3805304288
Chicago, IL 60604          ABA Routing Number:  071925444
                          Reference:              17023

We encourage ACH or Wire Transfer Payments

# EXHIBIT F

Case 20-21625, Doc 308, Filed 09/03/2021, Entered 09/03/2021 04:09:10, Desc Exhibit F, Page 38 of 47

LAW OFFICES

# Adelman & Gettleman, Ltd.

**53 W. JACKSON BOULEVARD, SUITE 1050**

**CHICAGO, ILLINOIS 60604**

**312-435-1050**

**FAX 312-435-1059**

**FEIN 36-3382789**

September 3, 2021

| | |
|---|---|
| James L. Waite | Invoice No: 17024 HLA |
| Official Committee of Unsecured | Client No: 2592 00006 |
| Creditors for Marshall Spiegel | Billing through: 07/31/21 |
| 1618 Sheridan Road, Unit 8 | |
| Wilmette, IL 60091 | |

**RE: Avoidance Actions**

**Services Rendered**

| Date | | Description | Hours |
|------|------|-------------|-------|
| 04/06/21 | NRD | Legal research re potential contribution claim against Debtor's prepetition state court counsel and joint and several judgment Debtor on sanctions judgment. | 0.60 hrs |
| 04/07/21 | NRD | Legal research re contribution claim arising from Debtor's payment in full of joint and several sanctions judgment. | 0.30 hrs |
| 05/03/21 | HLA | Preliminary research on UFTA relating to transfers leaving transferor with unreasonably small capital or is otherwise insolvent. | 0.60 hrs |
| 05/05/21 | HLA | Attend conference with NRD re timeline of events, research projects, demand on Debtor to sue Greenleaf, strategy, and list of projects for the UCC. | 0.60 hrs |
| 05/05/21 | NRD | Conference with HLA re need for timeline of events giving rise to bad faith filing arguments. | 0.60 hrs |
| 05/06/21 | NRD | Begin drafting timeline of prepetition events in connection with good faith/bad faith filing analysis. | 0.80 hrs |
| 05/13/21 | HLA | Commence review and analysis of UFTA regarding transfer of Greenleaf; confirm application of 5(a) and 6(a) of the Uniform Fraudulent Transfer Act for actions against Matthew and Debtor. | 1.20 hrs |
| <u>05/20/21</u> | <u>NRD</u> | <u>Commence legal research on numerous issues identified by the Committee including avoidance of Greenleaf transfer, CD transaction, possible contribution claims against J. Xydakis, and derivative standing.</u>  (2) Lumping reduced 10% | <u>2.70 hrs</u> |
| 05/20/21 | NRD | Continue work on outline of Debtor's pre and post petition conduct in connection with good faith/bad faith analysis. | 0.80 hrs |
| 05/21/21 | NRD | Continue legal research on standard to disqualify creditor attorney and penalty for failure to seek approval of retention of counsel pursuant to section 327. | 1.20 hrs |
| 05/24/21 | NRD | Legal research re disqualification of creditor's counsel for breach of rules of professional conduct. | 1.70 hrs |
| 05/28/21 | HLA | Commence review and analysis of appraisal on Greenleaf property. | 0.40 hrs |
| <u>06/01/21</u> | <u>NRD</u> | <u>Throughout the day, conferences with WJS re status of research on contribution issues and clarification of scope.</u> (2) Lumping reduced 10% | <u>0.70 hrs</u> |
| 06/01/21 | WS | Researching to what extent contribution is allowed against J. Xydakis by Debtor for their joint and several liability under Illinois Rule 137. | 2.00 hrs |
| 06/02/21 | NRD | Review and analysis of research notes from WJS re contribution issue. | 0.20 hrs |
| 06/02/21 | NRD | Conference with WJS re findings of research and further narrowing of same. | 0.30 hrs |
| 06/02/21 | NRD | Draft email to WJS re fraudulent transfer research issue. | 0.10 hrs |
| <u>06/02/21</u> | <u>WS</u> | <u>Research regarding the availability of a subrogation and/or contribution claim against J. Xydakis to recover half of the sanctions judgment paid by Debtor.</u> | <u>6.60 hrs</u> |
| 06/02/21 | WS | Strategy discussions and presentation of preliminary research results to NRD | 0.30 hrs |

(3) Unreasonable time/Duplicative reduced to 1 hr from 6.6 hr.

