UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 20bk21625 |
| MARSHALL SPIEGEL | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ). | Honorable Timothy A. Barnes |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO DAVID P. LLOYD, LTD., ATTORNEYS FOR MARSHALL SPIEGEL, FOR
ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 53,280.00 | TOTAL COSTS REQUESTED: | $ 0.00 |
| TOTAL FEES REDUCED: | $ 1,284.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 51,996.00 | TOTAL COSTS ALLOWED: | $ 0.00 |

TOTAL FEES AND COSTS ALLOWED: $51,996.00

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)    Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 1,284.00

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated:  April 25, 2022

_____
Timothy A. Barnes
United States Bankruptcy Judge

# EXHIBIT A

# GENERAL ADMINISTRATION

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | |
|---|---|---|---|---|---|---|---|
| 10/04/2021 | 🕐 | t/c client re: discovery, disclosure statement, payment of special assessments<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.50h | 400.00 | |
| 10/04/2021 | 🕐 | mail to client with response to motion to abstain from objection to proof of claim<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.10h | 400.00 | |
| 10/04/2021 | 🕐 | repare response to motion to abstain re: objections to claims<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.60h | 400.00 | |
| 10/04/2021 | 🕐 | Court-status on all matters<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.30h | 400.00 | |
| 10/05/2021 | 🕐 | Review email with letter from John Xydakis to John Schriver re: appeal<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.10h | 400.00 | |
| 10/06/2021 | 🕐 | t/c client re: fee petition, payment of administrative expenses<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.60h | 400.00 | |
| 10/11/2021 | 🕐 | <u>Review specific entries on committee counsel s fee petition to frame objections</u><br>● Unbilled   (1) lumping reduced 10% | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 3.50h | 400.00 | |
| 10/12/2021 | 🕐 | <u>repare objection to fee petition of creditors  committee counsel</u><br>● Unbilled   (1) lumping reduced 10% | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 5.60h | 400.00 | |

**34.90h**

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) |
|------|------|-------------|--------|------|-----|----------|
| 10/12/2021 | 🕐 | mails to client re: filing of objection to committee counsel s fee petition, filing of motion to employ Boynton<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.40h | 400.00 |
| 10/12/2021 | 🕐 | repare motion to employ Julie Boynton as special counsel to pursue motion for rehearing<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.80h | 400.00 |
| 10/13/2021 | 🕐 | Review email from client re: response to committee fee petition<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.10h | 400.00 |
| 10/15/2021 | 🕐 | Review email from client re  uesting total of fee petitions<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.10h | 400.00 |
| 10/18/2021 | 🕐 | Court-status on all matters<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.30h | 400.00 |
| 10/21/2021 | 🕐 | t/c client re: discovery, next steps in case<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.30h | 400.00 |
| 10/25/2021 | 🕐 | t/c client re: issues to be addressed in today s hearing<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.30h | 400.00 |
| 10/25/2021 | 🕐 | Court-hearing on motion to abstain from objection to creditors  claims<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.30h | 400.00 |

**34.90h**

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) |
|------|------|-------------|--------|------|-----|----------|
| 10/25/2021 | 🕐 | earing on fee petitions<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.40h | 400.00 |
| 10/26/2021 | 🕐 | repare memo to client re: status, proposed future plans<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 1.50h | 400.00 |
| 10/26/2021 | 🕐 | Review email from client re: memo on future of case<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.10h | 400.00 |
| 10/26/2021 | 🕐 | mail to John Xydakis re: status and future of case<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.20h | 400.00 |
| 10/27/2021 | 🕐 | t/c client re: proposed future plans<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.30h | 400.00 |
| 10/27/2021 | 🕐 | t/c client re: possible future plans<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.40h | 400.00 |
| 11/01/2021 | 🕐 | xchange emails with US Trustee re: representing debtor in intrust appeal<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.30h | 400.00 |
| 11/01/2021 | 🕐 | mail to client re: fee award and payment of administrative expenses<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.20h | 400.00 |
| 11/02/2021 | 🕐 | t/c client re: discovery, loan on building, plan, payment of admin expenses | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.50h | 400.00 |

