UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Marshall Spiegel | Case No. 20bk21625 |
| Debtor. | Judge Timothy A. Barnes |

**ORDER SETTING FURTHER CONDITIONS
FOR PAYMENT OF ALLOWED FEE EXPENSES
AND CONTINUED HEARING DATE**

This matter coming to be heard upon the Motion to Compel Marshall Spiegel to Pay all interim compensation and Motion to Convert Case From 11 to 7 [Dkt. No. 430] (the "Motion") filed by the Official Committee of Unsecured Creditors; and for the reasons more fully stated on the record at the hearing on April 25, 2022

NOW, THEREFORE, THE COURT HEREBY ORDERS THAT:

1. Marshall Spiegel must pay any unpaid administrative claims allowed by order of this court and file proof the payment on the docket in the above-captioned case on or before June 30, 2022.

2. Failure to file proof of payment on the docket will be deemed nonpayment and shall result in a presumption that the grounds exist for conversion or dismissal under 11 U.S.C. § 1112; and

3. The remainder of the relief sought in the Motion is continued to June 15, 2022 at 10:00 a.m.

Dated April 26, 2022                    ENTERED:

_____
Timothy A. Barnes
Judge
United States Bankruptcy Court