IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 20-21625 |
| | ) | |
| Marshall Spiegel, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |
| | ) | |

**AFFIDAVIT**

Alexander Durek, being first duly sworn, on oath, deposes and states:

1.      I, Alexander Durek, am a Senior Vice President in the Managed Assets Division at Wintrust Bank, N.A. ("Wintrust").  I manage a portfolio of Wintrust's loans, including the subject letter of credit and related $1.225 million loan (the "Loan") made to debtor Marshall Spiegel (the "Debtor").  I am a custodian of the books and records that relate to Wintrust's loans.  I have access to the books and records that relate to the Loan and have reviewed the same for purposes of this affidavit.

2.      Moreover, I am familiar with Wintrust's business and its mode of operation. Through both training and practice, I have become familiar with the general manner in which payments are received and applied.  I am also familiar with the scanning processes used to convert the information contained within documents into electronic data associated with the account and to store electronic images of the documents for each account.  I regularly access images of promissory notes  and other documents to confirm the accuracy of the data stated in affidavits as to the accounts.

4862-6973-2385.v1.29205.75398

3.      I have authority to make this affidavit on behalf of Wintrust. If called to testify at a trial of the above-entitled case, I could competently testify as to the facts contained within this affidavit based on my personal knowledge and the books and records of Wintrust.

4.      At Debtor's request, Wintrust issued that certain Standby Irrevocable Letter of Credit (the "Letter of Credit"), dated May 23, 2019, to Eugene E. Murphy Jr., as beneficiary (the "Beneficiary"), to serve as bond for an appeal in the Appellate Court of Illinois, First District, captioned *Spiegel v. Hall et. al.*, Case Nos. 1-19-0840, 1-19-0915, 1-19-0916, and 1-19-0917 (Consolidated; appeal of 2015-L-010817).

5.      In connection with the Letter of Credit, Wintrust made the Loan to Debtor evidenced, in part, by a promissory note dated May 22, 2019 in the principal amount of $1.225 million (the "Note") executed by Debtor payable to the order of Wintrust.

6.      Four certificate of deposit accounts were opened at Wintrust and pledged as collateral for repayment of the Note. Debtor's adult son, Matthew Spiegel ("Matthew"), pledged account no. x8763 and account no. x4178 (together the "Matthew CD's"). Debtor pledged account no. x2520, held by Debtor and Matthew as joint tenants, and account no. x6420 (together the "Debtor CD's").

7.      On December 17, 2020, the Letter of Credit was drawn down in the amount $1,224,763.39 and a draw fee of $18,759.68 was assessed. As a result, the amount of $1,243,523.07 became due and payable under the Note.

8.      Wintrust uses a computer system called "Metavante/FIS" to record and track loan advances, payments and account balances. This type of record-keeping system is recognized as standard in the industry. Loan payments made electronically or by setoff from other accounts are recorded and tracked by Metavante/FIS. Metavante/FIS automatically applies these payments in accordance with the terms of the loan and calculates account balances. Payments received by check

are sent to a batch processing scanner which converts the information contained on the check into electronic information that immediately populates in Metavante/FIS.  Checks not handled by the batch processing scanner, or electronic payments that are not processed into Metavante/FIS, are routed to a team of human payment processors who manually enter the data concerning the payment into at Metavante/FIS the time the payment is first processed and manually apply the payments with assistance from the Metavante/FIS program.

9.      The record-making process described above is done in the regular course of Wintrust's business and it is the regular course Plaintiff's business to record the activity at or near the time of the transaction.  The payment data is kept in and accessed via Metavante/FIS for purposes of referring to the information at a later date.  Metavante/FIS accurately records loan payments and account balances when properly operated and is periodically inspected to ensure proper operation. In the case at bar, the aforementioned procedure was followed and Metavante/FIS was properly operating to accurately record payments and account balances.

10.      Based on my review of the above-described records, on September 17, 2021, Wintrust applied the aggregate balance of $503,151 in the Matthew CD's to the indebtedness due under the Note, thereby reducing the Note balance to $782,697.73.  To date, Debtor has failed to make any loan payments, and Wintrust has not applied any of the funds in the Debtor CD's to the Note balance.

11.      As of May 16, 2022, the amounts due and owing under the Note, exclusive of attorneys' fees and costs, are as follows:

| | |
|---|---|
| Principal: | $782,697.73 |
| Interest: | $23,432.03 |
| Late charges: | $2,970.36 |
| **AMOUNT DUE:** | **$809,100.12** |

A true and correct copy of the Loan History for the Note is attached hereto as Exhibit 1.

12.     The amount due under the Note will be increased by $97.22 per day for interest subsequent to May 16, 2022.

13.     As of May 16, 2022, the aggregate balance in the Debtor CD's is **$796,165.78**. Specifically, account no. x2520 contains a closing balance of $530,777.19 and account no. x0642 contains a closing balance of $265,388.59.  True and correct copies of snapshots of said certificate of deposit accounts generated by Metavante/FIS (the "CD Statements") are attached hereto as group Exhibit 2.

14.     As of May 16, 2022, Wintrust is undersecured because the Note balance of $809,100.12 (exclusive of attorneys' fees and costs) exceeds the balance in the Debtor CD's of $796,165.78.

