UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 20bk21625 |
| | ) | |
| Marshall Spiegel, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | Judge Timothy A. Barnes |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO SMITH GAMBRELL & RUSSELL LLP, ATTORNEYS FOR
EVANGELICAL RETIREMENT HOMES OF GREATER CHICAGO, INC., FOR
ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 315,258.00 | TOTAL COSTS REQUESTED: | $ 3,679.19 |
| TOTAL FEES REDUCED: | $ 0.00 | TOTAL COSTS REDUCED: | $ 242.44 |
| TOTAL FEES ALLOWED: | $ 315,258.00 | TOTAL COSTS ALLOWED: | $ 3,436.75 |

TOTAL FEES AND COSTS ALLOWED: $ 318,694.75

The attached time and expense entries have been underlined to reflect disallowance in whole or in part.

(1)     Insufficient Description – TOTAL of disallowed amounts: $ 242.44

The court denies the allowance of costs for the indicated tasks as the description of each task fails to identify in a reasonable manner the service rendered.  *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted]  Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-09 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).  The court has identified two time entries which have an insufficient description, which seek a total amount of $ 242.44.  Therefore, the court will reduce the total costs allowed by $ 242.44.

IT IS, THEREFORE, HEREBY ORDERED THAT:

1.  The Debtor is authorized to pay Shelly A. DeRousse and the law firm of Smith Gambrell & Russell LLP the total fees and costs allowed of $ 318,694.75

Dated: January 26, 2024                    Entered: _____

                                            Timothy A. Barnes
                                            Judge, United States Bankruptcy Court

# EXHIBIT A

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | |
|---|---|
| Marshall Spiegel | Date:  December 22, 2023 |
| 1618D Sheridan Road | Matter:  234844.015 |
| Wilmette, IL  60091 | Invoice No.  1145046 |

Shelly A. DeRousse

**Matter:**   Expenses

Disbursements...............................................................................$3,679.19

**Current Invoice Amount** ................................................................**$3,679.19**

Wire/ACH payment to Wells Fargo Bank
Account name:   SMITH, GAMBRELL & RUSSELL, LLP
Wire routing number:
ACH routing number:
Account number:
For international wires: ▮▮▮▮▮▮▮▮ (for USD)
▮▮▮▮▮▮▮ (for foreign currency)

TO ENSURE PROPER CREDIT, PLEASE ADVISE US OF
YOUR WIRE OR ACH AT CONTROLLER@SGRLAW.COM

PAYMENT IS DUE ON PRESENTATION,
AND PAST DUE AFTER 30 DAYS

PLEASE ENCLOSE THIS PAGE
WITH PAYMENT TO ENSURE PROPER CREDIT

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | | |
|---|---|---|
| Marshall Spiegel | Page | 1 |
| 1618D Sheridan Road | Date: | December 22, 2023 |
| Wilmette, IL  60091 | Matter: | 234844.015 |
| | Invoice No. | 1145046 |

Shelly A. DeRousse

Matter:   Expenses

## D I S B U R S E M E N T S

| | | |
|---|---|---|
| 05/05/23 | Charge for Transcript | 244.66 |
| 06/28/23 | Service Fee - - VENDOR: LASALLE PROCESS SERVERS, L.P. | 292.50 |
| 07/14/23 | Court Reporter Fee | 292.79 |
| 07/19/23 | 07/14/23 SERVICE OF SUBPOENA ON WILLIAM HALL | 289.73 |
| 07/19/23 | 06/29/23 - 07/01/23 SERVICE OF SUBPOENA ON VALERIE HALL | 225.00 |
| 07/28/23 | Charge for Transcript - - VENDOR: VERITEXT LEGAL SOLUTIONS | 842.70 |
| 08/22/23 | - VENDOR:VERITEXT LEGAL SOLUTIONS | 1,003.79 |
| 09/11/23 | Business Meal | 12.26 |
| 10/02/23 | | 230.18 |
| 10/04/23 | Document Retrieval - - VENDOR: PACER SERVICE CENTER,INC. | 18.40 |
| 10/04/23 | Document Retrieval - - VENDOR: PACER SERVICE CENTER,INC. | 3.80 |
| | Postage Charges | 223.38 |
| | TOTAL | $3,679.19 |

## A C C O U N T   S U M M A R Y

## CURRENT INVOICE AMOUNT                                              $3,679.19

THIS STATEMENT REFLECTS ALL PAYMENTS POSTED 5 DAYS PRIOR TO INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.