**Adelman & Gettleman, Ltd.**                                                                      Page No.  2

OCUC of Marshall Spiegel                          2592                00006                    Invoice No:    17024

|  |  | regarding subrogation / contribution issue; emails concerning client case. | |
| 06/03/21 | NRD | Throughout the day, calls, email exchanges, and in person conferences with WJS re legal research in connection with drafting of memo on contribution issues. (2) Lumping reduced 10% | 0.70 hrs |
| 06/03/21 | NRD | Conference with WJS re findings of research on contribution claim issues and drafting of memo summarizing same. | 0.60 hrs |
| 06/03/21 | NRD | Legal research re contribution claim related to joint and several sanctions judgment. | 1.20 hrs |
| 06/03/21 | WS | Review case facts and court documents in Chapter 11 case as it related to crafting contribution memo. (1) Duplicative reduced 100%. | 0.80 hrs |
| 06/03/21 | WS | Research regarding contribution claim; other state law cases that support; further analysis of Illinois civil procedure as it relates to other state law. | 2.80 hrs |
| 06/03/21 | WS | Further contribution research; presentation and discussion of research with NRD; outlining and brainstorm memo outline with NRD.(1) Duplicative/Insuff. description reduced 100% | 1.60 hrs |
| 06/03/21 | WS | Draft contribution memo; review cases and clarify research points. | 2.80 hrs |
| 06/03/21 | WS | Collective phone, email, and in person discussions with NRD regarding contribution claim.                                        (2) Lumping reduced 10% | 0.50 hrs |
| 06/04/21 | NRD | Legal research re committee seeking derivative standing to pursue estate claims. | 0.50 hrs |
| 06/04/21 | NRD | Legal research re disqualification of a creditors attorney based on incurable conflicts of interest with respect to the Debtor, either pursuant to section 327, model rules of professional conduct, or other sources. | 2.30 hrs |
| 06/04/21 | NRD | Review and analysis of rough draft of memo to file re contribution issues and mark up; conference with WJS re revisions to same. | 0.60 hrs |
| 06/04/21 | NRD | Conference with WJS re derivative standing to bring fraudulent conveyance action and need for further research on topic. | 0.70 hrs |
| 06/04/21 | WS | Legal research regarding derivative standing. (1) Duplicative reduced 100% | 0.40 hrs |
| 06/04/21 | WS | Continue to draft contribution / subrogation memo for NRD & HLA. | 2.30 hrs |
| 06/04/21 | WS | Discuss rough draft with NRD; revise contribution memo following discussion with NRD. (2) Lumping reduced 10% | 1.90 hrs |
| 06/04/21 | WS | Discussion with NRD regarding derivative standing to bring claims on behalf of bankruptcy estate. | 0.70 hrs |
| 06/07/21 | HLA | Review and analysis of research produced on estate claims against former Debtor attorney for reimbursement and contribution; review cases. | 1.10 hrs |
| 06/07/21 | WS | Research regarding derivative standing in individual chapter 11. | 1.10 hrs |
| 06/07/21 | WS | Research regarding Illinois UFTA. | 0.80 hrs |
| 06/07/21 | WS | Research regarding IUFTA with regard to interpretations of subsection (d). | 1.10 hrs |
| 06/07/21 | WS | Conversation with HLA regarding UFTA and best interests test projects. | 0.30 hrs |
| 06/07/21 | WS | Research regarding consequences of missing the bar date for creditor's rights in the case. | 0.80 hrs |
| 06/08/21 | HLA | Review and analyze estate claims against J. Xydakis relating to joint and several judgment and equitable contribution. | 0.50 hrs |
| 06/08/21 | HLA | Commence review and analysis of conflict claims in J. Xydakis representing Matthew and Greenleaf, conflicts, and right to represent the Debtor without obtaining court authority. | 0.40 hrs |
| 06/08/21 | NRD | Conference with WJS re whether 327 retention is a prerequisite to attorney working for the DIP and necessary research re motion to compel. Conference with HLA regarding 327 research. | 0.70 hrs |
| 06/08/21 | WS | | 0.30 hrs |
| 06/08/21 | WS | Conference with NRD regarding 327 requirements and motion to compel research.  (1) Duplicative reduced 100% | 0.70 hrs |
| 06/08/21 | WS | Legal research re failure of creditor to file proof of claim prior to bar date and the resultant implications on ability to be heard in chapter 11 case. (4) No estate benefit; senior counsel should be aware reduced 100% | 0.90 hrs |