**34.90h**

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) |
|---|---|---|---|---|---|---|
| | | ● Unbilled | | | | |
| 11/09/2021 | 🕐 | Finali e September report, send to client for signature  email to client re:  ctober bank statement, supplements to prior months.<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.50h | 400.00 |
| 11/10/2021 | 🕐 | t/c James Dahl re: potential claims against  intrust for payment on letter of credit<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.20h | 400.00 |
| 11/10/2021 | 🕐 |  xchange emails with Nicholas Dwayne re: initial payment on fee award<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.50h | 400.00 |
| 11/15/2021 | 🕐 | Review email from Julie Boynton with mandate from  llinois Appellate Court<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.20h | 400.00 |
| 11/16/2021 | 🕐 |  xchange emails with client re: new appearance for new attorney for  intrust<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.20h | 400.00 |
| 11/18/2021 | 🕐 | Review email with lengthy letter from  oward Adelman regarding his firm s refusal to accept initial payment of fee award<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.30h | 400.00 |
| 11/19/2021 | 🕐 | Forward email to client with | 20073-Spiegel, Marshall | David Lloyd | 0.10h | 400.00 |
| | | | | | **34.90h** | |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) |
|---|---|---|---|---|---|---|
| | | committee counsel letter re: fee payment<br>● Unbilled | Ch. 11 | | | |
| 11/22/2021 | 🕐 | mail to oward Adelman re: initial payment on committee counsel fee award<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.20h | 400.00 |
| 11/22/2021 | 🕐 | Finali e ctober monthly report for filing<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.40h | 400.00 |
| 11/22/2021 | 🕐 | repare supplements to monthly reports from December to August to reflect savings account<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.80h | 400.00 |
| 11/22/2021 | 🕐 | Three telephone calls with client re: plan, financing, reports, and payment of administrative expenses<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.50h | 400.00 |
| 11/22/2021 | 🕐 | xchange emails with client regarding my response to Adelman<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.20h | 400.00 |
| 11/29/2021 | 🕐 | xchange emails with client re: memo line of check to committee counsel<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.20h | 400.00 |
| 11/30/2021 | 🕐 | xchange emails with client re: possible strategy, or lack thereof, | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.20h | 400.00 |
| | | | | | **34.90h** | |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) |
|---|---|---|---|---|---|---|
| | | of creditors committee<br>● Unbilled | | | | |
| 12/06/2021 | 🕐 | Review motion to compel payment or convert<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.50h | 400.00 |
| 12/07/2021 | 🕐 | repare response to motion to compel payment or convert<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 1.20h | 400.00 |
| 12/13/2021 | 🕐 | Court-status on case, motion to compel payment or convert, adversaries<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.60h | 400.00 |
| 12/13/2021 | 🕐 | t/c client re:    intrust, committee, creditors, all aspects of case<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.50h | 400.00 |
| 12/27/2021 | 🕐 | Revise monthly report for filing, send to client for signature<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.50h | 400.00 |
| 01/03/2022 | 🕐 | repare response to committee motion to compel payment or convert<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11     (1) lumping reduced 10% | David Lloyd | 2.50h | 400.00 |
| 01/03/2022 | 🕐 | Review email from John Xydakis re: sanctions motion in state court<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.30h | 400.00 |
| 01/03/2022 | 🕐 | mail to client with copy of response to committee motion | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.10h | 400.00 |
| | | | | | **34.90h** | |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) |
|---|---|---|---|---|---|---|
| | | ● Unbilled | | | | |
| 01/04/2022 | 🕐 | Review email from client re: motion for sanctions<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.10h | 400.00 |
| 01/05/2022 | 🕐 | Review motion for sanctions in appellate court, 2 t/c client re: possible violation of stay  call to John Schriver LM<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.80h | 400.00 |
| 01/05/2022 | 🕐 | Call to John Xydakis re: motion for sanctions in appeal<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.10h | 400.00 |
| 01/10/2022 | 🕐 | t/c John    eiss re: motion for sanctions in appeal<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.20h | 400.00 |
| 01/10/2022 | 🕐 | Court-motion to compel payment<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.30h | 400.00 |
| 01/11/2022 | 🕐 | t/c client and John Xydakis re: deposition, status of appeal<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.40h | 400.00 |
| 01/11/2022 | 🕐 | mail to Nicholas Dwayne cautioning him about improper contacts with court<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.20h | 400.00 |
| 01/13/2022 | 🕐 | xchange emails with client re: potential claim for violation of automatic stay | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.30h | 400.00 |
| | | | | | **34.90h** | |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | |
|------|------|-------------|--------|------|-----|----------|---|
| | | ● Unbilled | | | | | |
| 01/19/2022 | 🕐 | t/c client re: financing, deposition scheduling<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.20h | 400.00 | |
| 01/21/2022 | 🕐 | t/c client re: closing on loan<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.30h | 400.00 | |
| 01/21/2022 | 🕐 | xchange emails with client re: sanctions motion as potential violation of automatic stay<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.30h | 400.00 | |
| 01/24/2022 | 🕐 | t/c client re: court hearing, closing, depositions<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.40h | 400.00 | |
| 01/24/2022 | 🕐 | t/c client re: court hearing, status of loan<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.50h | 400.00 | |
| 01/24/2022 | 🕐 | Court-hearing on motion to compel payment of admin expenses, or to convert<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.60h | 400.00 | |
| 01/24/2022 | 🕐 | Court-motion to compel payment<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.20h | 400.00 | |
| 01/25/2022 | 🕐 | mail to client re: contacts with Smith conomics, erstwhile proposed financial consultants<br>● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.20h | 400.00 | |

**34.90h**

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) |
|------|------|-------------|--------|------|-----|----------|
| 01/26/2022 | 🕐 | mail to client with copy of administrative expense order  ● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.20h | 400.00 |
| 01/27/2022 | 🕐 | t/c client and email to client re: issues involved in deposit of loan proceeds  ● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.50h | 400.00 |
| 01/28/2022 | 🕐 | xchange emails with client re: amount to pay to creditors committee counsel  ● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.20h | 400.00 |
| 01/31/2022 | 🕐 | t/c client re: funding, discovery issues, new violation of automatic stay by   arris &   arris  ● Unbilled | 20073-Spiegel, Marshall Ch. 11 | David Lloyd | 0.40h | 400.00 |
| | | | | | **34.90h** | |

# EXHIBIT B

# WINTRUST

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) |
|------|------|-------------|--------|------|-----|----------|
| 10/18/2021 | 🕐 | Review notice of objection filed by intrust ● Unbilled | 21048-Spiegel, Marshall intrust | David Lloyd | 0.10h | 400.00 |
| 11/01/2021 | 🕐 | xchange email with retchen Silver at UST re: status of appeal email to client re: pursuit of appeal ● Unbilled | 21048-Spiegel, Marshall intrust | David Lloyd | 0.40h | 400.00 |
| 11/01/2021 | 🕐 | xchange emails with John Xydakis re: filing of appeal ● Unbilled | 21048-Spiegel, Marshall intrust | David Lloyd | 0.30h | 400.00 |
| 11/02/2021 | 🕐 | mail to John Xydakis re: status report in appeal ● Unbilled | 21048-Spiegel, Marshall intrust | David Lloyd | 0.10h | 400.00 |
| 11/10/2021 | 🕐 | Review email exchange between John Xydakis and intrust attorneys re: his appearance in appeal ● Unbilled | 21048-Spiegel, Marshall intrust | David Lloyd | 0.20h | 400.00 |
| 11/15/2021 | 🕐 | xchange emails with intrust counsel re: appearance in appeal ● Unbilled | 21048-Spiegel, Marshall intrust | David Lloyd | 0.30h | 400.00 |
| 11/15/2021 | 🕐 | Review response to objection to intrust claim ● Unbilled | 21048-Spiegel, Marshall intrust | David Lloyd | 0.40h | 400.00 |
| 11/16/2021 | 🕐 | xchange emails with client re: appearance in appeal ● Unbilled | 21048-Spiegel, Marshall intrust | David Lloyd | 0.20h | 400.00 |

**8.30h**

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) |
|------|------|-------------|--------|------|-----|----------|
| 11/23/2021 | 🕐 | Draft motion to withdraw in appeal, exchange emails with   intrust counsel re: uncontested motion<br>● Unbilled | 21048-Spiegel, Marshall intrust | David Lloyd | 0.80h | 400.00 |
| 11/29/2021 | 🕐 | t/c client and t/c John Xydakis re: issues in objection to claim<br>● Unbilled | 21048-Spiegel, Marshall intrust | David Lloyd | 0.40h | 400.00 |
| 11/29/2021 | 🕐 |  repare reply in support of objection to   intrust claim<br>● Unbilled | 21048-Spiegel, Marshall intrust | David Lloyd | 2.50h | 400.00 |
| 11/29/2021 | 🕐 |  mail to client and John Xydakis re: filing of reply<br>● Unbilled | 21048-Spiegel, Marshall intrust | David Lloyd | 0.10h | 400.00 |
| 12/02/2021 | 🕐 | Finali  e motion to withdraw from appeal for filing<br>● Unbilled | 21048-Spiegel, Marshall intrust | David Lloyd | 0.20h | 400.00 |
| 12/02/2021 | 🕐 | Respond to 11/23 email from   intrust s attorney re: motion to withdraw, intentions regarding CDs<br>● Unbilled | 21048-Spiegel, Marshall intrust | David Lloyd | 0.20h | 400.00 |
| 12/06/2021 | 🕐 | Review motion to strike reply by   intrust<br>● Unbilled | 21048-Spiegel, Marshall intrust | David Lloyd | 0.30h | 400.00 |
| 12/07/2021 | 🕐 |  xchange emails with client re: certified notice of motion to withdraw<br>● Unbilled | 21048-Spiegel, Marshall intrust | David Lloyd | 0.20h | 400.00 |