15.     The Letter of Credit, Note, Loan History, CD Statements, and all related documents were made in the regular course of business of Wintrust, and it was the regular course of business of Wintrust to make such records at the time of such act, transaction, occurrence or event, or within a reasonable time thereafter.

Further, Affiant saith not.

## DECLARATION

I, Alexander Durek, Senior Vice President in the Managed Assets Division at Wintrust Bank, N.A., declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DocuSigned by:

*Alexander Durek*

13A7F75842E94D8...

4862-6973-2385.v1.29205.75398

5

Francisco O'Connell (#6289256)
Brandon R. Freud (#6281415)
Chuhak & Tecson, P.C.
120 S. Riverside Plaza, Suite 1700
Chicago, IL 60606
T: 312-201-4201
fconnell@chuhak.com
bfreud@chuhak.com

# EXHIBIT 1



Marshall Spiegel
       1327-1 Note - 683 CL Other

5 items: Life-to-date beginning 05/22/2019

| Effective / Posted | Type | Amount | Principal | Interest | Balance | Part or Fee |
|---|---|---|---|---|---|---|
| 09/17/2021 09/21/2021 | 660 - Special payment | 460,825.34 | 460,825.34 | 0.00 | 782,697.73 | |
| 09/17/2021 09/21/2021 | 660 - Special payment | 42,325.66 | 0.00 | 42,325.66 | 1,243,523.07 | |
| 12/17/2020 12/17/2020 | 750 - Note increase | 18,759.68 | 18,759.68 | 0.00 | 1,243,523.07 | |
| 12/17/2020 12/17/2020 | 750 - Note increase | 1,224,763.39 | 1,224,763.39 | 0.00 | 1,224,763.39 | |
| 05/22/2019 05/23/2019 | 310 - New note | 0.00 | 0.00 | 0.00 | 0.00 | |

# EXHIBIT 2

View Profile -     2520 Personal CD - Bank 380            Page 1 of 1
Case 20-21625    Doc 625-1    Filed 05/23/22    Entered 05/23/22 23:18:44    Desc Exhibit
A    Page 10 of 11

Marshall Spiegel
     2520 Personal CD

| | | | |
|---|---|---|---|
| Ledger balance: | 530,663.80 | Today's activity: | 0.00 |
| Current balance: | 530,663.80 | Total Holds: | 500,000.00 |
| Account available balance: | 30,663.80 | | |
| Total accessible balance: | 30,663.80 | | |
| Closing balance: | 530,777.19 | | |
| Last statement: | 12/31/2021 | | |

4   All transactions, 01/19/2022 to 04/19/2022

| Date | Deposit ID | Debit | Credit | Other | Description | Status | Balance |
|---|---|---|---|---|---|---|---|
| **04/19/2022** | | | | **530,663.80** | **Daily balance** | | |
| 04/19/2022 | 1 | | 135.18 | | 761 - Interest Credit | | 530,663.80 |
| **03/19/2022** | | | | **530,528.62** | **Daily balance** | | |
| 03/19/2022 | 1 | | 122.07 | | 761 - Interest Credit | | 530,528.62 |
| **02/19/2022** | | | | **530,406.55** | **Daily balance** | | |
| 02/19/2022 | 1 | | 135.11 | | 761 - Interest Credit | | 530,406.55 |
| **01/19/2022** | | | | **530,271.44** | **Daily balance** | | |
| 01/19/2022 | 1 | | 135.07 | | 761 - Interest Credit | | 530,271.44 |

212-USER DOES NOT HAVE AUTHORITY TO EXECUTE THIS FUNCTION

Close Message Area

View Profile -     0642 Personal CD - Bank 380             Page 1 of 1
Case 20-21625   Doc 625-1   Filed 05/23/22   Entered 05/23/22 23:18:44   Desc Exhibit
A   Page 11 of 11

Marshall Spiegel
     0642 Personal CD

| | | | |
|---|---|---|---|
| Ledger balance: | 265,331.90 | Today's activity: | 0.00 |
| Current balance: | 265,331.90 | Total Holds: | 250,000.00 |
| Account available balance: | 15,331.90 | | |
| Total accessible balance: | 15,331.90 | | |
| Closing balance: | 265,388.59 | | |
| Last statement: | 12/31/2021 | | |

4  All transactions, 01/19/2022 to 04/19/2022

| Date | Deposit ID | Debit | Credit | Other | Description | Status | Balance |
|---|---|---|---|---|---|---|---|
| **04/19/2022** | | | | **265,331.90** | **Daily balance** | | |
| 04/19/2022 | 1 | | 67.59 | | 761 - Interest Credit | | 265,331.90 |
| **03/19/2022** | | | | **265,264.31** | **Daily balance** | | |
| 03/19/2022 | 1 | | 61.03 | | 761 - Interest Credit | | 265,264.31 |
| **02/19/2022** | | | | **265,203.28** | **Daily balance** | | |
| 02/19/2022 | 1 | | 67.56 | | 761 - Interest Credit | | 265,203.28 |
| **01/19/2022** | | | | **265,135.72** | **Daily balance** | | |
| 01/19/2022 | 1 | | 67.54 | | 761 - Interest Credit | | 265,135.72 |

212-USER DOES NOT HAVE AUTHORITY TO EXECUTE THIS FUNCTION

Close Message Area