**Adelman & Gettleman, Ltd.**

OCUC of Marshall Spiegel      2592      00006      Invoice No:    17024

| Date | | Description | Hours |
|---|---|---|---|
| 06/08/21 | WS | Legal research re whether section 327 requires unpaid attorneys to apply for retention in pending chapter 11 case. (4) No estate benefit reduced 100% | 2.90 hrs |
| 06/21/21 | NRD | Receipt and initial review of transcript of state court hearing in relation to Debtor's state of mind when he transferred Greenleaf Property. (1) Duplicative reduced 100% | 0.30 hrs |
| 06/21/21 | WS | Conference with NRD regarding fraudulent conveyance research. | 0.50 hrs |
| 06/22/21 | NRD | Begin drafting letter to D. Lloyd re demand to bring fraudulent conveyance action against Greenleaf Entity. | 0.40 hrs |
| 06/22/21 | NRD | Conference with WJS re research on avoidance of transfer of Greenleaf Property. | 0.50 hrs |
| 06/23/21 | NRD | Legal research re fraudulent conveyances, sham entities, violations of operating agreement and LLC act, and Committee remedies re same in chapter 11 case. | 1.60 hrs |
| 06/29/21 | NRD | Review and analysis of documents produced by Debtor with respect to real property ownership and land trusts, cross check of same with recorder of deeds title information. | 1.30 hrs |
| 07/08/21 | WS | Conference with HLA and NRD regarding reviewing Wintrust bank documents to uncover the source of funds used to purchase joint CDs between Debtor and Matthew. | 1.00 hrs |
| 07/09/21 | WS | Complied list of bank accounts and notable transactions regarding determining source of CD funds. | 1.00 hrs |
| 07/12/21 | WS | Conduct legal research regarding missing the bar date as it relates to the section 1109 standing. | 2.10 hrs |
| 07/12/21 | WS | Conduct legal research regarding requirements to disqualify creditor's counsel in a chapter 11 case. | 2.20 hrs |
| 07/13/21 | NRD | Legal research re elements of fraudulent conveyance and derivative standing to pursue same in connection with drafting of objection to disclosure statement. | 0.40 hrs |
| 07/16/21 | NRD | Continue drafting timeline of prepetition events as it relates to avoidance actions. | 1.10 hrs |
| 07/16/21 | NRD | Legal research re actual intent fraudulent transfer and relevance of prepayment of taxes and insurance premiums. | 1.30 hrs |

| | | | |
|---|---|---|---|
| Adelman, Howard L. | 4.80 hrs | 525 /hr | $2,520.00 |
| Dwayne, Nicholas R | 24.20 hrs | 315 /hr | $7,623.00 |
| Shirley, Wyatt | 38.40 hrs | 125 /hr | $4,800.00 |
| Total fees for this matter | 67.40 hrs | | $14,943.00 |

**Billing Summary**

| | | |
|---|---|---|
| Total Fees | 67.40 hrs | $14,943.00 |
| Less Voluntary Reduction | | $747.15 Cr |
| **TOTAL CHARGES FOR THIS BILL** | | **$14,195.85** |

Case 20-21625, Doc 308, Filed 09/03/2021, Entered 09/03/2021 04:09:10, Desc Exhibit F,
Page 5 of 5