(1) lumping reduced 10%

**8.30h**

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | |
|---|---|---|---|---|---|---|---|
| 12/13/2021 | 🕐 | Review legal citations sent by client and other attorneys re: letter of credit issue<br>🔵 Unbilled | 21048-Spiegel, Marshall intrust | David Lloyd | 0.30h | 400.00 | |
| 12/13/2021 | 🕐 | court-hearing on objection to claim<br>🔵 Unbilled | 21048-Spiegel, Marshall intrust | David Lloyd | 0.60h | 400.00 | |
| 12/13/2021 | 🕐 | mail exchange with attorneys re: claims against   intrust<br>🔵 Unbilled | 21048-Spiegel, Marshall intrust | David Lloyd | 0.30h | 400.00 | |
| 01/25/2022 | 🕐 | t/c attorney re: possible litigation against   intrust  email to client re: atty will not take case<br>🔵 Unbilled | 21048-Spiegel, Marshall intrust | David Lloyd | 0.30h | 400.00 | |
| 01/25/2022 | 🕐 | mail to client re: attempt to retain attorney to pursue claims against   intrust<br>🔵 Unbilled | 21048-Spiegel, Marshall intrust | David Lloyd | 0.10h | 400.00 | |
| | | | | | **8.30h** | | |

# EXHIBIT C

# ADVERSARY VS. CREDITORS

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | |
|---|---|---|---|---|---|---|---|
| 10/21/2021 | 🕐 | repare initial disclosures and discovery report, send to defendants attorneys ● Unbilled | 21047-Spiegel, Marshall Adversary vs. Creditors | David Lloyd | 2.10h | 400.00 | |
| 10/25/2021 | 🕐 | Status hearing on adversary ● Unbilled | 21047-Spiegel, Marshall Adversary vs. Creditors | David Lloyd | 0.30h | 400.00 | |
| 10/25/2021 | 🕐 | xchange emails with defendants counsel re: discovery issues ● Unbilled | 21047-Spiegel, Marshall Adversary vs. Creditors | David Lloyd | 0.50h | 400.00 | |
| 11/16/2021 | 🕐 | Revision of Rule 26 report and circulation to defendants counsel ● Unbilled | 21047-Spiegel, Marshall Adversary vs. Creditors | David Lloyd | 0.40h | 400.00 | |
| 11/16/2021 | 🕐 | xchange emails with defendants counsel to address discovery issues, legal issues in case ● Unbilled | 21047-Spiegel, Marshall Adversary vs. Creditors | David Lloyd | 0.40h | 400.00 | |
| 11/16/2021 | 🕐 | Review email from client re: status of discovery, email to defendants attorneys re: discovery conference ● Unbilled | 21047-Spiegel, Marshall Adversary vs. Creditors | David Lloyd | 0.40h | 400.00 | |
| 11/17/2021 | 🕐 | t/c defendants attorneys and revise Rule 26(f) report and circulate ● Unbilled | 21047-Spiegel, Marshall Adversary vs. Creditors | David Lloyd | 0.50h | 400.00 | |
| 11/23/2021 | 🕐 | Review motion to stay by alerie all, with exhibits from state court email to John Xydakis re uesting other state court briefing | 21047-Spiegel, Marshall Adversary vs. Creditors | David Lloyd | 1.30h | 400.00 | |

(1) lumping reduced 10%

**10.80h**

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) |
|------|------|-------------|--------|------|-----|----------|
| | | ● Unbilled | | | | |
| 11/23/2021 | 🕐 | Review Rule 26(f) report and circulate to defendants counsel<br>● Unbilled | 21047-Spiegel, Marshall Adversary vs. Creditors | David Lloyd | 0.40h | 400.00 |
| 11/23/2021 | 🕐 | Review emails from client and John Xydakis re: state court litigation involving similar claims<br>● Unbilled | 21047-Spiegel, Marshall Adversary vs. Creditors | David Lloyd | 0.40h | 400.00 |
| | | | (1) lumping reduced 10% | | | |
| 11/29/2021 | 🕐 | Review Rule 26 statement an email to defendants attorneys re Rule 26 statement<br>● Unbilled | 21047-Spiegel, Marshall Adversary vs. Creditors | David Lloyd | 0.40h | 400.00 |
| 12/06/2021 | 🕐 | Review email from David  yde re: joinder in motion<br>● Unbilled | 21047-Spiegel, Marshall Adversary vs. Creditors | David Lloyd | 0.20h | 400.00 |
| 12/20/2021 | 🕐 | repare response to creditors motion to stay adversary proceeding.<br>● Unbilled | 21047-Spiegel, Marshall Adversary vs. Creditors | David Lloyd | 2.50h | 400.00 |
| | | | (1) lumping reduced 10% | | | |
| 12/20/2021 | 🕐 | mail to client with response to motion to stay<br>● Unbilled | 21047-Spiegel, Marshall Adversary vs. Creditors | David Lloyd | 0.10h | 400.00 |
| 12/22/2021 | 🕐 | Review email from client re: status of discovery<br>● Unbilled | 21047-Spiegel, Marshall Adversary vs. Creditors | David Lloyd | 0.10h | 400.00 |
| 01/03/2022 | 🕐 | xchange emails with  eiss re: reply regarding motion to stay | 21047-Spiegel, Marshall Adversary vs. Creditors | David Lloyd | 0.30h | 400.00 |
| | | | | | **10.80h** | |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | |
|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | | | | | |
| 01/04/2022 | 🕐 | Review email from    eiss to court re: extension of time for reply <br> 🔵 Unbilled | 21047-Spiegel, Marshall Adversary vs. Creditors | David Lloyd | 0.10h | 400.00 | |
| 01/24/2022 | 🕐 | Court-hearing on defendants motion to stay <br> 🔵 Unbilled | 21047-Spiegel, Marshall Adversary vs. Creditors | David Lloyd | 0.40h | 400.00 | |
| | | | | | **10.80h** | | |