**Adelman & Gettleman, Ltd.**                                                                                                          Page No.  4

OCUC of Marshall Spiegel                          2592                  00006                                        Invoice No:      17024

---

#### ACH/WIRE TRANSFER INSTRUCTIONS

| | |
|---|---|
| Wintrust Bank | Adelman & Gettleman, Ltd. - General Account |
| 231 S. LaSalle St., 2nd Floor | Account Number:        3805304288 |
| Chicago, IL 60604 | ABA Routing Number:  071925444 |
| | Reference:             17024 |

We encourage ACH or Wire Transfer Payments

Case 20-21625, Doc 308, Filed 09/03/2021, Entered 09/03/2021 04:09:10, Desc Exhibit G,
Page 42 of 47

# EXHIBIT G

LAW OFFICES

# Adelman & Gettleman, Ltd.

**53 W. JACKSON BOULEVARD, SUITE 1050**

**CHICAGO, ILLINOIS 60604**

**312-435-1050**

**FAX 312-435-1059**

**FEIN 36-3382789**

September 3, 2021

| | |
|---|---|
| James L. Waite | Invoice No: 17025  HLA |
| Official Committee of Unsecured | Client No: 2592  00007 |
| Creditors for Marshall Spiegel | Billing through: 07/31/21 |
| 1618 Sheridan Road, Unit 8 | |
| Wilmette, IL 60091 | |

**RE: Fee Petitions**
**Services Rendered**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/16/21 | NRD | Conference with WJS re multiple research topics relating to fee petitions, including standing of Greenleaf Entity and Matthew to object, compensability of law clerk time and time spent drafting petition. | 0.30 hrs |
| 07/16/21 | NRD | Attention to and review of summary of research drafted by WJS re multiple fee application issues including standing to object and compensability of time. | 0.20 hrs |
| 07/16/21 | WS | Conducted legal research re requirements for an informal proof of claim as it relates to Matthew's standing as a creditor. | 0.20 hrs |
| 07/16/21 | WS | Conducted legal research re the compensability of time spent preparing a fee application. (4) No estate benefit reduced 100% | 0.40 hrs |
| 07/16/21 | WS | Conducted legal research re the compensability of time spent litigating and defending a fee petition in court. (4) No estate benefit reduced 100% | 0.40 hrs |
| 07/16/21 | WS | Composed comprehensive email outlining research results for the standing issue, informal proof of claim, and compensability of time spent preparing and litigating fee petitions. | 0.40 hrs |
| 07/16/21 | WS | Conference with NRD re fee petition research as it relates to Matthew & Greenleaf standing to object to fee petitions, and compensability of fee petitions more generally. (1)Duplicative reduced 100% | 0.30 hrs |
| 07/16/21 | WS | Conducted legal research re Matthew & Greenleaf standing to object to fee petitions in the case. | 1.30 hrs |
| 07/27/21 | NRD | Research re Committee fee petitions. | 0.30 hrs |
| 07/27/21 | NRD | Conference with HLA re structure and form of fee petition. | 0.20 hrs |
| 07/27/21 | NRD | Begin outlining first interim fee application, including review of case docket and prebills to determine scope of work performed. | 1.20 hrs |
| 07/27/21 | NRD | Pull, review, and analyze form fee petitions, understanding structure and detail required. | 0.90 hrs |
| 07/27/21 | NRD | Begin drafting first interim fee petition, specifically building overall structure and completing background section. | 2.70 hrs |
| 07/28/21 | HLA | Work on interim fee petition. | 0.40 hrs |
| 07/28/21 | HLA | Attend conference with NRD regarding strategy, structure of fee petition, deleting time, and exercising billing judgment. | 0.20 hrs |
| 07/28/21 | NRD | Conference with HLA re drafting of fee petition and ways to voluntarily discount bill. (1) Duplicative reduced 100% | 0.20 hrs |
| 07/28/21 | NRD | Continue work on First Interim Fee Application. (2) Lumping reduced 10% | 2.40 hrs |
| 07/28/21 | NRD | Begin review and revision of four months of pre-bills, editing and revising entries, cutting and discounting time as appropriate. | 2.80 hrs |