# EXHIBIT D

# 2004 EXAMINATION ISSUES

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) |
|---|---|---|---|---|---|---|
| 10/01/2021 | 🕐 | Review email from Dwayne re: supplement to production re uests<br>● Unbilled | 21049-Spiegel, Marshall 2004  xamination  ssues | David Lloyd | 0.30h | 400.00 |
| 10/02/2021 | 🕐 | Review emails from client re: producing documents<br>● Unbilled | 21049-Spiegel, Marshall 2004  xamination  ssues | David Lloyd | 0.40h | 400.00 |
| 10/04/2021 | 🕐 | xchange emails with John Xydakis re: coordinating document production<br>● Unbilled<br><br>(1) lumping reduced 10% | 21049-Spiegel, Marshall 2004  xamination  ssues | David Lloyd | 0.70h | 400.00 |
| 10/04/2021 | 🕐 | xchange emails with John Xydakis re: continuing discovery issues<br>● Unbilled<br><br>(1) lumping reduced 10% | 21049-Spiegel, Marshall 2004  xamination  ssues | David Lloyd | 0.70h | 400.00 |
| 10/05/2021 | 🕐 | Review email from UST to John Xydakis re: document access<br>● Unbilled | 21049-Spiegel, Marshall 2004  xamination  ssues | David Lloyd | 0.10h | 400.00 |
| 10/05/2021 | 🕐 | Review numerous email exchanges between John Xydakis and Nicholas Dwayne re: document production, re uests for additional documents<br>● Unbilled | 21049-Spiegel, Marshall 2004  xamination  ssues | David Lloyd | 1.80h | 400.00 |
| 10/06/2021 | 🕐 | xchange emails with client and John Xydakis re  tax documents, bank statements<br>● Unbilled | 21049-Spiegel, Marshall 2004  xamination  ssues | David Lloyd | 0.30h | 400.00 |
| 10/07/2021 | 🕐 | t/c John Xydakis re:  reenleaf | 21049-Spiegel, Marshall | David Lloyd | 0.10h | 400.00 |
| | | | | | **36.70h** | |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) |
|------|------|-------------|--------|------|-----|----------|
| | | bank statements sought by committee ● Unbilled | 2004   xamination  ssues | | | |
| 10/07/2021 | 🕐 | Review emails from client re: documents to be produced ● Unbilled | 21049-Spiegel, Marshall 2004   xamination  ssues | David Lloyd | 0.40h | 400.00 |
| 10/07/2021 | 🕐 | Review ongoing emails exchanges betwe_en John Xydakis and Nichols Dwayne re document production, meet & confer, bank documents● Unbilled | 21049-Spiegel, Marshall 2004   xamination  ssues | David Lloyd | 1.00h | 400.00 |
| 10/07/2021 | 🕐 | Review emails exchange between John Xydakis and Francisco Connell, atty for    intrust, re:    intrust documents ● Unbilled | 21049-Spiegel, Marshall 2004   xamination  ssues | David Lloyd | 0.30h | 400.00 |
| 10/08/2021 | 🕐 |  xchange emails with    intrust counsel to obtain bank records for discovery ● Unbilled | 21049-Spiegel, Marshall 2004   xamination  ssues | David Lloyd | 0.30h | 400.00 |
| 10/08/2021 | 🕐 | Review email exchanges between John Xydakis and Nicholas Dwayne, review documents produced by Matthew Spiegel and LLC ● Unbilled | 21049-Spiegel, Marshall 2004   xamination  ssues | David Lloyd | 0.80h | 400.00 |
| 10/11/2021 | 🕐 | Review email from Connell re:   intrust documents  review email exchange between John Xydakis | 21049-Spiegel, Marshall 2004   xamination  ssues | David Lloyd | 0.30h | 400.00 |
| | | | | | **36.70h** | |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) |
|------|------|-------------|--------|------|-----|----------|
| | | and Nicholas Dwayne re: document production <br> ● Unbilled | | | | |
| 10/12/2021 | 🕐 | Review emails from Matthew Spiegel and client re: production of intrust and North Shore Bank documents <br> ● Unbilled | 21049-Spiegel, Marshall 2004  xamination  ssues | David Lloyd | 0.30h | 400.00 |
| 10/12/2021 | 🕐 | Review motion to compel Matthew Spiegel & LLC to comply <br> ● Unbilled | 21049-Spiegel, Marshall 2004  xamination  ssues | David Lloyd | 0.40h | 400.00 |
| 10/13/2021 | 🕐 | Review ongoing email exchanges between John Xydakis and Nicholas Dwayne re: supplemental document production <br> ● Unbilled | 21049-Spiegel, Marshall 2004  xamination  ssues | David Lloyd | 0.80h | 400.00 |
| 10/14/2021 | 🕐 | mail from client re: document production <br> ● Unbilled | 21049-Spiegel, Marshall 2004  xamination  ssues | David Lloyd | 0.10h | 400.00 |
| 10/14/2021 | 🕐 | Review email exchange between John Xydakis and Nicholas Dwayne re: ongoing issues, motion to compel <br> ● Unbilled | 21049-Spiegel, Marshall 2004  xamination  ssues | David Lloyd | 0.60h | 400.00 |
| 10/18/2021 | 🕐 | Review emails from Matthew Spiegel, John Xydakis, and Francisco Connell with documents <br> ● Unbilled | 21049-Spiegel, Marshall 2004  xamination  ssues | David Lloyd | 0.30h | 400.00 |
| | | | | | **36.70h** | |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) |
|---|---|---|---|---|---|---|
| 10/19/2021 | 🕐 | Review documents produced by Matthew Spiegel<br>🔵 Unbilled | 21049-Spiegel, Marshall 2004 xamination ssues | David Lloyd | 0.20h | 400.00 |
| 10/21/2021 | 🕐 | mail to Connell specifically authori ing him to release documents<br>🔵 Unbilled | 21049-Spiegel, Marshall 2004 xamination ssues | David Lloyd | 0.10h | 400.00 |
| 10/21/2021 | 🕐 | Review email exchange between and among  eiss, Connell, and Dwayne re: bank documents<br>🔵 Unbilled | 21049-Spiegel, Marshall 2004 xamination ssues | David Lloyd | 0.50h | 400.00 |
| 10/22/2021 | 🕐 | Review emails from John Xydakis and client re: 2004 production, including condo valuation<br>🔵 Unbilled | 21049-Spiegel, Marshall 2004 xamination ssues | David Lloyd | 0.30h | 400.00 |
| 10/25/2021 | 🕐 | Court-hearing on discovery issues<br>🔵 Unbilled | 21049-Spiegel, Marshall 2004 xamination ssues | David Lloyd | 1.00h | 400.00 |
| 10/25/2021 | 🕐 | Review lengthy exchanges among  yde,  eiss, Xydakis, and Dwayne re: access to documents electronically.<br>🔵 Unbilled | 21049-Spiegel, Marshall 2004 xamination ssues | David Lloyd | 1.20h | 400.00 |
| 10/27/2021 | 🕐 | xchange emails with client re: Chase money market statements<br>🔵 Unbilled | 21049-Spiegel, Marshall 2004 xamination ssues | David Lloyd | 0.30h | 400.00 |
| 11/01/2021 | 🕐 | Review emails from Matthew Spiegel,  retchen Silver, John Xydakis, and Nicholas Dwayne re: | 21049-Spiegel, Marshall 2004 xamination ssues | David Lloyd | 0.60h | 400.00 |
| | | | | | **36.70h** | |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) |
|---|---|---|---|---|---|---|
| | | ongoing document production issues<br>● Unbilled | | | | |
| 11/02/2021 | 🕐 | t/c Nicholas Dwayne re: discovery uestions<br>● Unbilled | 21049-Spiegel, Marshall 2004   xamination  ssues | David Lloyd | 0.40h | 400.00 |
| 11/02/2021 | 🕐 | t/c client and John Xydakis to coordinate document production<br>● Unbilled | 21049-Spiegel, Marshall 2004   xamination  ssues | David Lloyd | 0.50h | 400.00 |
| 11/02/2021 | 🕐 | mail to Connell re: documents email to Matthew Spiegel re: documents  email to client re: bank statements<br>● Unbilled | 21049-Spiegel, Marshall 2004   xamination  ssues | David Lloyd | 0.30h | 400.00 |