Case 20-21625, Doc 308, Filed 09/03/2021, Entered 09/03/2021 04:09:10, Desc Exhibit G,
Page 44 of 47

**Adelman & Gettleman, Ltd.**                                                          Page No.  2

OCUC of Marshall Spiegel                    2592              00007                     Invoice No:    17025

| 07/29/21 | NRD | Continue drafting first interim fee application. | (2) Lumping reduced 10% | 2.70 hrs |
| 07/30/21 | NRD | Continue work on first interim fee application. | (2) Lumping reduced 10% | 3.40 hrs |

| | | | |
|---|---|---|---|
| Adelman, Howard L. | 0.60 hrs | 525 /hr | $315.00 |
| Dwayne, Nicholas R | 17.30 hrs | 315 /hr | $5,449.50 |
| Shirley, Wyatt | 3.00 hrs | 125 /hr | $375.00 |

| Total fees for this matter | 20.90 hrs | $6,139.50 |
|---|---|---|

**Billing Summary**

| Total Fees | 20.90 hrs | $6,139.50 |
|---|---|---|
| Less Voluntary Reduction | | $306.98  Cr |

**TOTAL CHARGES FOR THIS BILL**                                             **$5,832.52**

---

**ACH/WIRE TRANSFER INSTRUCTIONS**

Wintrust Bank                  Adelman & Gettleman, Ltd. - General Account
231 S. LaSalle St., 2nd Floor  Account Number:        3805304288
Chicago, IL 60604              ABA Routing Number:  071925444
                              Reference:                  17025

We encourage ACH or Wire Transfer Payments

# EXHIBIT H

Case 20-21625, Doc 308, Filed 09/03/2021, Entered 09/03/2021 04:09:10, Desc Exhibit H, Page 46 of 47

LAW OFFICES

# Adelman & Gettleman, Ltd.

**53 W. JACKSON BOULEVARD, SUITE 1050**

**CHICAGO, ILLINOIS 60604**

**312-435-1050**

**FAX 312-435-1059**

**FEIN 36-3382789**

September 3, 2021

| | |
|---|---|
| James L. Waite | Invoice No: 17026    HLA |
| Official Committee of Unsecured | Client No: 2592    00008 |
| Creditors for Marshall Spiegel | Billing through: 07/31/21 |
| 1618 Sheridan Road, Unit 8 | |
| Wilmette, IL 60091 | |