| 11/03/2021 | 🕐 | xchange emails with   retchen Silver re: ongoing discovery issues<br>● Unbilled | 21049-Spiegel, Marshall 2004   xamination  ssues | David Lloyd | 0.20h | 400.00 |
| 11/03/2021 | 🕐 | Review emails from client re: documents to produce, including Chase Bank accounts<br>● Unbilled | 21049-Spiegel, Marshall 2004   xamination  ssues | David Lloyd | 0.40h | 400.00 |
| 11/05/2021 | 🕐 | repare documents and send email with document production to committee counsel, and email to client re: any remaining documents<br>● Unbilled | 21049-Spiegel, Marshall 2004   xamination  ssues | David Lloyd | 1.50h | 400.00 |
| 11/15/2021 | 🕐 | Court-motion to compel<br>● Unbilled | 21049-Spiegel, Marshall 2004   xamination  ssues | David Lloyd | 0.30h | 400.00 |
| | | | | | **36.70h** | |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) |
|---|---|---|---|---|---|---|
| 11/17/2021 | 🕐 |  mail to Nicholas Dwayne to schedule debtor s 2004 exam<br>🔵 Unbilled | 21049-Spiegel, Marshall 2004  xamination  ssues | David Lloyd | 0.10h | 400.00 |
| 11/17/2021 | 🕐 | Review email exchange between John Xydakis and Nicholas Dwayne re: order on motion to compel<br>🔵 Unbilled | 21049-Spiegel, Marshall 2004  xamination  ssues | David Lloyd | 0.50h | 400.00 |
| 11/17/2021 | 🕐 | Review email exchange between John Xydakis and Nicholas Dwayne re: order on motion to compel  bank statements  order of taking depositions<br>🔵 Unbilled | 21049-Spiegel, Marshall 2004  xamination  ssues | David Lloyd | 1.30h | 400.00 |
| 11/19/2021 | 🕐 | Review single email from Dwayne to Xydakis re: document production<br>🔵 Unbilled | 21049-Spiegel, Marshall 2004  xamination  ssues | David Lloyd | 0.10h | 400.00 |
| 11/22/2021 | 🕐 | Court-motion to compel Rule 2004 discovery<br>🔵 Unbilled | 21049-Spiegel, Marshall 2004  xamination  ssues | David Lloyd | 0.30h | 400.00 |
| 11/22/2021 | 🕐 | Review email exchange among Matthew Spiegel, John Xydakis, and Nicholas Dwayne re: LLC docs<br>🔵 Unbilled | 21049-Spiegel, Marshall 2004  xamination  ssues | David Lloyd | 0.40h | 400.00 |
| 11/23/2021 | 🕐 | t/c John Xydakis re: hearing on motion to compel, potential to stay examinations<br>🔵 Unbilled | 21049-Spiegel, Marshall 2004  xamination  ssues | David Lloyd | 0.20h | 400.00 |
| | | | | | **36.70h** | |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) |
|------|------|-------------|--------|------|-----|----------|
| 11/23/2021 | 🕐 | rep motion to stay Rule 2004 examinations in view of Second Amended  lan<br>● Unbilled | 21049-Spiegel, Marshall 2004  xamination  ssues | David Lloyd | 1.00h | 400.00 |
| 11/23/2021 | 🕐 | mail to client with motion to stay discovery, review email from  intrust attorney re: motion to stay discovery<br>● Unbilled | 21049-Spiegel, Marshall 2004  xamination  ssues | David Lloyd | 0.20h | 400.00 |
| 11/24/2021 | 🕐 | Review email exchange between client and John Xydakis re: Chase statements for LLC<br>● Unbilled | 21049-Spiegel, Marshall 2004  xamination  ssues | David Lloyd | 0.20h | 400.00 |
| 11/25/2021 | 🕐 | Review LLC motion for damages<br>● Unbilled | 21049-Spiegel, Marshall 2004  xamination  ssues | David Lloyd | 0.30h | 400.00 |
| 11/29/2021 | 🕐 | Court-motion to stay 2004 examinations and other 2004-related motions.<br>● Unbilled | 21049-Spiegel, Marshall 2004  xamination  ssues | David Lloyd | 1.00h | 400.00 |
| 11/29/2021 | 🕐 | Review response to motion to stay Rule 2004 exams<br>● Unbilled | 21049-Spiegel, Marshall 2004  xamination  ssues | David Lloyd | 0.50h | 400.00 |
| 11/30/2021 | 🕐 | Review email exchange among Dwayne, Xydakis, Silver, and Matthew Spiegel re: scheduling deposition<br>● Unbilled | 21049-Spiegel, Marshall 2004  xamination  ssues | David Lloyd | 0.50h | 400.00 |
| 12/01/2021 | 🕐 | xchange emails with client and | 21049-Spiegel, Marshall | David Lloyd | 0.30h | 400.00 |
| | | | | | **36.70h** | |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | |
|---|---|---|---|---|---|---|---|
| | | John Xydakis re: scheduling deposition<br>● Unbilled | 2004   xamination  ssues | | | | |
| 12/02/2021 | 🕐 | Review email exchange between Xydakis and Dwayne re: scheduling deposition<br>● Unbilled | 21049-Spiegel, Marshall 2004   xamination  ssues | David Lloyd | 0.40h | 400.00 | |
| 12/03/2021 | 🕐 | Review email exchange between Dwayne and Xydakis, emails to Dwayne, Xydakis, and client re: issues around scheduling of deposition<br>● Unbilled | 21049-Spiegel, Marshall 2004   xamination  ssues | David Lloyd | 0.80h | 400.00 | |
| 12/06/2021 | 🕐 | Review email exchange between John Xydakis and Nicholas Dwayne re: details of scheduling deposition<br>● Unbilled | 21049-Spiegel, Marshall 2004   xamination  ssues | David Lloyd | 0.40h | 400.00 | |
| 12/07/2021 | 🕐 | t/c client and t/c John Xydakis re: 2004 examinations of Matthew Spiegel, LLC<br>● Unbilled | 21049-Spiegel, Marshall 2004   xamination  ssues | David Lloyd | 0.40h | 400.00 | |
| 12/15/2021 | 🕐 |  xchange emails with John Xydakis re: Matthew Spiegel deposition live or remote<br>● Unbilled | 21049-Spiegel, Marshall 2004   xamination  ssues | David Lloyd | 0.20h | 400.00 | |
| 12/20/2021 | 🕐 | t/c client re: tomorrow s deposition<br>● Unbilled | 21049-Spiegel, Marshall 2004   xamination  ssues | David Lloyd | 0.30h | 400.00 | |
| | | | | | **36.70h** | | |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) |
|---|---|---|---|---|---|---|
| 12/20/2021 | 🕐 | Review email exchange between John Xydakis and Nicholas Dwayne re: rescheduling deposition because of Covid exposure<br>🔵 Unbilled | 21049-Spiegel, Marshall 2004 xamination ssues | David Lloyd | 0.30h | 400.00 |
| 12/22/2021 | 🕐 | xchange emails with attorneys re: rescheduling deposition<br>🔵 Unbilled | 21049-Spiegel, Marshall 2004 xamination ssues | David Lloyd | 0.30h | 400.00 |
| 12/30/2021 | 🕐 | Review correspondence re: rescheduled deposition of Matthew Spiegel<br>🔵 Unbilled | 21049-Spiegel, Marshall 2004 xamination ssues | David Lloyd | 0.70h | 400.00 |
| 01/06/2022 | 🕐 | Attend deposition of Matthew Spiegel<br>🔵 Unbilled | 21049-Spiegel, Marshall 2004 xamination ssues | David Lloyd | 7.00h | 400.00 |
| 01/11/2022 | 🕐 | t/c client re: status of counsel for LLC, scheduling depositions<br>🔵 Unbilled | 21049-Spiegel, Marshall 2004 xamination ssues | David Lloyd | 0.20h | 400.00 |
| 01/21/2022 | 🕐 | mail to committee counsel with deposition dates, email to client confirming same<br>🔵 Unbilled | 21049-Spiegel, Marshall 2004 xamination ssues | David Lloyd | 0.30h | 400.00 |
| 01/24/2022 | 🕐 | Court-hearing on motions regarding 2004 examination issues<br>🔵 Unbilled | 21049-Spiegel, Marshall 2004 xamination ssues | David Lloyd | 0.40h | 400.00 |
| 01/24/2022 | 🕐 | Court-cross motions for sanctions & fees | 21049-Spiegel, Marshall 2004 xamination ssues | David Lloyd | 0.30h | 400.00 |
| | | | | | **36.70h** | |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | |
|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | | | | | |
| | | | | | **36.70h** | | |