**RE: Write offs**
**Services Rendered**

| | | | |
|---|---|---|---|
| 03/26/21 | NRD | Begin drafting Committee motion to retain A&G along with 2014 affidavit. | 3.60 hrs |
| 03/29/21 | HLA | Review and analyze monthly reports for the first three months, recognizing he is funding the life of his son, taking vacations, paying prepetition debts. | 0.30 hrs |
| 03/29/21 | HLA | Telephone conference with representatives on Committee regarding agenda, application and Plan. | 0.70 hrs |
| 03/29/21 | NRD | Continue drafting committee retention motion and 2014 affidavit. | 1.60 hrs |
| 03/30/21 | HLA | Continue research in connection with and preparation of application to retain counsel for creditors committee; review cases on 2014; review and revise affidavit. | 1.40 hrs |
| 03/30/21 | NRD | Pull and review of schedules, creditor matrix, and service list; run conflicts check re representation of Association; conferences with HLA re same. | 1.10 hrs |
| 03/30/21 | NRD | Review and analysis of Notice of Appointment of Unsecured Creditors' Committee; draft emails to HLA and G. Silver re error in same; attention to filed amended notice. | 0.50 hrs |
| <u>03/30/21</u> | <u>NRD</u> | <u>Continue drafting application to employ A&G as committee counsel including 2014 affidavit.</u> (2) Lumping reduced 10% | <u>3.50 hrs</u> |
| 03/30/21 | NRD | Legal research re contemporaneous representation of committee and creditor. | 0.50 hrs |
| 03/30/21 | NRD | Call with D. Hyde re meeting to retain A&G as committee counsel. | 0.10 hrs |
| 03/30/21 | NRD | Legal research re grounds for 2004 examination of Debtor. | 0.70 hrs |
| 03/30/21 | NRD | Begin drafting motion to authorize Rule 2004 examination of Debtor. | 0.60 hrs |
| 03/31/21 | HLA | Commence review and analysis of petition for rehearing likely written by unauthorized attorney. | 0.80 hrs |
| 03/31/21 | HLA | Review and analyze Bankruptcy Code provisions in connection with retention as committee counsel and applicable rules; revise and proofread affidavit and application for employment; confer with NRD regarding filing. | 1.40 hrs |
| <u>03/31/21</u> | <u>NRD</u> | <u>Conferences throughout the day with HLA re motion to retain A&G as committee counsel and related affidavit.</u> (2) Lumping reduced 10% | <u>0.40 hrs</u> |
| 03/31/21 | NRD | Legal research re additional case law on contemporaneous representation of creditor and creditors' committee. | 0.80 hrs |
| 03/31/21 | NRD | Draft revisions to motion to retain A&G; draft email to HLA re same. | 0.60 hrs |
| 03/31/21 | NRD | Review and minor revisions to Rule 2014 affidavit in connection with motion to retain A&G; draft email to HLA re same. | 0.30 hrs |
| 03/31/21 | NRD | Review and analysis of Debtor's petition for rehearing before Appellate Court; draft email to HLA re same. | 0.50 hrs |
| 03/31/21 | NRD | Review of monthly operating reports and motion to redact same; legal research | 0.70 hrs |

Case 20-21625, Doc 308, Filed 09/03/2021, Entered 09/03/2021 04:03:10, Desc Exhibit H,
Page 47 of 47

**Adelman & Gettleman, Ltd.**

| OCUC of Marshall Spiegel | 2592 | 00008 | Invoice No: | 17026 |

re UST regulations for such reports.

| Date | Init | Description | Hours |
|---|---|---|---|
| 03/31/21 | NRD | Review and analysis of 341 meeting transcript; identification of issues raised therein. | 0.50 hrs |
| 03/31/21 | NRD | Continue drafting motion to authorize rule 2004 examination of Debtor. | 2.80 hrs |
| 05/24/21 | HLA | Preparation for contested hearing re 2004, lift stay, and status; continued review of Plan and Disclosure Statement; review motion, responses and reply; preparation of argument. | 0.80 hrs |
| 05/24/21 | HLA | Participate in court hearing re status, 2004 motion, and stay violations; argue motion. | 1.50 hrs |
| 06/14/21 | HLA | Preparation for and participation in court hearing regarding disclosure statement; review disclosure statement in advance for arguments predicating objection on future discovery and need for more time. | 1.30 hrs |
| 06/28/21 | HLA | Preparation for and participation in lengthy court hearing regarding motion to compel, motion to quash, contempt and other matters. | 1.20 hrs |
| 07/19/21 | HLA | Participate in lengthy court hearing regarding numerous motions and matters on motion to compel, motion to quash, 2004, and disclosure statement issues. | 2.50 hrs |

| | | | |
|---|---|---|---|
| Adelman, Howard L. | 11.90 hrs | 0 /hr | $0.00 |
| Dwayne, Nicholas R | 18.80 hrs | 0 /hr | $0.00 |
| Total fees for this matter | 30.70 hrs | | $0.00 |

**Billing Summary**

| | | |
|---|---|---|
| Total Fees | 30.70 hrs | $0.00 |

**TOTAL CHARGES FOR THIS BILL**      **$0.00**

---

**ACH/WIRE TRANSFER INSTRUCTIONS**

Wintrust Bank
231 S. LaSalle St., 2nd Floor
Chicago, IL 60604

Adelman & Gettleman, Ltd. - General Account
Account Number:      3805304288
ABA Routing Number:   071925444
Reference:      17026

We encourage ACH or Wire Transfer Payments