# EXHIBIT E

# PLAN

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) |
|------|------|-------------|--------|------|-----|----------|
| 10/01/2021 | 🕐 | rep response to objection to amended disclosure statement<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 1.00h | 400.00 |
| 10/04/2021 | 🕐 | earing on disclosure statement<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.30h | 400.00 |
| 10/04/2021 | 🕐 | Review email from John Xydakis re: li uidation analysis and valuation<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.10h | 400.00 |
| 10/05/2021 | 🕐 | Review email from Xydakis to client re: retention of Stan Smith for financial analysis<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.10h | 400.00 |
| 10/06/2021 | 🕐 | Review emails with preliminary drafts of financial reports by Smith<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.40h | 400.00 |
| 10/06/2021 | 🕐 | Review 5 year projection spreadsheet provided by client<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.30h | 400.00 |
| 10/11/2021 | 🕐 | Review emails from Nickolas Dallas, accountant, and Stan Smith, economic analyst, re: projections for disclosure statement<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.40h | 400.00 |
| 10/22/2021 | 🕐 | mail from client re: employment of financial analyst<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.10h | 400.00 |
| | | | | | **29.90h** | |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) |
|---|---|---|---|---|---|---|
| 10/22/2021 | 🕐 | Review email from client to Smith conomic re: retention  ● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.10h | 400.00 |
| 10/27/2021 | 🕐 | Review email exchange between client and lender re: conditions for R   loan  ● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.20h | 400.00 |
| 10/27/2021 | 🕐 | Review email from client to lender re: funding for plan  ● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.10h | 400.00 |
| 10/29/2021 | 🕐 | t/c client re: new plan possiblities  ● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.40h | 400.00 |
| 11/01/2021 | 🕐 | mails to funding sources for exit funding  ● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.50h | 400.00 |
| 11/01/2021 | 🕐 | mails to prospective lenders re: funding for plan  ● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.30h | 400.00 |
| 11/02/2021 | 🕐 | t/c Stan Smith s office, email to Smith   conomics with re uirements for employment  ● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.50h | 400.00 |
| 11/03/2021 | 🕐 | Track down auctioneers/appraisers for valuation of personal property for disclosure statement  ● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.40h | 400.00 |

**29.90h**

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) |
|---|---|---|---|---|---|---|
| 11/03/2021 | 🕐 | mail from client with lender communication ● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.10h | 400.00 |
| 11/04/2021 | 🕐 | mail to client re: auctioneer availability ● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.20h | 400.00 |
| 11/08/2021 | 🕐 | t/c client re: contacts with lenders re: loan, contacts with appraisers re: personal property, payment of admin expenses ● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.50h | 400.00 |
| 11/08/2021 | 🕐 | Review emails from client with correspondence with lenders re: terms ● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.50h | 400.00 |
| 11/09/2021 | 🕐 | t/c Scott   almer of Dunning Appraisal re: stamps and trains, confirming email to him and to client ● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.40h | 400.00 |
| 11/09/2021 | 🕐 | xchange emails with client and John Xydakis re: structure of lending for plan, including possible changes to LLC structure ● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan   (1) lumping reduced 10% | David Lloyd | 0.80h | 400.00 |
| 11/10/2021 | 🕐 | t/c client re: lenders, real estate valuation for disclosure statement, appraisal of personal property ● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.30h | 400.00 |

**29.90h**

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) |
|------|------|-------------|--------|------|-----|----------|
| 11/11/2021 | 🕐 | Review email from Nickolas Dallas with updated financial spreadsheet<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.20h | 400.00 |
| 11/12/2021 | 🕐 | t/c client re: lending to fund plan<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.60h | 400.00 |
| 11/12/2021 | 🕐 | xchange emails with client and prospective lender re: funding of plan<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.20h | 400.00 |
| 11/15/2021 | 🕐 | xchange emails with office of unter Day, prospective lender<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.20h | 400.00 |
| 11/15/2021 | 🕐 | Review updated reports from Nickolas Dallas, accountant<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.20h | 400.00 |
| 11/16/2021 | 🕐 | mail to Smith   conomic re: financial projections<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.10h | 400.00 |
| 11/16/2021 | 🕐 | Follow-up email to Smith   conomic re: retention<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.10h | 400.00 |
| 11/17/2021 | 🕐 | t/c client re: loan options to fund plan<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.50h | 400.00 |
| 11/17/2021 | 🕐 | mail to Francisco Connell to determine   intrust balance | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.10h | 400.00 |

**29.90h**

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) |
|---|---|---|---|---|---|---|
| | | ● Unbilled | | | | |
| 11/17/2021 | 🕐 | Compute plan re uirements and send email to client<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11 lan | David Lloyd | 0.30h | 400.00 |
| 11/18/2021 | 🕐 | xchange emails with client and Nickolas Dallas re: projections for disclosure statement<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11 lan | David Lloyd | 0.40h | 400.00 |
| | | (1) lumping reduced 10% | | | | |
| 11/19/2021 | 🕐 | Three telephone conversations with client re: lenders, plan<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11 lan | David Lloyd | 0.50h | 400.00 |
| | | (1) lumping reduced 10% | | | | |
| 11/19/2021 | 🕐 | mail to client re: LLC loan application and information re: Chapter 11 litigation<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11 lan | David Lloyd | 0.10h | 400.00 |
| | | (1) lumping reduced 10% | | | | |
| 11/22/2021 | 🕐 | repare new plan ● Unbilled | 21021-Spiegel, Marshall Chapter 11 lan | David Lloyd | 2.40h | 400.00 |
| 11/22/2021 | 🕐 | mail to client with amended plan<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11 lan | David Lloyd | 0.10h | 400.00 |
| 11/24/2021 | 🕐 | xchange emails with Brandon Freud at Chuhak re: progress of loan<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11 lan | David Lloyd | 0.20h | 400.00 |
| 11/24/2021 | 🕐 | Review email from client re: appraisal of personal property<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11 lan | David Lloyd | 0.20h | 400.00 |
| | | | | | **29.90h** | |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) |
|---|---|---|---|---|---|---|
| 12/02/2021 | 🕐 | Review email from client to lender re: rent roll, loan amount<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.10h | 400.00 |
| 12/07/2021 | 🕐 | t/c client re: progress of financing<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.20h | 400.00 |
| 12/07/2021 | 🕐 | t/c John Xydakis re: progress of litigation for disclosure statement<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.20h | 400.00 |
| 12/07/2021 | 🕐 | t/c Julie Boynton re: progress of litigation for disclosure statement<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.20h | 400.00 |
| 12/07/2021 | 🕐 | Review email from client re: potential lender<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.10h | 400.00 |
| 12/07/2021 | 🕐 | mail to John Xydakis re  uesting update on litigation for disclosure statement<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.20h | 400.00 |
| 12/08/2021 | 🕐 | t/c client re: lenders, term sheets, all other issues bearing on confirmation of a plan<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.50h | 400.00 |
| 12/09/2021 | 🕐 | t/c client and Julie Boynton re: status of appeals for disclosure statement<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.20h | 400.00 |

**29.90h**

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) |
|---|---|---|---|---|---|---|
| 12/09/2021 | 🕐 | t/c client re: loan terms, other plan considerations <br> 🔵 Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.30h | 400.00 |
| 12/10/2021 | 🕐 | rep second amended disclosure statement with all exhibits <br> 🔵 Unbilled   (1) lumping reduced 10% | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 6.30h | 400.00 |
| 12/10/2021 | 🕐 | xchange emails with client and John Xydakis re: new disclosure statement, funding of plan <br> 🔵 Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.40h | 400.00 |
| 12/13/2021 | 🕐 | xchange emails with client re: reenleaf LLC bank statements <br> 🔵 Unbilled   (1) lumping reduced 10% | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 2.00h | 400.00 |
| 12/21/2021 | 🕐 | t/c John Xydakis re: progress of loan application, changes to management agreement <br> 🔵 Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.30h | 400.00 |
| 12/22/2021 | 🕐 | t/c client re: changes to management agreement <br> 🔵 Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.10h | 400.00 |
| 12/22/2021 | 🕐 | mail to client and others re: changes to management agreement <br> 🔵 Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.20h | 400.00 |
| 12/30/2021 | 🕐 | repare motion for hearing on second amended disclosure statement <br> 🔵 Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.60h | 400.00 |

**29.90h**

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) |
|---|---|---|---|---|---|---|
| 12/30/2021 | 🕐 | t/c client re: progress of loan applications<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.30h | 400.00 |
| 12/30/2021 | 🕐 | Review email from client re: changes to LLC management agreement<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.10h | 400.00 |
| 12/30/2021 | 🕐 | repare motion to set hearing on disclosure statement<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.80h | 400.00 |
| 12/31/2021 | 🕐 | Review email from   retchen Silver re: disclosure statement hearing<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.20h | 400.00 |
| 01/04/2022 | 🕐 | xchange emails with client re: specific references in disclosure statement<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.30h | 400.00 |
| 01/10/2022 | 🕐 | Court-hearing on motion to set hearing on disclosure statement<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.50h | 400.00 |
| 01/10/2022 | 🕐 | Two t/c with client re: hearing on disclosure statement, status of loan funding<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.40h | 400.00 |
| 01/27/2022 | 🕐 | t/c client re: incipient closing, deposit of loan proceeds<br>● Unbilled | 21021-Spiegel, Marshall Chapter 11   lan | David Lloyd | 0.30h | 400.00 |

**29.90h**

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) |
|------|------|-------------|--------|------|-----|----------|
| 01/27/2022 | 🕐 | mail to client re: effect of depositing funds from loan to debtor<br>🔵 Unbilled | 21021-Spiegel, Marshall Chapter 11   Ian | David Lloyd | 0.30h | 400.00 |
| 01/27/2022 | 🕐 | Research effect of deposit of funds from loan proceeds to debtor re: property of estate, effect of conversion<br>🔵 Unbilled | 21021-Spiegel, Marshall Chapter 11   Ian | David Lloyd | 0.40h | 400.00 |
| | | | | | **29.90h** | |

# EXHIBIT F

# LLC MORTGAGE TRANSACTION

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | |
|---|---|---|---|---|---|---|---|
| 11/02/2021 | 🕐 | Review correspondence between client and Marcus & Millchap lender re: potential loan, terms<br>● Unbilled | 22010-Spiegel, Marshall LLC Mortgage Transaction | David Lloyd | 0.60h | 400.00 | |
| 11/12/2021 | 🕐 | Review correspondence, application documents re: M&M loan<br>● Unbilled | 22010-Spiegel, Marshall LLC Mortgage Transaction | David Lloyd | 0.50h | 400.00 | |
| 11/19/2021 | 🕐 | Review correspondence from the week between client, John Xydakis, M&M lender re: terms, documents<br>● Unbilled | 22010-Spiegel, Marshall LLC Mortgage Transaction | David Lloyd | 0.60h | 400.00 | |
| 11/29/2021 | 🕐 | Review correspondence and documents with M&M re: loan terms, documentation<br>● Unbilled | 22010-Spiegel, Marshall LLC Mortgage Transaction | David Lloyd | 1.00h | 400.00 | |
| 12/01/2021 | 🕐 | Review correspondence between client and M&M re: loan terms, documentation<br>● Unbilled | 22010-Spiegel, Marshall LLC Mortgage Transaction | David Lloyd | 0.30h | 400.00 | |
| 12/10/2021 | 🕐 | Review correspondence between M&M lender and client, and between First National Bank of Brookfield and client, re: loan terms, documentation<br>● Unbilled | 22010-Spiegel, Marshall LLC Mortgage Transaction | David Lloyd | 0.70h | 400.00 | |
| 12/15/2021 | 🕐 | Review email from lender re: title company | 22010-Spiegel, Marshall LLC Mortgage Transaction | David Lloyd | 0.10h | 400.00 | |
| | | | | | **13.90h** | | |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) |
|---|---|---|---|---|---|---|
| | | ● Unbilled | | | | |
| 12/17/2021 | 🕐 | Review loan letter, LLC documents<br>● Unbilled | 22010-Spiegel, Marshall LLC Mortgage Transaction | David Lloyd | 0.70h | 400.00 |
| 12/17/2021 | 🕐 | Review voluminous correspondence from week among client, Nickolas Dallas, and both M&M and Brookfield lenders re: loan terms, documentation<br>● Unbilled | 22010-Spiegel, Marshall LLC Mortgage Transaction | David Lloyd | 1.20h | 400.00 |
| 12/20/2021 | 🕐 | Review proposed revision to operating agreement<br>● Unbilled | 22010-Spiegel, Marshall LLC Mortgage Transaction | David Lloyd | 0.20h | 400.00 |
| 12/22/2021 | 🕐 | Review correspondence from week between client, M&M lender, Brookfield lender, Nickolas Dallas, acct<br>● Unbilled | 22010-Spiegel, Marshall LLC Mortgage Transaction | David Lloyd | 1.20h | 400.00 |
| 12/28/2021 | 🕐 | Review correspondence between Nickolas Dallas and M&M lender re: financials<br>● Unbilled | 22010-Spiegel, Marshall LLC Mortgage Transaction | David Lloyd | 0.30h | 400.00 |
| 12/30/2021 | 🕐 | Review documents and US Mail correspondence re: mortgage applications<br>● Unbilled | 22010-Spiegel, Marshall LLC Mortgage Transaction | David Lloyd | 1.00h | 400.00 |
| 01/04/2022 | 🕐 | Review correspondence between client and M&M lender<br>● Unbilled | 22010-Spiegel, Marshall LLC Mortgage Transaction | David Lloyd | 0.30h | 400.00 |
| | | | | | **13.90h** | |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | |
|---|---|---|---|---|---|---|---|
| 01/14/2022 | 🕐 | Review correspondence among client, John Xydakis, and M&M lender re: loan terms, draft documents, setting up closing<br>🔵 Unbilled | 22010-Spiegel, Marshall LLC Mortgage Transaction | David Lloyd | 1.20h | 400.00 | |
| 01/17/2022 | 🕐 | Review emails from client and M&M with loan docs for closing<br>🔵 Unbilled | 22010-Spiegel, Marshall LLC Mortgage Transaction | David Lloyd | 0.70h | 400.00 | |
| 01/20/2022 | 🕐 | Review emails from M&M lender re: waiver of title objections<br>🔵 Unbilled | 22010-Spiegel, Marshall LLC Mortgage Transaction | David Lloyd | 0.20h | 400.00 | |
| 01/20/2022 | 🕐 | Review loan documents, with newest updates<br>🔵 Unbilled | 22010-Spiegel, Marshall LLC Mortgage Transaction | David Lloyd | 0.60h | 400.00 | |
| 01/24/2022 | 🕐 | Review email from client re: loan documents, closing<br>🔵 Unbilled | 22010-Spiegel, Marshall LLC Mortgage Transaction | David Lloyd | 0.30h | 400.00 | |
| 01/25/2022 | 🕐 | Review final version of M&M loan documents, review correspondence re: closing, exchange emails with Nickolas Dallas re: closing<br>🔵 Unbilled | 22010-Spiegel, Marshall LLC Mortgage Transaction | David Lloyd | 0.80h | 400.00 | |
| 01/28/2022 | 🕐 | Review email from client re: closing<br>🔵 Unbilled | 22010-Spiegel, Marshall LLC Mortgage Transaction | David Lloyd | 0.10h | 400.00 | |
| | | | | | **13.90h** | | |